UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER D. CASACCI,
d/b/a Exotic Cubs.com,

             Defendant.
-----------------------------------------------------------

**NOTICE OF MOTION TO EXTEND TIME FOR DISCOVERY AND PRETRIAL MOTIONS**

Docket No. 20-CR-5-A

| | |
|---|---|
| **MOTION MADE BY:** | The defendant, **CHRISTOPHER D. CASACCI**, **D/B/A EXOTIC CUBS.COM**, by and through his attorneys **CONNORS LLP**. |
| **DATE, TIME AND PLACE OF MOTION:** | At a date and time to be determined by the Hon. Michael J. Roemer, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202.<br><br>Oral argument is not requested. |
| **RELIEF REQUESTED:** | An Order of this Court extending Mr. Casacci's deadline for discovery and filing pretrial motions, together with such other and further relief as this Court deems just and proper. |
| **GROUNDS FOR RELIEF REQUESTED:** | Discretion of this Court. |
| **SUPPORTING PAPERS:** | Declaration of Nicholas A. Romano, Esq., and all prior pleadings and proceedings. |

DATED: March 9, 2020
Buffalo, New York

                                                */s/Nicholas A. Romano*
Nicholas A. Romano, Esq.
**CONNORS LLP**
*Attorneys for Defendant*
  *CHRISTOPHER D. CASACCI*
1000 Liberty Building
Buffalo, New York 14202
(716) 852-5533
nar@connorsllp.com

TO: Aaron J. Mango, Esq.
Assistant United States Attorney
**UNITED STATES ATTORNEY'S OFFICE**
Federal Centre
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700
aaron.mango@usdoj.gov

Patrick M. Duggan, Esq.
Trial Attorney
Environmental Crimes Section
**U.S. DEPARTMENT OF JUSTICE**
150 M Street, NE, Suite 4.123
4 Constitution Square
Washington, D.C. 20002
(202) 305-0366
patrick.duggan@usdoj.gov