

**Attorneys At Law**
Terrence M. Connors
Randall D. White *
John T. Loss
Vincent E. Doyle III
Michael J. Roach
Lawlor F. Quinlan III
James W. Grable, Jr.
Joseph D. Morath, Jr.
Mollie C. McGorry
Nicholas A. Romano
Caitlin E. O'Neil
Seth A. Hiser
Bryan P. Kroetsch
Andrew M. Debbins
Christina M. Eaton

**Paralegals**
John P. Kromer
Nancy Pelham, R.N.
Sara E. Lyons
Margaret Dickey, R.N.
Julie M. Scott, L.P.N.
Lea Ann Wilczak, R.N.
Suzanne M. Pieszak, R.N.
Kathleen V. Kubicki, R.N.
Elizabeth A. DePalma

*Also admitted in
District of Columbia*

May 6, 2020

<u>VIA CM/ECF</u>
Hon. Michael J. Roemer
United States Magistrate Judge
**UNITED STATES DISTRICT COURT
  WESTERN DISTRICT OF NEW YORK**
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York  14202

      Re:  U.S. v. Christopher D. Casacci
        Docket No. 20-CR-5-A

Dear Magistrate Judge Roemer:

  Pursuant to Local Rule of Criminal Procedure 12(c), on behalf of Christopher D. Casacci, we respectfully request permission to file a memorandum of law in support of our omnibus pretrial motions that exceeds the 25-page limit.  It is anticipated that our memorandum of law will exceed the limitation by approximately 25 pages.  The extension is sought so that we can provide this Court with all the information and materials raised by our motions.

  Of course, we would not oppose a similar accommodation for the government's response.  Thank you for your consideration.

        Very respectfully,

        */s/Nicholas A. Romano*

        Nicholas A. Romano

NAR/kld

cc: A.U.S.A. Aaron J. Mango, Esq.
   Patrick M. Duggan, Esq.