UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
THE UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | **NOTICE OF OMNIBUS PRETRIAL MOTIONS** |
| CHRISTOPHER D. CASACCI, d/b/a Exotic Cubs.com, | |
| | Docket No.: 20-CR-5-A |
| Defendant. | |

-----------------------------------------------------------

**MOTION BY:** The defendant, **CHRISTOPHER D. CASACCI, D/B/A EXOTIC CUBS.COM**, by and through his attorneys, **CONNORS LLP**.

**DATE, TIME & PLACE:** On **June 18, 2020, at 10:30 a.m.**, before the Hon. Michael J. Roemer, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202.

Oral Argument is requested.

**SUPPORTING PAPERS:** Declaration of Nicholas A. Romano, Esq., with accompanying exhibits; Declaration of Christopher D. Casacci; memorandum of law; and all prior pleadings and proceedings in this matter.

**GROUNDS FOR RELIEF:** *See* below and accompanying declarations and memorandum of law.

**RELIEF REQUESTED:** An Order of this Court:

(1) Dismissing:

   a. All counts for failure to state an offense against Mr. Casacci under Federal Rule of Criminal Procedure 12(b)(3)(B)(v); or

      b. In the alternative, all remaining multiplicitous counts against Mr. Casacci under Federal Rule of Criminal Procedure 12(b)(3)(B)(iii).

In the alternative to dismissal,

(1)     Striking as surplusage portions of paragraph 5 to the Introductory Allegations and paragraph 2 to Counts 19 to 33 of the Indictment under Federal Rule of Criminal Procedure 7(d); and

(2)     Directing:

      a. The government to prepare and provide a bill of particulars under Federal Rule of Criminal Procedure 7(f), providing particularity with respect to the criminal activity alleged;

      b. An evidentiary hearing related to and suppression of:

          i. Statements Mr. Casacci allegedly made to law enforcement while subjected to unlawful custodial interrogation in violation of the Fifth Amendment;

          ii. Items seized from Mr. Casacci's home in violation of the Fourth Amendment;

      c. Discovery pursuant to Rules 12(b)(3)(E) and 16 of the Federal Rules of Criminal Procedure;

      d. The government to produce material favorable to the defense pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny;

e. The timely disclosure of *Jencks* material owed under 18 U.S.C. § 3500;

f. The preservation of all law enforcement notes;

g. Notice of any anticipated expert witness testimony under Federal Rules of Evidence 702 and 703, and to permit compliance with *Daubert v. Merrell Dow Pharms.*, 509 U.S. 579 (1993) and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999);

h. Pretrial disclosure and a hearing pursuant to Federal Rules of Evidence 404(b), 608, and 609;

i. Pretrial disclosure of evidence offered pursuant to Federal Rule of Evidence 807;

j. Pretrial disclosure of evidence offered pursuant to Federal Rule of Evidence 806;

k. Reserving Mr. Casacci's right to move for additional relief as necessary; and

l. All additional relief this Court deems just and proper.

**REPLY PAPERS**: Mr. Casacci states his intention to reply pursuant to Local Rule of Criminal Procedure 12(b).

DATED: May 8, 2020
    Buffalo, New York

                */s/Nicholas A. Romano*
                James W. Grable, Jr., Esq.
                Nicholas A. Romano, Esq.
                **CONNORS LLP**
                *Attorneys for Defendant*
                 *CHRISTOPHER D. CASACCI*
                1000 Liberty Building
                Buffalo, New York 14202
                (716) 852-5533
                jwg@connorsllp.com
                nar@connorsllp.com

TO: Aaron J. Mango, Esq.
    Assistant United States Attorney
    **UNITED STATES ATTORNEY'S OFFICE**
    Federal Centre
    138 Delaware Avenue
    Buffalo, New York 14202
    (716) 843-5700
    aaron.mango@usdoj.gov

    Patrick M. Duggan, Esq.
    Trial Attorney
    Environmental Crimes Section
    **U.S. DEPARTMENT OF JUSTICE**
    150 M Street, NE, Suite 4.123
    4 Constitution Square
    Washington, D.C. 20002
    (202) 305-0366
    patrick.duggan@usdoj.gov