# EXHIBIT A



**Permit Number: 2017- A12082**
Date Effective: 12/20/2017    Date Expires: 11/30/2018

---

Issuing Office:

Department of the Interior
U.S. FISH AND WILDLIFE SERVICE
Office of Law Enforcement
1875 Century Boulevard, Suite 380
Atlanta, GA 30345
Tel: 404-679-7195
Email: permitsEastLE@fws.gov

**DARLENE ADDISON**

Digitally signed by DARLENE ADDISON
Date: 2017.12.20 08:36:48 -05'00'

*Legal Instruments Examiner*

---

Permittee:

**CHRISTOPHER DEAN CASACCI**

---

Authority - Statutes and Regulations: 16 USC 1538(d); 50 CFR 13; 50 CFR 14

**Location where authorized activity may be conducted:** Any Designated Port per 50 CFR 14 (unless further restricted below).

**Reporting Requirements:** Licensee is required to maintain records per 50 CFR 13 and 14. Acceptance of this license authorizes inspection of records per 50 CFR 13.

**Conditions and Authorizations:**

A. General conditions set out in Subpart D of 50 CFR 13, and specific conditions contained in federal regulations cited above, are hereby made a part of this permit. All activities authorized herein must be carried out in accord with and for the purposes described in the application submitted. Continued validity, or renewal, of this permit is subject to complete and timely compliance with all applicable conditions, including the filing of all required information and reports.
B. The validity of this permit is also conditioned upon strict observance of all applicable foreign, state, local, tribal, or other federal law.
C. Valid for use by **permittee** named above.
D. Licensee is responsible for requesting renewal of license at least 30 days prior to the expiration date as outlined in 50 CFR 13. Service Law Enforcement Officers will not clear shipments presented for import or export under expired licenses.
E. Licensee is authorized to import/export wildlife and/or wildlife products at the port(s) specified above.
F. Licensee must comply with all import/export procedures as outlined in 50 CFR 14.

CASACCI-SW-0000257