# EXHIBIT B



(/web/20180129004558/http://www.exoticcubs.com:80/)

Exotic Cubs.Com

- Home (/web/20180129004558/http://www.exoticcubs.com:80/)
- Available Cubs (/web/20180129004558/http://www.exoticcubs.com:80/available-cubs.html)
- FAQ's (/web/20180129004558/http://www.exoticcubs.com:80/faqs.html)
- Gallery (/web/20180129004558/http://www.exoticcubs.com:80/gallery.html)
- Contact (/web/20180129004558/http://www.exoticcubs.com:80/contact.html)
- Rescue Services (/web/20180129004558/http://www.exoticcubs.com:80/rescue-services.html)

## Exotic Cubs For Sale

- **Caracal Kittens**
- **Serval Kittens**
- **Cheetah Cubs**
- **Other Rare Exotic Small/Medium Cats**

## Welcome to Exotic Cubs

- Go back to the previous page.

We are a licensed US Fish & Wildlife importer that specializes in providing serval and caracal kittens for loving homes. All kittens are 8-12 weeks old and are available for in-person pickup at the Buffalo Internationally Airport or we will drive up to 4hrs to meet you. We do not export outside of the USA, and currently only do in-person hand offs. We don't require deposits or pre-payments, so there is no scamming risk. Our peak season of availability is September-April and the availability of kittens/cubs is often limited . We can often fulfill requests for males/females, and availability is on a first come, first served basis.

No animals are poached from the wild! All our animals are FARM RAISED AND BOTTLE FED BY HUMANS! This even includes the very rare instance we have cheetah cubs or sand cats available for zoos or highly qualified individuals.

## Serval Kittens



## Caracal Kittens




Servals make an excellent pet and share a very close bond with their owner and close family if cared for properly. They have many characteristics of a dog such as being able to be trained to walk on a leash, play fetch, coming when called, doing advanced tricks, and sharing many other common dog like personality traits. They average in size from 20 to 40lbs with the males being larger and slightly heavier. They stand from 16 to 25 inches tall and when stretching can usually put their front paws on a kitchen counter. The temperament of both genders is similar when neutered or spayed. We strongly recommend servals be neutered/spayed to prevent spraying and reduce hormonal aggression, if kept as a pet. We provide our serval kittens without sterilization, but can do so for an additional fee. Servals have a loud purr, will fluff up their tails like a raccoon when scared, and will generally cuddle and love the people around them. They are very high energy, very talkative, and occasionally stubborn. We have successfully trained our adults to use the toilet, but if not trained, they will use a litter box with consistent regularity.

Caracals are very difficult to breed, but make excellent pets, similar to servals, if neutered/spayed. For this reason and to prevent spraying we recommend all caracals be sterilized as pets. They are in the linx family and look similar to miniature cougar with large ear tufts. They tend to be very affectionate and have a slightly better demeanor than servals. Caracals are 30-50lbs and stand slightly shorter than servals at closer to 16" tall. They are known for 'hissing' as a means of communication, and while this may seem aggressive, it's their version of a meow. It can be intimating, but it's just how they talk. They also purr and growl softly as well. Caracals are an Appendix II animal and we only deal in African Caracals (not Asian).

CASACCI-GOV-0000648

(/web/20180130163146/http://www.exoticcubs.com:80/)

Exotic Cubs.Com

- Home (/web/20180130163146/http://www.exoticcubs.com:80/)
- Available Cubs (/web/20180130163146/http://www.exoticcubs.com:80/available-cubs.html)
- FAQ's (/web/20180130163146/http://www.exoticcubs.com:80/faqs.html)
- Gallery (/web/20180130163146/http://www.exoticcubs.com:80/gallery.html)
- Contact (/web/20180130163146/http://www.exoticcubs.com:80/contact.html)
- Rescue Services (/web/20180130163146/http://www.exoticcubs.com:80/rescue-services.html)

## Large Cat Rescue Services

We are committed to making sure all large cats have good homes. In many instances private collectors pass away or can no longer properly care for their large or exotic cat, or a zoo may close. We help team these individuals up with USA based sanctuaries for large cats to ensure they have proper veterinary care, food, and access to large USDA approved enclosures. If you have an animal that needs re-homing in a sanctuary please contact us to today at info@exoticcubs.com. We do not PURCHASE animals for sanctuaries, only help re-home them through non-profit organizations we work with.
Examples of large cats we help re-home to zoos and sanctuaries:
**\*Servals**
**\*Caracals**
**\*Tigers**
**\*Lions**
**\*Panthers**
**\*Jaguars**
**\*Leopards**
**\*Ocelots**
**\*Cheetahs**

Licensed U.S. Fish And Wildlife Importer/Exporter        Exotic Cat Humane Society, LLC
Copyright © 2017
SIGN UP FOR OUR NEWSLETTER
(https://web.archive.org/web/20180130163146/https://mailchi.mp/5d265be25e56/exoticcubs-newsletter)

- Home (/web/20180130163146/http://www.exoticcubs.com:80/)
- Available Cubs (/web/20180130163146/http://www.exoticcubs.com:80/available-cubs.html)
- FAQ's (/web/20180130163146/http://www.exoticcubs.com:80/faqs.html)
- Gallery (/web/20180130163146/http://www.exoticcubs.com:80/gallery.html)
- Contact (/web/20180130163146/http://www.exoticcubs.com:80/contact.html)
- Rescue Services (/web/20180130163146/http://www.exoticcubs.com:80/rescue-services.html)

CASACCI-GOV-0000660