# EXHIBIT D

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

**REPORT OF INVESTIGATION**  **INV #: 2018502974**
**Title: CASACCI, CHRISTOPHER D., DBA**  **Report #: 002**
**EXOTIC CAT HUMANE SOCIETY, LLC.**



Form 3-300B
(Revised 01/25/2012)

CASACCI-GOV-0000745

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

**REPORT OF INVESTIGATION**  
**Title: CASACCI, CHRISTOPHER D., DBA EXOTIC CAT HUMANE SOCIETY, LLC.**

**INV #: 2018502974**  
**Report #: 002**



Form 3-300B
(Revised 01/25/2012)

CASACCI-GOV-0000750

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

**REPORT OF INVESTIGATION** INV #: 2018502974
**Title: CASACCI, CHRISTOPHER D., DBA** Report #: 002
**EXOTIC CAT HUMANE SOCIETY, LLC.**



Page 10 of 17

Form 3-300B
(Revised 01/25/2012)

CASACCI-GOV-0000753

ENVIRONMENTAL CONSERVATION POLICE

## Notice of Intention to Offer Statement (CPL 710.30)

COUNTY OF _Erie_

STATE OF NEW YORK

CASACCI-GOV-0000719