# EXHIBIT E

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
THE UNITED STATES OF AMERICA

        vs.                                      Docket No. 20-CR-5-A

CHRISTOPHER D. CASACCI,
d/b/a Exotic Cubs.com,

        Defendant.

-----------------------------------------------------------

<u>INTERVIEW OF CHRISTOPHER D. CASACCI BY
NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL
CONSERVATION LIEUTENANT ROBERT O'CONNOR AND
UNITED STATES FISH AND WILDLIFE SERVICE
SPECIAL AGENT LEE SCHNECKENBERGER
ON JULY 5, 2018, AT 11:42 A.M.</u>







PLACEHOLDER FOR AUDIO FILE OF
CASACCI – GOV - 0001474