EXHIBIT F

**STATE OF NEW YORK**
**TOWN JUSTICE COURT**
**TOWN OF AMHERST**

**HONORABLE KARA A. BUSCAGLIA**
**TOWN JUSTICE**
**TOWN OF AMHERST**
**COUNTY OF ERIE**

---------------------------------------------------------------------------------------------------

In the matter of the application by
Investigator Robert J. Peinkofer for a
Search Warrant to search the premises of
██████████████████████████
██████████████████

**APPLICATION**
**FOR**
**SEARCH WARRANT**

---------------------------------------------------------------------------------------------------



CASACCI-NYSDEC-0001773



CASACCI-NYSDEC-0001774

CASACCI-NYSDEC-0001775



CASACCI-NYSDEC-0001776



CASACCI-NYSDEC-0001777



CASACCI-NYSDEC-0001778

Justice or Magistrate.

ROBERT J. PEINKOFER
Investigator/NYS DEC Police

DATED:

Sworn to before me this
___ day of July 2018

HONORABLE KARA A. BUSCAGLIA
AMHERST TOWN COURT JUDGE

8

CASACCI-NYSDEC-0001779

*Real Property Tax Services* » *Real Property Parcel Search*

# Real Property Parcel Search



Owner History

Tax Payment History

Google maps



CASACCI-NYSDEC-0001780



CASACCI-NYSDEC-0001781



CASACCI-NYSDEC-0001782





CASACCI-NYSDEC-0001784



CASACCI-NYSDEC-0001785

CASACCI-NYSDEC-0001786

USFWS Form 3-177 (Revised 03/10)

O.M.B. No. 1018-0012 (Exp. Date 09/30/2019)

## U.S. FISH AND WILDLIFE SERVICE

### DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE

| | |
|---|---|
| 1. Date of Import/Export (mm/dd/yyyy): 01/25/2018 | 7. Name of Carrier: SOUTH AFRICAN AIRWAYS |
| 2. Import/Export License Number: A12082 | 8. Air Waybill or Bill of Lading No.: Master: 083-37134366 House: 083-37134366 |
| 3. Indicate One: [✔] import [ ] export | 9. Transportation Code: A License No. State or Province: |
| 4. Port of Clearance: NY | |
| 5. Purpose Code: T | 10. Bonded Location for Inspection: N/A-JFK |
| 6. Customs Document Number(s): 199582 | 11. Number of Cartons Containing Wildlife: 1 |
| | 12. Markings on Cartons Containing Wildlife: Live Caracals |

| 13. (indicate one) | 14. (indicate one) |
|---|---|
| [✔] U.S. Importer | [ ] Foreign Importer |
| [ ] U.S. Exporter | [✔] Foreign Exporter |
| CHRISTOPHER DEAN CASACCI ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ID Type: OTHER | ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮▮ 14c. Identifier Number: ID Type: |

| 15. Customs Broker, Shipping Agent or Freight Forwarder: | 15b. Identifier Number: | ID Type: |
|---|---|---|
| Phone Number / Fax Number / Email Address | 15c. Contact Name: | |

| Species Code | 16a. Scientific Name 16b. Common Name | 17a. Foreign CITES Permit Num. 17b. U.S. CITES Permit Num. | 18a. Description Code 18b. Source | 19a. Quantity/Units 19b. Total Monetary Value | 20. Country of Species Origin Code (ISO Code) | 21. Venomous Live Wildlife Indicator |
|---|---|---|---|---|---|---|
| FECA | CARACAL CARACAL CARACAL | 199582 | LIV C | 1.00 NO $ 3,000 | ZA | [ ] |
| FECA | CARACAL, CARACAL CARACAL | 199582 | LIV C | 1.00 NO $ 3,000 | ZA | [ ] |
| | | | | | | [ ] |
| | | | | | | [ ] |

| Knowingly making false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided by 18 U.S.C. 1001 and 16 U.S.C. 3372(d) | 22. I certify under penalty of perjury that the information furnished is true and correct Filed Electronically 01/16/2018 - Confirm Num: 2018NY2165664 Fee Total Paid Electronically : $279.00 |
|---|---|

| Action/Comments: | Dec Control Num: 2018293873 |
|---|---|
| | U FISH & WILDLIFE SERVICE S |
| | *Electronic Filing* **CLEARED** |
| Wildlife Declared | Date: 01/25/2018 |
| Wildlife Inspected: Full | Check Number: 1021 Amount: $279 |
| Service K-9 Utilized: No | |
| Inspected By: Scully, WI0472 | |

UNITED STATES

CASACCI-NYSDEC-0001787

**U.S. FISH AND WILDLIFE SERVICE**

O.M.B. No. 1018-0012 (Exp. Date 09/30/2019)

**DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE**

| | |
|---|---|
| 1. Date of Import/Export (mm/dd/yyyy): 02/15/2018 | 7. Name of Carrier: SOUTH AFRICAN AIRWAYS |
| 2. Import/Export License Number: A12082 | 8. Air Waybill or Bill of Lading No.: Master: 083-37268420 House: 083-37268420 |
| 3. Indicate One: [✓] import [ ] export | 9. Transportation Code: A |
| 4. Port of Clearance: NY | License No. State or Province: |
| 5. Purpose Code: T | 10. Bonded Location for Inspection: N/A-JFK |
| 6. Customs Document Number(s): N/A | 11. Number of Cartons Containing Wildlife: 1 |
| | 12. Markings on Cartons Containing Wildlife: Live Caracals |

| 13. (indicate one) | 14. (indicate one) |
|---|---|
| [✓] U.S. Importer | [ ] Foreign Importer |
| [ ] U.S. Exporter | [✓] Foreign Exporter |
| CHRISTOPHER DEAN CASACCI | |
| | ID Type: |

| 15. Customs Broker, Shipping Agent or Freight Forwarder: ASIAN JADE CUSTOMS BROKERAGE | 15b. Identifier Number: | ID Type: |
|---|---|---|
| Phone Number / Fax Number / Email Address | | |

| Species Code | 16a. Scientific Name 16b. Common Name | 17a. Foreign CITES Permit Num. 17b. U.S. CITES Permit Num. | 18a. Description Code 18b. Source | 19a. Quantity/Units 19b. Total Monetary Value | 20. Country of Species Origin Code (ISO Code) | 21. Venomous Live Wildlife Indicator |
|---|---|---|---|---|---|---|
| FECA | CARACAL CARACAL CARACAL | 199593 | LIV C | 5.00  NO $ 15,000 | ZA | [ ] |
| FELS | LEPTAILURUS SERVAL SERVAL | 199593 | LIV C | 2.00  NO $ 7,000 | ZA | [ ] |
| | | | | | | [ ] |
| | | | | | | [ ] |

| Knowingly making false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided by 18 U.S.C. 1001 and 16 U.S.C. 3372(d). | 22. I certify under penalty of perjury that the information furnished is true and correct Filed Electronically  02/01/2018 - Confirm Num: 2018NY2175173 Fee Total Paid Electronically : $384.00 |
|---|---|

| Action/Comments: *$105 OT Fee paid with check number 974.* | Dec Control Num:   2018305866 |
|---|---|
| Wildlife Declared | U FISH & WILDLIFE SERVICE S |
| Wildlife Inspected:   Partial Service K-9 Utilized:  No Inspected By:  Aziz, W10410 | UNITED    *Electronic Filing*  **CLEARED**    STATES   Date: 02/15/2018 |

3058866

CASACCI-NYSDEC-0001788

O.M.B. No. 1018-0012 (Exp. Date 09/30/2019)

# U.S. FISH AND WILDLIFE SERVICE

## DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE

| | |
|---|---|
| **1. Date of Import/Export (mm/dd/yyyy):** 03/23/2018 | **7. Name of Carrier:** SOUTH AFRICAN AIRWAYS |
| **2. Import/Export License Number:** A12082 | **8. Air Waybill or Bill of Lading No.:** Master: 083-37678200 House: |
| **3. Indicate One:** ☑ import ☐ export | **9. Transportation Code:** A  License No. State or Province: |
| **4. Port of Clearance:** NY | **10. Bonded Location for Inspection:** N/A-JFK |
| **5. Purpose Code:** T | **11. Number of Cartons Containing Wildlife:** 1 |
| **6. Customs Document Number(s):** na | **12. Markings on Cartons Containing Wildlife:** Live Caracals/servals |

| 13. (indicate one) | 14. (indicate one) |
|---|---|
| ☑ U.S. Importer | ☐ Foreign Importer |
| ☐ U.S. Exporter | ☑ Foreign Exporter |
| CHRISTOPHER DEAN CASACCI | |
| ██████████████ | |
| ██████████████ | |
| ██████████████ | **14c. Identifier Number:**        ID Type: |

| 15. Customs Broker, Shipping Agent or Freight Forwarder: ASIAN JADE CUSTOMS BROKERAGE | 15b. Identifier Number:        ID Type: |
|---|---|
| Phone Number / Fax Number / Email Address | |

| Species Code | 16a. Scientific Name 16b. Common Name | 17a. Foreign CITES Permit Num. 17b. U.S. CITES Permit Num. | 18a. Description Code 18b. Source | 19a. Quantity/Units 19b. Total Monetary Value | 20. Country of Species Origin Code (ISO Code) | 21. Venomous Live Wildlife Indicator |
|---|---|---|---|---|---|---|
| FECA | CARACAL CARACAL CARACAL | 199645 | LIV C | 4.00  NO $ 12,000 | ZA | ☐ |
| FELS | LEPTAILURUS SERVAL SERVAL | 199644 | LIV C | 3.00  NO $ 10,500 | ZA | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |

| Knowingly making false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided by 18 U.S.C 1001 and 16 U.S.C. 3372(d) | 22. I certify under penalty of perjury that the information furnished is true and correct. Filed Electronically  03/20/2018 - Confirm Num: 2018NY2198902 Fee Total : $279.00 |
|---|---|

| Action/Comments: | Dec Control Num:    2018325165 |
|---|---|
| | UNITED STATES  U FISH & WILDLIFE SERVICE S |
| **Wildlife Declared** | *Electronic Filing* **CLEARED** |
| Wildlife Inspected:   Full | |
| Service K-9 Utilized:   No | Date: 03/23/2018 |
| Inspected By:   Goodman, WI0489 | |

