UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------
THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER D. CASACCI,
d/b/a Exotic Cubs.com,

          Defendant.

---------------------------------------------------------

**DECLARATION OF**
**CHRISTOPHER D. CASACCI**

Docket No.: 20-CR-5-A

**CHRISTOPHER D. CASACCI**, under the penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

1. I am the defendant.

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ as my home and residence with my two daughters. I rent the residence from ▇▇▇▇▇▇ ▇▇▇▇, live at the residence with lawful permission, and I own all of the personal property therein.

3. At all times pertinent to this case, I resided at ▇▇▇▇▇▇▇▇. It was throughout that time, and still is, my home.

4. On July 5, 2018, law enforcement searched my home at ▇▇▇▇▇▇ ▇ without my consent.

5. The search warrant and warrant application are attached as *Exhibit F* to the Declaration of Nicholas A. Romano, Esq., In Support of Omnibus Pretrial Motions.

6. I had an expectation of privacy in my home at ███████████, as well as the computer and in the various containers that that were searched, and in all of the items that were seized from my residence and the containers within my residence. I did not consent to any search or seizure of any property, computer container, or item.

7. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 8, 2020

*/s/Christopher D. Casacci*
CHRISTOPHER D. CASACCI