# Exhibit 2



**NEW YORK** STATE OF OPPORTUNITY | Department of Environmental Conservation

RECEIVED
DEC 1 9 2017
For Office Use Only
Special Licences Unit
License #
17798

LICENSE DURATION

LICENSE FEE No Fee

# License to Collect or Possess Education / Exhibition
Application

For more information on this license visit www.dec.ny.gov/permits/25005.html

STATUTORY AUTHORITY:  Environmental Conservation Law Section 11-0515 (1) and 6 NYCRR Part 175.

The Department of Environmental Conservation (DEC) may issue a License to Collect or Possess to qualified individuals to collect or possess fish, wildlife, shellfish, crustacea, protected insects, birds' nests or eggs. This application is only for the following purposes:  Education/Exhibition.

Individuals applying for a license to collect or possess migratory birds must possess a valid Federal Permit from the U.S. Fish and Wildlife Service, for the requested activity. Individuals applying for a license to exhibit mammals to the public must possess a U.S.D.A. license under the Animal Welfare Act. Applications for licenses for educational institutions should be completed by the individual authorized by the institution to supervise all activities listed on the application.

The license is valid for one year or as noted on the license. The Department in its discretion may require an applicant to submit written testimonials from two well-known persons and to file a bond of two hundred dollars.

**INSTRUCTIONS FOR LICENSE AMENDMENTS**
When applying for a license amendment please only include information on the application pertaining to the specific amendment or amendments you are requesting. Please do not include previously submitted information already authorized under your license. If you are applying for renewal with amendment, please include your annual report required per your license conditions.

The following addresses are provided for your convenience.

| US Dept of the Interior / US Fish & Wildlife Svcs | USDA/APHIS/AC |
|---|---|
| PO Box 779 • Hadley, MA 01035-0779 | 920 Main Campus Dr, Suite 200 • Raleigh, NC 27606-5210 |

## *APPLICANT INFORMATION

name / date of birth

| Casacci | Christopher | D | Redacted |
|---|---|---|---|
| Last | First | M.I. | DOB (mm/dd/yyyy) |

address

| Redacted | | Amherst | |
|---|---|---|---|
| Street Address | Apartment/Unit | City | |
| Redacted | | NY | 14221 |
| County | | State | Zip Code |

email / telephone

| Redacted | Redacted |
|---|---|
| Email | Telephone |

## *BUSINESS / FACILITY LOCATION (Premises where animals will be housed.) *If different from above, complete the following information.*

business /facility name _____

address _____

| _____ | _____ | _____ |
|---|---|---|
| Street Address | Apartment/Unit | City |

| _____ | _____ | _____ | ( ____ ) ____ - ____ |
|---|---|---|---|
| County | State | Zip Code | Telephone |

## *REASON FOR THIS APPLICATION

| ☑ | ☐ | ☐ | ☐ | |
|---|---|---|---|---|
| new license | license amendment | renewal of current license WITHOUT amendment | renewal of license WITH amendment | previous license number |

Describe, in detail, the purpose for which you are applying for this license. Please include a description of your education program and the conservation message you wish to convey. Also, if applicable provide the name and address of the educational organization that sanctions your proposed activities or the organization that employs you. *If more space is needed, attach additional sheets.*

I am hoping to work with Nickel City Reptiles with regards to their school outreach programs (http://www.nickelcityreptilesandexotics.com), and Buffalo Animal Adventures (www.buffaloanimaladventures.net).  The goal is to help educate the public with regards to cat conservation and care in NYS and maintain exhibit display.

CASACCI-GOV-0000631



Please provide the common name, scientific name (Genus species) and the total number, male and/or female, of the species you wish to collect or possess.
**NOTE:** Endangered or Threatened Species may NOT be included on this application.

| Common Name | Scientific Name | Total Male | Female |
|---|---|---|---|
| Caracat - Caracal/Domestic cat cross | Caracal Caracal/Felis catus | 1 | |
| | | | |
| | | | |
| | | | |
| | | | |

Check the appropriate category  ☐ Species **WILL BE** collected from the wild in NYS  ☑ Species **WILL NOT BE** collected from the wild in NYS

If you are applying for a license to possess species which will not be collected from the wild in New York, describe how and from where you will obtain the species. Please include the name, address, telephone number and License Name and Number of the person who legally possesses the species you wish to obtain. *(Rehabilitation animals require a letter from a veterinarian stating the requested wildlife is permanently disabled and non-releasable and if applicable their license number and type). If more space is needed, attach additional sheets.*

| Species | Name of Dealer or Rehabilitator & Telephone Number | State and Federal License # |
|---|---|---|
| Caracat | Anna Kuzmina, VIPLeo, ▓Redacted▓ | N/A CITES Registered Import |
| | | |
| | | |
| | | |

Describe, in detail, the location, length of possession and method(s) you will use to collect the species you listed in this application. Include the type and number of traps, type and length of nets, etc. *Individuals conducting activities on lands administered by the State or on conservation easement lands shall apply for and receive a Temporary Revocable Permit authorizing the use of those lands for such purpose prior to conducting activities. The application for a Temporary Revocable Permit can be found at: http://www.dec.ny.gov/docs/lands_forests_pdf/trpappfrm.pdf*

N/A-Import through airlines from Russian breeder. Federal licensing is NOT required for caracal possession or ownership. CITES will be adhered to through USFW.

