# Exhibit 3



(/web/20180129004558/http://www.exoticcubs.com:80/)

Exotic Cubs.Com

- Home (/web/20180129004558/http://www.exoticcubs.com:80/)
- Available Cubs (/web/20180129004558/http://www.exoticcubs.com:80/available-cubs.html)
- FAQ's (/web/20180129004558/http://www.exoticcubs.com:80/faqs.html)
- Gallery (/web/20180129004558/http://www.exoticcubs.com:80/gallery.html)
- Contact (/web/20180129004558/http://www.exoticcubs.com:80/contact.html)
- Rescue Services (/web/20180129004558/http://www.exoticcubs.com:80/rescue-services.html)

## Exotic Cubs For Sale

- **Caracal Kittens**
- **Serval Kittens**
- **Cheetah Cubs**
- **Other Rare Exotic Small/Medium Cats**

## Welcome to Exotic Cubs

- Go back to the previous page.

We are a licensed US Fish & Wildlife importer that specializes in providing serval and caracal kittens for loving homes. All kittens are 8-12 weeks old and are available for in-person pickup at the Buffalo Internationally Airport or we will drive up to 4hrs to meet you. We do not export outside of the USA, and currently only do in-person hand offs. We don't require deposits or pre-payments, so there is no scamming risk. Our peak season of availability is September-April and the availability of kittens/cubs is often limited. We can often fulfill requests for males/females, and availability is on a first come, first served basis.

<u>No animals are poached from the wild! All our animals are FARM RAISED AND BOTTLE FED BY HUMANS! This even includes the very rare instance we have cheetah cubs or sand cats available for zoos or highly qualified individuals.</u>

CASACCI-GOV-0000647

## Serval Kittens



Servals make an excellent pet and share a very close bond with their owner and close family if cared for properly. They have many characteristics of a dog such as being able to be trained to walk on a leash, play fetch, coming when called, doing advanced tricks, and sharing many other common dog like personality traits. They average in size from 20 to 40lbs with the males being larger and slightly heavier. They stand from 16 to 25 inches tall and when stretching can usually put their front paws on a kitchen counter. The temperament of both genders is similar when neutered or spayed. We strongly recommend servals be neutered/spayed to prevent spraying and reduce hormonal aggression, if kept as a pet. We provide our serval kittens without sterilization, but can do so for an additional fee. Servals have a loud purr, will fluff up their tails like a raccoon when scared, and will generally cuddle and love the people around them. They are very high energy, very talkative, and occasionally stubborn. We have successfully trained our adults to use the toilet, but if not trained, they will use a litter box with consistent regularity.

## Caracal Kittens

 

Caracals are very difficult to breed, but make excellent pets, similar to servals, if neutered/spayed. For this reason and to prevent spraying we recommend all caracals be sterilized as pets. They are in the linx family and look similar to miniature cougar with large ear tufts. They tend to be very affectionate and have a slightly better demeanor than servals. Caracals are 30-50lbs and stand slightly shorter than servals at closer to 16" tall. They are known for 'hissing' as a means of communication, and while this may seem aggressive, it's their version of a meow. It can be intimating, but it's just how they talk. They also purr and growl softly as well. Caracals are an Appendix II animal and we only deal in African Caracals (not Asian).


## The webpage cannot be found

Most likely causes:
- There might be a typing error in
- If you clicked on a link, it may be

What you can try:
- Retype the address

## Care Considerations



## Ordering & Pickup

The main concern for both servals and caracals is dietary needs and care for their environment. Both cats enjoy chewing on cords and any item they can get a hold of. This means that tough dog-type toys should be provided, and care must be taken to avoid small items that can be swallowed. Both cat species are very high energy and need attention and enrichment similar to that of a medium dog, versus a domestic house cat. They do NOT rehome well! When choosing an exotic cat of this nature please keep in mind they have separation issues after bonding with an owner. Please do not order one unless you are fully prepared to care for the animal for their lifespan. Also, do not buy a serval or caracal if you have children under the age of 6. While they make wonderful family pets, children can yank on tails or abuse cats, and with an animal of this size and strength (similar to a German Sheppard), it is unadvised until a child knows how to respect an animals well being.

Both exotic cat types eat 1-3lbs of meat a day, and we use ZuPreem canned diet, raw chicken w/bones, and always offer high quality dry food such as Merrick Backcountry grain free raw infused game bird recipe.