325165

CASACCI-NYSDEC-0001789

| 1. Date of Import/Export (mm/dd/yyyy): 05/10/2018 | **U.S. FISH AND WILDLIFE SERVICE** | 7. Name of Carrier: SOUTH AFRICAN AIRWAYS |
|---|---|---|

| 2. Import/Export License Number: A12082 | 8. Air Waybill or Bill of Lading No.: Master:  083-38055426  House: |

| 3. Indicate One: [✔] import [ ] export | 9. Transportation Code:  A  License No. State or Province: |

| 4. Port of Clearance: NY | 10. Bonded Location for Inspection: N/A-JFK |

| 5. Purpose Code: T | 11. Number of Cartons Containing Wildlife: 1 |

| 6. Customs Document Number(s): na | 12. Markings on Cartons Containing Wildlife:  Live Caracals |

**DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE**

| 13. (indicate one) [✔] U.S. Importer [ ] U.S. Exporter CHRISTOPHER DEAN CASACCI ██████████ ██████████ ██████ ██ ████ | 14. (indicate one) [ ] Foreign Importer [✔] Foreign Exporter ████████ ██████ ████████ ID Type: |

| 15. Customs Broker, Shipping Agent or Freight Forwarder: ASIAN JADE CUSTOMS BROKERAGE | 15b. Identifier Number: | ID Type: |

Phone Number / Fax Number / Email Address

| Species Code 16a. Scientific Name 16b. Common Name | 17a. Foreign CITES Permit Num. 17b. U.S. CITES Permit Num. | 18a. Description Code 18b. Source | 19a. Quantity/Units 19b. Total Monetary Value | 20. Country of Species Origin Code (ISO Code) | 21. Venomous Live Wildlife Indicator |
|---|---|---|---|---|---|
| FECA | CARACAL CARACAL CARACAL | 199719 | LIV C | 7.00 NO $ 21,000 | ZA | [ ] |
|  |  |  |  |  |  | [ ] |
|  |  |  |  |  |  | [ ] |
|  |  |  |  |  |  | [ ] |

Knowingly making false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided by 18 U.S.C. 1001 and 16 U S C 3372(d)

22. I certify under penalty of perjury that the information furnished is true and correct
Filed Electronically   05/03/2018 - Confirm Num: 2018NY2222081
Fee Total : $279.00

| Action/Comments: | Dec Control Num:   2018350583 |
|---|---|

Wildlife Declared

Wildlife Inspected:    Full
Service K-9 Utilized:   No
Inspected By:   Martin, WI0488

U FISH & WILDLIFE SERVICE S
*Electronic Filing*
**CLEARED**

UNITED STATES

3 5 0 5 8 3

Date: 05/10/2018

CASACCI-NYSDEC-0001790

O.M.B. No 1018-0012 (Exp. Date 09/30/2019)

# U.S. FISH AND WILDLIFE SERVICE

## DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE

**1. Date of Import/Export (mm/dd/yyyy):**
06/06/2018

**2. Import/Export License Number:**
A12082

**3. Indicate One:**
[✔] import  [ ] export

**4. Port of Clearance:**
NY

**5. Purpose Code:**
T

**6. Customs Document Number(s):**
NA

**7. Name of Carrier:**
SOUTH AFRICAN AIRWAYS

**8. Air Waybill or Bill of Lading No.:**
Master:
House:

**9. Transportation Code:** A

License No.
State or Province:

**10. Bonded Location for Inspection:**
N/A-JFK

**11. Number of Cartons Containing Wildlife:**
1

**12. Markings on Cartons Containing Wildlife:** Live Caracals

**13. (indicate one)**
[✔] U.S. Importer
[ ] U.S. Exporter
CHRISTOPHER DEAN CASACCI

ID Type:

**14. (indicate one)**
[ ] Foreign Importer
[ ] Foreign Exporter

**14b. Identifier Number:**    ID Type:

**15. Customs Broker, Shipping Agent or Freight Forwarder:**
ASIAN JADE CUSTOMS BROKERAGE

Phone Number / Fax Number / Email Address

**15b. Identifier Number:**    ID Type:

| Species Code | 16a. Scientific Name / 16b. Common Name | 17a. Foreign CITES Permit Num. / 17b. U.S. CITES Permit Num. | 18a. Description Code / 18b. Source | 19a. Quantity/Units / 19b. Total Monetary Value | 20. Country of Species Origin Code (ISO Code) | 21. Venomous Live Wildlife Indicator |
|---|---|---|---|---|---|---|
| FELS | LEPTAILURUS SERVAL SERVAL | 199761 | LIV C | 7.00 NO $ 26,900 | ZA | [ ] |
|  |  |  |  |  |  | [ ] |
|  |  |  |  |  |  | [ ] |
|  |  |  |  |  |  | [ ] |

Knowingly making false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided by 18 U.S.C. 1001 and 16 U.S.C. 3372(d).