Describe the humane measures you will employ to ensure humane treatment for the animal(s).

The animal will receive care through Dr. Michael Borowiec, DVM, located at ▓Redacted▓ NY 14304, for all veterinary care, vaccinations, and regularly required visits. I am a licensed laboratory animal technologist (LATG), familiar with IACUC (Animal Care and Use Committee ) implementation and am competent as it it pertains to feline ethics. The animal will also receive a custom diet including Wildtrax brand supplement, ZuPreem canned, and a variety of fresh chicken/turkey.

List the dates and locations where the listed species will be exhibited, or check the box for static year round exhibit.

☑ Check box if animals exhibited at permanent facility year round

| Dates | Location |
|---|---|
| TBD | Williamsville School District (Heim Elementary/Middle) |
| TBD | Nickel City Exotics Outreach Events |
| | |
| | |
| | |

Describe the housing and/or holding facilities that you will provide for the animal(s) to ensure safe captive conditions and prevent direct contact with the public at all times. *If more space is needed, attach additional sheets.*

The housing facility is a spacious sun room attachment to with walk in door and open air access in the summer, with ambient temperature heating in the cooler months. Enrichment type toys with no choking hazard will be provided, as well as adequate space and areas to climb/jump. The area is locked and is not accessible to the public. The cat is NOT a treat to NYS wildlife or the public in any capacity. See attached.

Do you wish to designate agent(s) under your license to assist you in the care of listed animals? If YES, please complete designated agent form.  ☐ Yes  ☑ No

Do you possess valid State and/or Federal licenses or permits which are required for your proposed activity? If YES, please attach photocopies of relevant licenses or permits to the application.  ☐ Yes  ☑ No

CASACCI-GOV-0000632


NEW YORK
STATE OF
OPPORTUNITY

Department of
Environmental
Conservation

| REQUIRED DOCUMENT(S) | APPLICATION CHECKLIST |
|---|---|

**REQUIRED DOCUMENT(S)**
(must be submitted with your application)

☐ Please attached photocopies of relevant licenses or permits to the application.

**APPLICATION CHECKLIST**
(before sending this application, please verify the following)

☑ All application fields/sections marked with an asterisk ( * ) are complete[1]

☑ You signed and dated below

*NOTICE: Pursuant to ECL Section 3-0301(2)(Q), false statements made on this application are punishable in accordance to Section 210.45 of the New York State Penal Law.

**Applicant's Signature**

12/14/2017
**Date**

MAIL YOUR COMPLETED APPLICATION AND REQUIRED DOCUMENT(S) TO:
NYS Department of Environmental Conservation
Special Licenses Unit · 5th Floor
625 Broadway, Albany, New York 12233

For questions or concerns, please contact us
Phone: (518) 402-8985 · Fax: (518) 402-8925
Email: SpecialLicenses@dec.ny.gov
Website: www.dec.ny.gov/63.html

Please allow 45 days for DEC to review and process your application.
[1]Incomplete or vague applications will be returned and delay the processing of your permit.

CASACCI-GOV-0000633

DEC Agent,

Please note that the animal in question will be neutered, and thus cannot breed with wild populations, and will not interact with NYS wildlife in any capacity. Further, the animal is a hybrid with a domestic cat, and is genetically sterile. Caracats are only slightly larger than a standard domestic cat and have behaviors similar to a small dog. The cat will be tame, bottle fed, and fully declawed by a licensed veterinarian. As such, even if escaped, it poses less threat to NYS wildlife than a normal cat. In addition, their smaller size makes them comparable to a domestic cat such as a Maine Coone. They are far less of a public threat than a German Sheppard or any standard medium size dog breed.

If, for some reason, your tendency is towards a denial, please advise stipulations under which the animal will be allowed. If the license is approved, I will follow whatever stipulations are set forth. As is I believe this application to be fully compliant with all aspects of ECL codes 11-0303, 11-0305, and 11-0511.

Thank You,

Christopher Casacci

Redacted



**New York State Department of Environmental Conservation**

# NOTICE OF APPLICATION/LICENSE DENIAL
## This is NOT a License

**Date:** 12/19/2017

**License#:** 1798

**License Type:** License to Collect or Possess - Education/Exhibition

**Applicant:** Christopher D Casacci          **Owner ID:** 1778188

Redacted

**Department has denied your license application for the following reason(s):**
 1) A Department license is not required for the species or activity requested.

**(Please note: Your original application is enclosed)**

**Additional Information:**
 A Department issued license is not required for possession of a caracal (*Caracal caracal*). Only a USDA Class C Exhibitor's license is required for possession of this species.

---

**Agency Contact:**
 TERESA RUIZ
 Special License Analyst
 625 Broadway
 Albany, NY 12233

 Telephone Number: (518) 402-8985
 Email Address:   teresa.ruiz@dec.ny.gov

CASACCI-GOV-0000635