If you have interest in either a caracal or serval kitten please use the form below and let us know which you have interest in. We can accept full payment upon time of cats pickup, so you have no risk of being scammed. We can also accept bank wire transfers before purchases beforehand IF YOU WISH. We do not accept CC's or paypal for risk of a chargeback after the cat is delivered healthy and safely. We only accept local pickup of cats at the Buffalo International Airport, or we are willing to drive several hours from the Buffalo area for delivery. We cannot risk airline transport due to shipping risk in the cargo bay during the cooler months. We provided a free carrier, starter food, care instructions, vet records, etc.

CASACCI-GOV-0000649

*Protecting wild populations of exotic cats is a key part of our mission, in full compliance with CITES regulations. Use of microchips, genetic lineage testing, and expansive breeding programs ensures access to these majestic and unique animals without risk of poaching.*

# Contact Us

## Call us today at [Redacted]

## or Email Us

* Indicates required field

**Name** *

First     Last

**Email** *

**Phone Number**

**Purchasing interest?**
- ○ Caracal Kitten -Male $10k
- ○ Caracal Kitten -Female $10k
- ○ Serval Kitten -Male $7.5k
- ○ Serval Kitten -Female $7.5k
- ○ Cheetah Cub (Appendix 1), LIMITED
- ○ Other

**Comment** *

CASACCI-GOV-0000650

# Available Cubs (Kittens).

We typically have a waiting list for our kittens, so do not wait until they are posted here before contacting us. Below are kittens available and not currently spoken for, but ready for pickup.



<u>News: 2/9/18 We will have 5 caracal and 2 serval kittens available.</u>

The caracals are 3 male/2 female, and one of each gender for serval kittens.

Prices per 8-13 week old KITTEN/CUB: (Includes vaccines, carrier, etc.)

- Servals: $7,500
- Caracals: $10,000

(Prices are firm, and normally we have a long waiting list. Please don't inquire about a purchase unless you are serious about moving forward.

### Caracal Kitten-Female 10 Weeks

### Serval Kitten-Male 9 Weeks

### Caracal Kitten-Female 9 Weeks





Available: 2/9/18
Contact us if interested
Picture is of earlier age. Videos and updated pics available
Price: $10,000 USD (Total Payment due at time of pickup)

AVAILABLE: 2/9/18
Price: $7,500 USD (Total Payment due at time of pickup)

Available: 2/9/18
Price: $7,500 USD (Total Payment due at time of pickup)

### Caracal Kitten-Female 10 Weeks

CASACCI-GOV-0000651



Available: NOW
Contact us if interested (Pic Date: 1/28/18)
Price: $10,000 USD (Total Payment due at time of pickup)

### Rare Exotic Cats we can occasionally have available:

We also have access to Sand Cat kittens (RARE!), cheetah cubs (King and standard), African wild cat kittens, black footed kittens, leopards, lions, white tigers, and others. Availability is extremely limited for many of these, and the price is reflective of their rarity. In some instances Appendix I or II CITES paperwork must processed and breeding programs offer very limited availability.

Licensed U.S. Fish And Wildlife Importer/Exporter    Exotic Cat Humane Society, LLC    Copyright © 2017

CASACCI-GOV-0000652


 (/web/20180130163043/http://www.exoticcubs.com:80/)

Exotic Cubs.Com

- Home (/web/20180130163043/http://www.exoticcubs.com:80/)
- Available Cubs (/web/20180130163043/http://www.exoticcubs.com:80/available-cubs.html)
- FAQ's (/web/20180130163043/http://www.exoticcubs.com:80/faqs.html)
- Gallery (/web/20180130163043/http://www.exoticcubs.com:80/gallery.html)
- Contact (/web/20180130163043/http://www.exoticcubs.com:80/contact.html)
- Rescue Services (/web/20180130163043/http://www.exoticcubs.com:80/rescue-services.html)

## Frequently Asked Questions

### Do You have "(insert random cat species) available?

It depends, but the best thing to do is contact us and ask. We have access to a great many species of exotic cats, game like springbuck, zebras, etc.

### What is their personality like?

It depends on each one. However, certain trends stay the same. For example, servals love to play in water and are high energy jumpers. They bond tightly with their owner and have a personality similar to a German Sheppard. A caracal is more docile than a serval, in my experience, and I'd relate them to the care of a frenchie or pug. They will follow you around and love to be held and coddled. They give as much back as you put in. It's really all about how well you train the animal.