**22.** I certify under penalty of perjury that the information furnished is true and correct
Filed Electronically  06/01/2018 - Confirm Num: 2018NY2235860
Fee Total : $279.00

**Action/Comments:**

Dec Control Num: 2018363387

UNITED STATES

U FISH & WILDLIFE SERVICE S

*Electronic Filing*
**CLEARED**

Date: 06/06/2018

3 6 3 3 8 7

Wildlife Declared

Wildlife Inspected:  Full
Service K-9 Utilized:  No
Inspected By:  Ventura, W10100

CASACCI-NYSDEC-0001791

**New York State Department of Environmental Conservation**



# NOTICE OF APPLICATION/LICENSE DENIAL
## This is NOT a License

**Date:** 11/30/2017

**License#:** 1795

**License Type:** License to Collect or Possess - Education/Exhibition

**Applicant:** Christopher D Casacci          **Owner ID:** 1778188



**Department has denied your license application for the following reason(s):**

    1) New York State law/regulation does not authorize possession of the species for the requested activity.

**(Please note: Your original application is enclosed)**

**Additional Information:**

    The Department of Environmental Conservation (DEC or Department) has determined that possession of certain species of animals, including caracals (*Caracal caracal*), presents a danger to the health or welfare of the people of the State, as well as to indigenous fish and wildlife populations.

Consistent with and pursuant to the provisions of Environmental Conservation Law §§11-0303, 11-0305, and 11-0511, the Department will not be able to issue you a license to possess or exhibit caracals in New York State. Thank you.

---

**Agency Contact:**
    TERESA RUIZ





CASACCI-NYSDEC-0001792



**LICENSE DURATION** _____

**LICENSE FEE** No Fee

# License to Collect or Possess
# Education / Exhibition
Application

For more information on this license visit www.dec.ny.gov/permits/25005.html

*STATUTORY AUTHORITY:* Environmental Conservation Law Section 11-0515 (1) and 6 NYCRR Part 175.

The Department of Environmental Conservation (DEC) may issue a License to Collect or Possess to qualified individuals to collect or possess fish, wildlife, shellfish, crustacea, protected insects, birds' nests or eggs. This application is only for the following purposes: Education/Exhibition.

Individuals applying for a license to collect or possess migratory birds must possess a valid Federal Permit from the U.S. Fish and Wildlife Service, for the requested activity. Individuals applying for a license to exhibit mammals to the public must possess a U.S.D.A. license under the Animal Welfare Act. Applications for licenses for educational institutions should be completed by the individual authorized by the institution to supervise all activities listed on the application.

The license is valid for one year or as noted on the license. The Department in its discretion may require an applicant to submit written testimonials from two well-known persons and to file a bond of two hundred dollars.

**INSTRUCTIONS FOR LICENSE AMENDMENT**
When applying for a license amendment please only include information on the application pertaining to the specific amendment or amendments you are requesting. Please do not include previously submitted information already authorized under your license. If you are applying for renewal with amendment, please include your annual report required per your license conditions.

The following addresses are provided for your convenience.

| US Dept of the Interior / US Fish & Wildlife Svcs | USDA/APHIS/AC |
|---|---|
| PO Box 779 ● Hadley, MA 01035-0779 | 920 Main Campus Dr, Suite 200 ● Raleigh, NC 27606-5210 |

## *APPLICANT INFORMATION

**name / date of birth**

| Casacci | Christopher | D | █████ |
|---|---|---|---|
| Last | First | M.I. | DOB (mm/dd/yyyy) |

**address**

| █████ | | ████ | |
|---|---|---|---|
| Street Address | Apartment/Unit | City | |

| ██ | | ██ | ████ ██ |
|---|---|---|---|
| County | | State | Zip Code |

**email / telephone**

| ███████ | ( ██ ) ██ - ███ |
|---|---|
| Email | Telephone |

## *BUSINESS / FACILITY LOCATION (Premises where animals will be housed.) *If different from above, complete the following information.*

**business /facility name** _____

**address** _____

| | | |
|---|---|---|
| Street Address | Apartment/Unit | City |

| | | | ( ) - |
|---|---|---|---|
| County | State | Zip Code | Telephone |

## *REASON FOR THIS APPLICATION

☑ new license   ☐ license amendment   ☐ renewal of current license WITHOUT amendment   ☐ renewal of license WITH amendment

| previous license number |
|---|
| |

Describe, in detail, the purpose for which you are applying for this license. Please include a description of your education program and the conservation message you wish to convey. Also, if applicable provide the name and address of the educational organization that sanctions your proposed activities or the organization that employs you. *If more space is needed, attach additional sheets.*

```
████████████████████  █  ████████████████
████████████████████████████████████████████
████████████████████████████████  ████
```

CASACCI-NYSDEC-0001793



Please provide the common name, scientific name (Genus species) and the total number, male and/or female, of the species you wish to collect or possess.
**NOTE:** Endangered or Threatened Species may NOT be included on this application.

| Common Name | Scientific Name | Total Male | Female |
|-------------|-----------------|------|--------|
| Caracal | Caracal Caracal | | 1 |
| | | | |
| | | | |
| | | | |
| | | | |

Check the appropriate category
☐ Species [WILL BE] collected from the wild in NYS
☑ Species [WILL NOT BE] collected from the wild in NYS