### Do they use the litter box?

Yes, all kittens that come from us are using a standard litter box. That being said, they may have a few accidents until they get a bit older, and it's a good idea to have litter boxes in the room they are currently in until they get better established. We've even trained some of our exotic cats to exclusively use the toilet. This takes several months, and the kittens you receive are not toilet trained beyond a litter box.



### How do I know it's not a scam?

First, we don't require ANY deposits from a potential buyer. You are welcome to visit us in Buffalo, NY to personally hold the cat and chose the one you want from what we currently have available. It doesn't get any more real than that. However, beware of scammers that claim to sell exotic cats. 95% of online postings are scams, which is usually why the prices are lower. Even if they are in the USA, there's a scam where you'll send money to an elderly persons bank account account for a 'lottery scam' and then that person will wire money to someone overseas. You might think you're safe sending to a US bank to find a grandma with idea what happened. We will take a picture or video with your phone # and the cats we have in hand so you can see them live and ready to go.

### Are they vaccinated?

Yes, all the cats we sell are vaccinated before you receive them. This includes rabies, feline distemper, rhinotracheitis, Feline Leukemia, and calicivirus

### What is included with the purchase of a cat?

The cat, of course, as well as a carrier, harness, microchipping, vet clearance documents for health certification, and the care sheet.

## What about the legality of ownership?

Before buying any cat from us be sure you are fully compliant with all county, state, and federal laws. We are NOT responsible for compliance with your local district, YOU ARE. Part of the sales contract includes signing off on the fact that you are able to keep said animal and have any permits necessary, if required.

## How do you accept payment?

We accept bank wire, cash, or bitcoin. We do not accept credit cards for the risk of fraud or a chargeback. All sales are final once the animal is handed off in a healthy state. However, we do have a guarantee of health in the sales contract that extends to ensuring your animal is healthy for the first period of ownership.

## How do I care for an exotic cat?

if you're asking this question then you may not be ready for one. They take a certain amount of knowledge and experience to care for them properly. We have a video guide to food requirements below, and we do include full care sheets on how to maintain the animal (posted below on the right).



(/web/20180130163043/http://www.exoticcubs.com:80/uploads/8/1/9/6/8196:
**care_sheet.pdf**
**Download File**
(/web/20180130163043/http://www.exoticcubs.com:80/uploads/8/1/9/6/819

Licensed U.S. Fish And Wildlife Importer/Exporter     Exotic Cat Humane Society, LLC     Copyright © 2017
SIGN UP FOR OUR NEWSLETTER (https://web.archive.org/web/20180130163043/https://mailchi.mp/5d265be25e56/exoticcubs-newsletter)

- Home (/web/20180130163043/http://www.exoticcubs.com:80/)
- Available Cubs (/web/20180130163043/http://www.exoticcubs.com:80/available-cubs.html)
- FAQ's (/web/20180130163043/http://www.exoticcubs.com:80/faqs.html)
- Gallery (/web/20180130163043/http://www.exoticcubs.com:80/gallery.html)
- Contact (/web/20180130163043/http://www.exoticcubs.com:80/contact.html)
- Rescue Services (/web/20180130163043/http://www.exoticcubs.com:80/rescue-services.html)

CASACCI-GOV-0000654

 

Exotic Cubs.Com

- Home (/web/20180129004636/http://www.exoticcubs.com:80/)
- Available Cubs (/web/20180129004636/http://www.exoticcubs.com:80/available-cubs.html)
- FAQ's (/web/20180129004636/http://www.exoticcubs.com:80/faqs.html)
- Gallery (/web/20180129004636/http://www.exoticcubs.com:80/gallery.html)
- Contact (/web/20180129004636/http://www.exoticcubs.com:80/contact.html)
- Rescue Services (/web/20180129004636/http://www.exoticcubs.com:80/rescue-services.html)



## Caracal Pictures

    

CASACCI-GOV-0000655

# Caracal Videos


The webpage c[

Most likely causes:
- There might
- If you clicked


The webpage c[

Most likely causes:
- There might
- If you clicked


The webpage c[

Most likely causes:
- There might
- If you clicked


The webpage c[

Most likely causes:
- There might
- If you clicked

# Serval Pictures






# Serval Videos

CASACCI-GOV-0000656

  

## Cheetahs, Black-Footed Cat, African Wild Cat

  

Licensed U.S. Fish And Wildlife Importer/Exporter        Exotic Cat Humane Society, LLC
Copyright © 2017