If you are applying for a license to possess species which will not be collected from the wild in New York, describe how and from where you will obtain the species. Please include the name, address, telephone number and License Name and Number of the person who legally possesses the species you wish to obtain. (Rehabilitation animals require a letter from a veterinarian stating the requested wildlife is permanently disabled and non-releasable and if applicable their license number and type). *If more space is needed, attach additional sheets.*

| Species | Name of Dealer or Rehabilitator & Telephone Number | State and Federal License # |
|---------|---------------------------------------------------|----------------------------|
| Caracal | ███████████████████████████ | N/A CITES Registered Import |
| | | |
| | | |
| | | |

Describe, in detail, the location, length of possession and method(s) you will use to collect the species you listed in this application. Include the type and number of traps, type and length of nets, etc. *Individuals conducting activities on lands administered by the State or on conservation easement lands shall apply for and receive a Temporary Revocable Permit authorizing the use of those lands for such purpose prior to conducting activities. The application for a Temporary Revocable Permit can be found at: http://www.dec.ny.gov/docs/lands_forests_pdf/trpappfrm.pdf*

████████████████████████████████████████████

Describe the humane measures you will employ to ensure humane treatment for the animal(s).

████████████████████████████████████████████

List the dates and locations where the listed species will be exhibited, or check the box for static year round exhibit.

☐ Check box if animals exhibited at permanent facility year round

| Dates | Location |
|-------|----------|
| TBD | Williamsville School District (Heim Elementary/Middle) |
| TBD | Nickel City Exotics Outreach Events |
| | |
| | |
| | |

Describe the housing and/or holding facilities that you will provide for the animal(s) to ensure safe captive conditions and prevent direct contact with the public at all times. *If more space is needed, attach additional sheets.*

████████████████████████████████████████████

Do you wish to designate agent(s) under your license to assist you in the care of listed animals? If YES, please complete designated agent form.  ☐ Yes  ☑ No

Do you possess valid State and/or Federal licenses or permits which are required for your proposed activity? If YES, please attach photocopies of relevant licenses or permits to the application.  ☐ Yes  ☑ No

CASACCI-NYSDEC-0001794


NEW YORK | Department of
STATE OF OPPORTUNITY | Environmental
| Conservation

| **REQUIRED DOCUMENT(S)**<br>(must be submitted with your application) | **APPLICATION CHECKLIST**<br>(before sending this application, please verify the following) |
|---|---|
| ☐ Please attached photocopies of relevant licenses or permits to the application. | ☑ All application fields/sections marked with an asterisk ( * ) are complete1 |
| | ☑ You signed and dated below |

*NOTICE: Pursuant to ECL Section 3-0301(2)(Q), false statements made on this application are punishable in accordance to Section 210.45 of the New York State Penal Law.

_____     11/22/2017
**Applicant's Signature**                                                                                      **Date**

MAIL YOUR COMPLETED APPLICATION AND REQUIRED DOCUMENT(S) TO:      For questions or concerns, please contact us
NYS Department of Environmental Conservation                                     Phone: (518) 402-8985 · Fax: (518) 402-8925
Special Licenses Unit · 5th Floor                                                             Email: SpecialLicenses@dec.ny.gov
625 Broadway, Albany, New York 12233                                                  Website: www.dec.ny.gov/63.html

Please allow 45 days for DEC to review and process your application.
1Incomplete or vague applications will be returned and delay the processing of your permit.

CASACCI-NYSDEC-0001795



CASACCI-NYSDEC-0001796



*Specialized Care for Avian & Exotic Pets*

w w w . B u f f a l o B i r d N e r d . c o m

**Laura Wade**
DVM, Dipl ABVP (Avian)

NOV ...

June 5, 2009

Dear FDA official

Sincerely,

Laura Wade, DVM, Dipl. ABVP (Avian)

CASACCI-NYSDEC-0001797

New York State Department of Environmental Conservation



# NOTICE OF APPLICATION/LICENSE DENIAL
## This is NOT a License

**Date:** 12/19/2017

**License#:** 1798

**License Type:** License to Collect or Possess - Education/Exhibition

**Applicant:** Christopher D Casacci          **Owner ID:** 1778188

████████████████

**Department has denied your license application for the following reason(s):**
    1) A Department license is not required for the species or activity requested.

**(Please note: Your original application is enclosed)**

**Additional Information:**
    A Department issued license is not required for possession of a caracal (*Caracal caracal*). Only a USDA Class C Exhibitor's license is required for possession of this species.

---

**Agency Contact:**
    TERESA RUIZ

CASACCI-NYSDEC-0001798



# License to Collect or Possess Education / Exhibition

**LICENSE DURATION**

**LICENSE FEE** No Fee

Application

For more information on this license visit www.dec.ny.gov/permits/25005.html

*STATUTORY AUTHORITY:* Environmental Conservation Law Section 11-0515 (1) and 6 NYCRR Part 175.

The Department of Environmental Conservation (DEC) may issue a License to Collect or Possess to qualified individuals to collect or possess fish, wildlife, shellfish, crustacea, protected insects, birds' nests or eggs. This application is only for the following purposes: Education/Exhibition.

Individuals applying for a license to collect or possess migratory birds must possess a valid Federal Permit from the U.S. Fish and Wildlife Service, for the requested activity. Individuals applying for a license to exhibit mammals to the public must possess a U.S.D.A. license under the Animal Welfare Act. Applications for licenses for educational institutions should be completed by the individual authorized by the institution to supervise all activities listed on the application.