- Home (/web/20180129004636/http://www.exoticcubs.com:80/)
- Available Cubs (/web/20180129004636/http://www.exoticcubs.com:80/available-cubs.html)
- FAQ's (/web/20180129004636/http://www.exoticcubs.com:80/faqs.html)
- Gallery (/web/20180129004636/http://www.exoticcubs.com:80/gallery.html)
- Contact (/web/20180129004636/http://www.exoticcubs.com:80/contact.html)
- Rescue Services (/web/20180129004636/http://www.exoticcubs.com:80/rescue-services.html)

CASACCI-GOV-0000657



(/web/20180130163028/http://www.exoticcubs.com:80/)

Exotic Cubs.Com

- Home (/web/20180130163028/http://www.exoticcubs.com:80/)
- Available Cubs (/web/20180130163028/http://www.exoticcubs.com:80/available-cubs.html)
- FAQ's (/web/20180130163028/http://www.exoticcubs.com:80/faqs.html)
- Gallery (/web/20180130163028/http://www.exoticcubs.com:80/gallery.html)
- Contact (/web/20180130163028/http://www.exoticcubs.com:80/contact.html)
- Rescue Services (/web/20180130163028/http://www.exoticcubs.com:80/rescue-services.html)



## Pricing is in the available cubs section.

## Contact ExoticCubs Today

*Indicates required field*

**Name ***

First        Last

**Email ***

**Comment & Cat Inquiries ***

Submit

Licensed U.S. Fish And Wildlife Importer/Exporter Society, LLC

Exotic Cat Humane Copyright © 2017

SIGN UP FOR OUR NEWSLETTER (https://web.archive.org/web/20180130163028/https://mailchi.mp/5d265be25e56/exoticcubs-newsletter)

- Home (/web/20180130163028/http://www.exoticcubs.com:80/)
- Available Cubs (/web/20180130163028/http://www.exoticcubs.com:80/available-cubs.html)
- FAQ's (/web/20180130163028/http://www.exoticcubs.com:80/faqs.html)
- Gallery (/web/20180130163028/http://www.exoticcubs.com:80/gallery.html)
- Contact (/web/20180130163028/http://www.exoticcubs.com:80/contact.html)
- Rescue Services (/web/20180130163028/http://www.exoticcubs.com:80/rescue-services.html)

CASACCI-GOV-0000659

(/web/20180130163146/http://www.exoticcubs.com:80/)

Exotic Cubs.Com

- Home (/web/20180130163146/http://www.exoticcubs.com:80/)
- Available Cubs (/web/20180130163146/http://www.exoticcubs.com:80/available-cubs.html)
- FAQ's (/web/20180130163146/http://www.exoticcubs.com:80/faqs.html)
- Gallery (/web/20180130163146/http://www.exoticcubs.com:80/gallery.html)
- Contact (/web/20180130163146/http://www.exoticcubs.com:80/contact.html)
- Rescue Services (/web/20180130163146/http://www.exoticcubs.com:80/rescue-services.html)

## Large Cat Rescue Services

We are committed to making sure all large cats have good homes. In many instances private collectors pass away or can no longer properly care for their large or exotic cat, or a zoo may close. We help team these individuals up with USA based sanctuaries for large cats to ensure they have proper veterinary care, food, and access to large USDA approved enclosures. If you have an animal that needs re-homing in a sanctuary please contact us to today at info@exoticcubs.com. We do not PURCHASE animals for sanctuaries, only help re-home them through non-profit organizations we work with.
Examples of large cats we help re-home to zoos and sanctuaries:
**\*Servals**
**\*Caracals**
**\*Tigers**
**\*Lions**
**\*Panthers**
**\*Jaguars**
**\*Leopards**
**\*Ocelots**
**\*Cheetahs**

Licensed U.S. Fish And Wildlife Importer/Exporter          Exotic Cat Humane Society, LLC
Copyright © 2017
SIGN UP FOR OUR NEWSLETTER
(https://web.archive.org/web/20180130163146/https://mailchi.mp/5d265be25e56/exoticcubs-newsletter)

- Home (/web/20180130163146/http://www.exoticcubs.com:80/)
- Available Cubs (/web/20180130163146/http://www.exoticcubs.com:80/available-cubs.html)
- FAQ's (/web/20180130163146/http://www.exoticcubs.com:80/faqs.html)
- Gallery (/web/20180130163146/http://www.exoticcubs.com:80/gallery.html)
- Contact (/web/20180130163146/http://www.exoticcubs.com:80/contact.html)
- Rescue Services (/web/20180130163146/http://www.exoticcubs.com:80/rescue-services.html)

CASACCI-GOV-0000660