The license is valid for one year or as noted on the license. The Department in its discretion may require an applicant to submit written testimonials from two well-known persons and to file a bond of two hundred dollars.

**INSTRUCTIONS FOR LICENSE AMENDMENTS**

When applying for a license amendment please only include information on the application pertaining to the specific amendment or amendments you are requesting. Please do not include previously submitted information already authorized under your license. If you are applying for renewal with amendment, please include your annual report required per your license conditions.

The following addresses are provided for your convenience.

US Dept of the Interior / US Fish & Wildlife Svcs
PO Box 779 • Hadley, MA 01035-0779

USDA/APHIS/AC
920 Main Campus Dr, Suite 200 • Raleigh, NC 27606-5210

**\*APPLICANT INFORMATION**

name / date of birth

| Casacci | Christopher | D | |
|---|---|---|---|
| Last | First | M.I. | DOB (mm/dd/yyyy) |

address

| | | | |
|---|---|---|---|
| Street Address | Apartment/Unit | City | |
| County | | State | Zip Code |

email / telephone

| | ( ) |
|---|---|
| Email | Telephone |

**\*BUSINESS / FACILITY LOCATION** (Premises where animals will be housed.) *If different from above, complete the following information.*

business /facility name

address

| | | |
|---|---|---|
| Street Address | Apartment/Unit | City |
| County | State | Zip Code | Telephone ( ) - |

**\*REASON FOR THIS APPLICATION**

☑ new license  ☐ license amendment  ☐ renewal of current license WITHOUT amendment  ☐ renewal of license WITH amendment

| |
|---|
| previous license number |

Describe, in detail, the purpose for which you are applying for this license. Please include a description of your education program and the conservation message you wish to convey. Also, if applicable provide the name and address of the educational organization that sanctions your proposed activities or the organization that employs you. *If more space is needed, attach additional sheets.*

CASACCI-NYSDEC-0001799



Please provide the common name, scientific name (Genus species) and the total number, male and/or female, of the species you wish to collect or possess.
**NOTE:** Endangered or Threatened Species may NOT be included on this application.

| Common Name | Scientific Name | Total Male | Female |
|---|---|---|---|
| Caracat - Caracal/Domestic cat cross | Caracal Caracal/Felis catus | 1 | |
| | | | |
| | | | |
| | | | |
| | | | |

Check the appropriate category ☐ Species **WILL BE** collected from the wild in NYS    ☑ Species **WILL NOT BE** collected from the wild in NYS

If you are applying for a license to possess species which will not be collected from the wild in New York, describe how and from where you will obtain the species. Please include the name, address, telephone number and License Name and Number of the person who legally possesses the species you wish to obtain. (Rehabilitation animals require a letter from a veterinarian stating the requested wildlife is permanently disabled and non-releasable and if applicable their license number and type). *If more space is needed, attach additional sheets.*

| Species | Name of Dealer or Rehabilitator & Telephone Number | State and Federal License # |
|---|---|---|
| Caracat | ███████████████████ | N/A CITES Registered Import |
| | | |
| | | |
| | | |

Describe, in detail, the location, length of possession and method(s) you will use to collect the species you listed in this application. Include the type and number of traps, type and length of nets, etc. *Individuals conducting activities on lands administered by the State or on conservation easement lands shall apply for and receive a Temporary Revocable Permit authorizing the use of those lands for such purpose prior to conducting activities. The application for a Temporary Revocable Permit can be found at: http://www.dec.ny.gov/docs/lands_forests_pdf/trpappfrm.pdf*

███████████████████████████████████████████

Describe the humane measures you will employ to ensure humane treatment for the animal(s).

███████████████████████████████████████████

List the dates and locations where the listed species will be exhibited, or check the box for static year round exhibit.

☑ Check box if animals exhibited at permanent facility year round

| Dates | Location |
|---|---|
| TBD | Williamsville School District (Heim Elementary/Middle) |
| TBD | Nickel City Exotics Outreach Events |
| | |
| | |
| | |

Describe the housing and/or holding facilities that you will provide for the animal(s) to ensure safe captive conditions and prevent direct contact with the public at all times. *If more space is needed, attach additional sheets.*

███████████████████████████████████████████

Do you wish to designate agent(s) under your license to assist you in the care of listed animals? If YES, please complete designated agent form.    ☐ Yes  ☑ No

Do you possess valid State and/or Federal licenses or permits which are required for your proposed activity? If YES, please attach photocopies of relevant licenses or permits to the application.    ☐ Yes  ☑ No

CASACCI-NYSDEC-0001800

DEC Agent,

      Please note that the animal in question will be neutered, and thus cannot breed with wild populations, and will not interact with NYS wildlife in any capacity.  Further, the animal is a hybrid with a domestic cat, and is genetically sterile. Caracats are only slightly larger than a standard domestic cat and have behaviors similar to a small dog. The cat will be tame, bottle fed, and fully declawed by a licensed veterinarian. As such, even if escaped, it poses less threat to NYS wildlife than a normal cat. In addition, their smaller size makes them comparable to a domestic cat such as a Maine Coone. They are far less of a public threat than a German Sheppard or any standard medium size dog breed.

      If, for some reason, your tendency is towards a denial, please advise stipulations under which the animal will be allowed. If the license is approved, I will follow whatever stipulations are set forth.  As is I believe this application to be fully compliant with all aspects of ECL codes 11-0303, 11-0305, and 11-0511.

Thank You,

Christopher Casacci

CASACCI-NYSDEC-0001801

RECEIVED
DEC 1 9 2017
Special Licences Unit



*Specialized Care for Avian & Exotic Pets*

w w w . B u f f a l o B i r d N e r d . c o m

**Laura Wade**
DVM, Dipl. ABVP (Avian)

NOV 1 7 2011

June 5, 2009

Dear FDA official,



Sincerely,

Laura Wade, DVM, Dipl. ABVP (Avian)

LOCATED AT: Broadway Veterinary Clinic, PC • 5915 Broadway • Lancaster, NY 14086
P: (716) 651-0144 • F: (716) 681-4585 • BuffaloBirdNerd@gmail.com

CASACCI-NYSDEC-0001803



United States Department of Agriculture

**Animal and Plant Health Inspection Service**

**Animal Care Western Region**

**2150 Centre Avenue Building B, 3W11 Fort Collins, CO 80526 Phone: 970/494-7478**

June 25, 2018

Joseph E. Therrien
NYSDEC Special Licenses Unit
New York State Department
Environmental Conservation
625 Broadway, Fifth Floor
Albany, NY 12233

Dear Mr. Therrien:

Per your request of June 22, 2018, please find the pre-license inspection for Christopher D. Casacci, #321133.

These documents are provided for your official use only. They are not to be released to the public without prior approval from this office or the USDA Freedom of Information Act (FOIA) Office.

Please feel free to contact our office at 970-494-7478 if you need any additional information.

Sincerely,

Robert M. Gibbens
Director, Animal Welfare Operations
USDA APHIS Animal Care

Cc: Tonya Hadjis, SACS



CASACCI-NYSDEC-0001804

# NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION

Division of Fish and Wildlife, Special Licenses Unit
625 Broadway, Fifth Floor, Albany, New York 12233-4752
P: (518) 402-8985 I F: (518) 402-8925
www.dec.ny.gov

June 22, 2018

Tonya Hadjis, DVW
Supervisory Animal Care Specialist
USDA/APHIS/Animal Care
920 Main Campus Drive Suite 200
Raleigh, NC 27606-5210

Dear Ms. Hadjis,

The New York State Department of Environmental Conservation, Division of Fish and Wildlife is requesting a copy of the recent pre-license inspection report conducted by USDA for the following facility/Address:

Christopher D. Casacci



Mr. Casacci has recently applied to our Department for licensing and we are requesting this information as part of our review.

Thank you for any information you may provide. Please contact me at 518-402-8987 or by email at joseph.therrien@dec.ny.gov if you need any additional information from our office.

Sincerely,

Joseph E. Therrien
NYSDEC Special Licenses Unit

NEW YORK STATE OF OPPORTUNITY | Department of Environmental Conservation

**USDA**

United States Department of Agriculture
Animal and Plant Health Inspection Service

**Inspection Report**

Exotic Cat Humane Society Llc

▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆

Customer ID: **321133**

Certificate: --

Site: 001

CHRISTOPHER CASACCI

Type: PRELICENSE INSPECTION #1

Date: 21-JUN-2018

**2.40(b)(2)**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆

▆▆▆
▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**Prepared By:** _____

D AMBROSIO ANDREA, A C I    USDA, APHIS, Animal Care

**Title:** ANIMAL CARE INSPECTOR  6003

**Date:**
22-JUN-2018

**Received By:** _____

CHRISTOPHER CASACCI

**Title:** SENT VIA EMAIL

**Date:**
22-JUN-2018

CASACCI-NYSDEC-0001806



United States Department of Agriculture    Customer:    321133
Animal and Plant Health Inspection Service    Inspection Date: 21-JUN-18

# Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 321133 | na | 001 | CHRISTOPHER CASACCI | 21-JUN-18 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 000002 | *Caracal caracal* | CARACAL |
| 000006 | *Leptailurus serval* | SERVAL |
| **000008** | **Total** | |

CASACCI-NYSDEC-0001807




**Additional inspectors**

Lupo Keri, Veterinary Medical Officer

**Prepared By:** _____

       D AMBROSIO ANDREA, A C I     USDA, APHIS, Animal Care

**Title:**  ANIMAL CARE INSPECTOR  6003

**Date:**
22-JUN-2018

**Received By:** _____

       CHRISTOPHER CASACCI

**Title:**  SENT VIA EMAIL

**Date:**
22-JUN-2018

CASACCI-NYSDEC-0001808

STATE OF NEW YORK                          HONORABLE **KARA A. BUSCAGLIA**
TOWN JUSTICE COURT                         TOWN JUSTICE
TOWN OF AMHERST                            TOWN OF AMHERST
                                           COUNTY OF ERIE

------------------------------------------------------------------------------------

In the matter of the application by
Investigator Robert J. Peinkofer for a
Search Warrant to search the premises of        **SEARCH WARRANT**

██████████████████████

------------------------------------------------------------------------------------

    TO: Robert J. Peinkofer and any other sworn member of the New York State Department of Environmental Conservation, Division of Law Enforcement, other employees of the Department of Environmental Conservation, and other authorized persons accompanying them, including, but not limited to, members, employees, representatives and/or agents of the United States Fish and Wildlife Service; the United States Department of Agriculture; World Animal Protection; Safe Haven Wildlife Sanctuary; Turpentine Creek Wildlife Refuge; Dr. Kurt Volle DVM. Application having been made before me by Investigator Robert J. Peinkofer, of the New York State Environmental Conservation Police, with respect to entering the premises located at ███████████████████████████████████████, identified as SBL number is 68.05-5-14. The premises being bounded on the south-west by Millbrook Court and to the north by Frankhauser Road, on the north east, ████████████████████

████████████████████████████ █████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

1

Reasonable cause having been established that property of the kind and character described in CPL 690.10 sub 2. (i.e.), property that is unlawfully possessed and CPL 690.10 sub 4 (i.e.), property that constitutes evidence or tends to demonstrate that an offense was committed in New York, can be found at ███████████████████████████. More particularly, there is reasonable cause to believe that property, illegally possessed, including six (6) Servals, and two (2) Caracals can be found at ████████████ All contrary to ECL §11-0512-1. a., there is also reasonable cause to believe that property which will constitute evidence of an offense will also be found at █ ████████████████████.

**YOU ARE HEREBY AUTHORIZED TO:**

1. Enter and search the above premises and seize six (6) Serval kittens and two (2) Caracal kittens and any other illegally possessed regulated wild animals.
2. Seize business records tending to demonstrate the offense of the harboring, sale, barter, transfer, exchange or importation of any wild animal for use as a pet. Those business records to include, but not be limited to, paper or electronic, receipts, correspondence, invoices, check book registers, and bank statements.

CASACCI-NYSDEC-0001770

3. Document by photograph, drawings, and other means, any items seized, and directing that an inventory of such seized materials be brought before this Court; and for such other and further relief as this Court may deem proper.

4. To enter and search the premises between the hours of 6:00 A.M. and 9:00 P.M. and to remain until the work is completed.

This warrant must be executed not more than ten days after the date of its issuance and the warrant and an inventory of the property seized pursuant thereto must be returned to this Court without unnecessary delay.

DATED: Amherst, New York
July 3, 2018 at $10^{30}_{a.m.}$ o'clock


**HONORABLE KARA A. BUSCAGLIA**
**AMHERST TOWN JUSTICE**

3

CASACCI-NYSDEC-0001771

**STATE OF NEW YORK**
**TOWN JUSTICE COURT**
**TOWN OF AMHERST**

**HONORABLE KARA A. BUSCAGLIA**
**TOWN JUSTICE**
**TOWN OF AMHERST**
**COUNTY OF ERIE**

---------------------------------------------------------------------------------------------------------------

In the matter of the application by
Investigator Robert J. Peinkofer for a
Search Warrant to search the premises of          **SEARCH WARRANT RETURN**

███████████████████████████

---------------------------------------------------------------------------------------------------------------

I have executed the within Search Warrant as I am herein commanded on the fifth day of
July 2018, by making a search in the premise designated in the said search warrant for the
property therein described, and find of the said property the articles described in the
attached property custody report.

Dated: *Amherst*, New York

10th day of July 2018

_____
Inv. Robert Peinkofer

---------------------------------------------------------------------------------------------------------------

***Investigator Robert Peinkofer***, the officer by whom the Search Warrant was executed, do
swear that the attached property custody reports contain a true detailed account of all
property taken by me on this Search Warrant.

Pursuant to Section 690.05 through 690.55 of the Criminal Procedure Law, the temporary
retention of said property being deemed necessary in the furtherance of justice. I direct
that said property, with the exception of the live animals, be held in custody of the New
York State Department of Environmental Conservation which executed the Search
Warrant, subject to the Order of this Court or of any other Courts in which the offense
can be tried. I direct that the live animals be held in custody of the Safe Haven Wildlife
Sanctuary of 400 Nevada Route 400, PO Box 184, Imlay, NV and Turpentine Creek
Wildlife Refuge of 239 Turpentine Creek Lane, Eureka Springs, AR.

Dated: *Amherst*, New York

10th day of July 2018.

_____
Inv. Robert Peinkofer

_____
**HON. KARA A. BUSCAGLIA**

CASACCI-NYSDEC-0001809

**Property Custody Report**
**Search Warrant Seizure**

████████████████████

Live Animals

1. Serval with Micro Chip # 945000001866342
2. Serval with Micro Chip # 945000001866347
3. F-1 Savanah with Micro Chip # 985112004385137
4. Serval with Micro Chip # 945000001866341
5. Serval with Micro Chip # 945000001866350
6. Male Caracal with Micro Chip # 945000001963681
7. Female Caracal with Micro Chip # 945000001963690

Business Records

1. Black Binder business with records.
2. Loose documents with regulations.
3. Loose documents, Vet 13, 11s & air waybill.
4. Loose documents, flight detail, Bank Info & Vet bills.
5. IRS, Department of State, & Court Documents relating to Humane Society.
6. Folder with "Northwest IRS details.
7. Invoice & care check list.

Computer Files

1. Copy of computer files from HP Pavilion Lap Top.

CASACCI-NYSDEC-0001810