# Exhibit 4

USFWS Form 3-177 (Revised: 03/10)    O.M.B. No. 1018-0012 (Exp. Date: 09/30/2019)

# U.S. FISH AND WILDLIFE SERVICE

## DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE

| Field | Value |
|---|---|
| 1. Date of Import/Export (mm/dd/yyyy): | 01/25/2018 |
| 2. Import/Export License Number: | A12082 |
| 3. Indicate One: | ☑ import  ☐ export |
| 4. Port of Clearance: | NY |
| 5. Purpose Code: | T |
| 6. Customs Document Number(s): | 199582 |
| 7. Name of Carrier: | SOUTH AFRICAN AIRWAYS |
| 8. Air Waybill or Bill of Lading No.: | Master: 083-37134366  House: 083-37134366 |
| 9. Transportation Code: | A |
| License No. | |
| State or Province: | |
| 10. Bonded Location for Inspection: | N/A-JFK |
| 11. Number of Cartons Containing Wildlife: | 1 |
| 12. Markings on Cartons Containing Wildlife: | Live Caracals |

13. (indicate one)
☑ U.S. Importer
☐ U.S. Exporter
CHRISTOPHER DEAN CASACCI
[Redacted]
13b. Identifier Number: 112125203    ID Type: OTHER

14. (indicate one)
☐ Foreign Importer
☑ Foreign Exporter
DORASDEEL FARMS
[Redacted]
14c. Identifier Number:    ID Type:

15. Customs Broker, Shipping Agent or Freight Forwarder:
Phone Number / Fax Number / Email Address:
15b. Identifier Number:    ID Type:
15c. Contact Name:

| Species Code | 16a. Scientific Name / 16b. Common Name | 17a. Foreign CITES Permit Num. / 17b. U.S. CITES Permit Num. | 18a. Description Code / 18b. Source | 19a. Quantity/Units / 19b. Total Monetary Value | 20. Country of Species Origin Code (ISO Code) | 21. Venomous Live Wildlife Indicator |
|---|---|---|---|---|---|---|
| FECA | CARACAL CARACAL / CARACAL | 199582 | LIV / C | 1.00 NO / $3,000 | ZA | ☐ |
| FECA | CARACAL, CARACAL CARACAL | 199582 | LIV / C | 1.00 NO / $3,000 | ZA | ☐ |
|  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  | ☐ |

Knowingly making false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided by 18 U.S.C. 1001 and 16 U.S.C. 3372(d).

22. I certify under penalty of perjury that the information furnished is true and correct:
Filed Electronically  01/16/2018 - Confirm Num: 2018NY2165664
Fee Total Paid Electronically : $279.00

Action/Comments:

Dec Control Num:   2018293873
UNITED STATES
U FISH & WILDLIFE SERVICE S
Electronic Filing
**CLEARED**
Date: 01/25/2018
Check Number: 1021  Amount: $279

293873

Wildlife Declared
Wildlife Inspected:  Full
Service K-9 Utilized:  No
Inspected By:  Scully, WI0472

CASACCI-GOV-0000549

USFWS Form 3-177 (Revised: 03/10)  
O.M.B. No. 1018-0012 (Exp. Date: 09/30/2019)

# U.S. FISH AND WILDLIFE SERVICE

## DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE

| # | Field | Value |
|---|---|---|
| 1 | Date of Import/Export (mm/dd/yyyy) | 02/15/2018 |
| 2 | Import/Export License Number | A12082 |
| 3 | Indicate One | ✔ import ☐ export |
| 4 | Port of Clearance | NY |
| 5 | Purpose Code | T |
| 6 | Customs Document Number(s) | N/A |
| 7 | Name of Carrier | SOUTH AFRICAN AIRWAYS |
| 8 | Air Waybill or Bill of Lading No. | Master: 083-37268420 / House: 083-37268420 |
| 9 | Transportation Code | A |
|   | License No. | |
|   | State or Province | |
| 10 | Bonded Location for Inspection | N/A-JFK |
| 11 | Number of Cartons Containing Wildlife | 1 |
| 12 | Markings on Cartons Containing Wildlife | Live Caracals |

13. (indicate one)  
✔ U.S. Importer  
☐ U.S. Exporter  
CHRISTOPHER DEAN CASACCI  
[Redacted]

13b. Identifier Number: 112125203   ID Type: OTHER

14. (indicate one)  
☐ Foreign Importer  
✔ Foreign Exporter  
DORASDEEL FARMS  
[Redacted]

14c. Identifier Number:   ID Type:

15. Customs Broker, Shipping Agent or Freight Forwarder: ASIAN JADE CUSTOMS BROKERAGE  
15b. Identifier Number:   ID Type:  
Phone Number / Fax Number / Email Address: [Redacted]  
15c. Contact Name: CATHY CHIU LAM

| Species Code | 16a. Scientific Name / 16b. Common Name | 17a. Foreign CITES Permit Num. / 17b. U.S. CITES Permit Num. | 18a. Description Code / 18b. Source | 19a. Quantity/Units / 19b. Total Monetary Value | 20. Country of Species Origin Code (ISO Code) | 21. Venomous Live Wildlife Indicator |
|---|---|---|---|---|---|---|
| FECA | CARACAL CARACAL / CARACAL | 199593 | LIV / C | 5.00 NO / $15,000 | ZA | ☐ |
| FELS | LEPTAILURUS SERVAL / SERVAL | 199593 | LIV / C | 2.00 NO / $7,000 | ZA | ☐ |
|  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  | ☐ |

Knowingly making false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided by 18 U.S.C. 1001 and 16 U.S.C. 3372(d).

22. I certify under penalty of perjury that the information furnished is true and correct:  
Filed Electronically 02/01/2018 - Confirm Num: 2018NY2175173  
Fee Total Paid Electronically: $384.00

Action/Comments:  
*$105 OT Fee paid with check number 974.*

Wildlife Declared  
Wildlife Inspected: Partial  
Service K-9 Utilized: No  
Inspected By: Aziz, WI0410

Dec Control Num: 2018305866  
UNITED STATES FISH & WILDLIFE SERVICE  
*Electronic Filing*  
**CLEARED**  
Date: 02/15/2018

305866

USFWS Form 3-177 (Revised: 03/10)

# U.S. FISH AND WILDLIFE SERVICE

## DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE

O.M.B. No. 1018-0012 (Exp. Date: 09/30/2019)

1. Date of Import/Export (mm/dd/yyyy): 03/23/2018
2. Import/Export License Number: A12082
3. Indicate One: ☑ import  ☐ export
4. Port of Clearance: NY
5. Purpose Code: T
6. Customs Document Number(s): na

7. Name of Carrier: SOUTH AFRICAN AIRWAYS
8. Air Waybill or Bill of Lading No.: Master: 083-37678200  House:
9. Transportation Code: A
   License No.
   State or Province:
10. Bonded Location for Inspection: N/A-JFK
11. Number of Cartons Containing Wildlife: 1
12. Markings on Cartons Containing Wildlife: Live Caracals/servals

13. (indicate one)
   ☑ U.S. Importer
   ☐ U.S. Exporter
   CHRISTOPHER DEAN CASACCI
   Redacted

13b. Identifier Number: 112125203   ID Type: OTHER

14. (indicate one)
   ☐ Foreign Importer
   ☑ Foreign Exporter
   DORASDEEL FARMS
   Redacted

14c. Identifier Number:   ID Type:

15. Customs Broker, Shipping Agent or Freight Forwarder: ASIAN JADE CUSTOMS BROKERAGE
15b. Identifier Number:   ID Type:
Phone Number / Fax Number / Email Address: Redacted
15c. Contact Name: CATHY CHIU LAM

| Species Code | 16a. Scientific Name / 16b. Common Name | 17a. Foreign CITES Permit Num. / 17b. U.S. CITES Permit Num. | 18a. Description Code / 18b. Source | 19a. Quantity/Units / 19b. Total Monetary Value | 20. Country of Species Origin Code (ISO Code) | 21. Venomous Live Wildlife Indicator |
|---|---|---|---|---|---|---|
| FECA | CARACAL CARACAL / CARACAL | 199645 | LIV / C | 4.00 NO / $12,000 | ZA | ☐ |
| FELS | LEPTAILURUS SERVAL / SERVAL | 199644 | LIV / C | 3.00 NO / $10,500 | ZA | ☐ |
|  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  | ☐ |

Knowingly making false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided by 18 U.S.C. 1001 and 16 U.S.C. 3372(d).

22. I certify under penalty of perjury that the information furnished is true and correct:
Filed Electronically   03/20/2018 - Confirm Num: 2018NY2198902
Fee Total : $279.00

Action/Comments:

Wildlife Declared
Wildlife Inspected: Full
Service K-9 Utilized: No
Inspected By: Goodman, WI0489

Dec Control Num:   2018325165
UNITED FISH & WILDLIFE SERVICE STATES
*Electronic Filing*
**CLEARED**
Date: 03/23/2018

325165

CASACCI-GOV-0000551

USFWS Form 3-177 (Revised: 03/10)  
O.M.B. No. 1018-0012 (Exp. Date: 09/30/2019)

# U.S. FISH AND WILDLIFE SERVICE

## DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE

| Field | Value |
|---|---|
| 1. Date of Import/Export (mm/dd/yyyy) | 05/10/2018 |
| 2. Import/Export License Number | A12082 |
| 3. Indicate One | ✔ import  ☐ export |
| 4. Port of Clearance | NY |
| 5. Purpose Code | T |
| 6. Customs Document Number(s) | na |
| 7. Name of Carrier | SOUTH AFRICAN AIRWAYS |
| 8. Air Waybill or Bill of Lading No.: Master | 083-38055426 |
| House | |
| 9. Transportation Code | A |
| License No. | |
| State or Province | |
| 10. Bonded Location for Inspection | N/A-JFK |
| 11. Number of Cartons Containing Wildlife | 1 |
| 12. Markings on Cartons Containing Wildlife | Live Caracals |

13. (indicate one)  
✔ U.S. Importer  
☐ U.S. Exporter  
CHRISTOPHER DEAN CASACCI  
Redacted  

13b. Identifier Number: 112125203    ID Type:

14. (indicate one)  
☐ Foreign Importer  
✔ Foreign Exporter  
DORASDEEL FARMS  
Redacted  

14c. Identifier Number:    ID Type:

15. Customs Broker, Shipping Agent or Freight Forwarder: ASIAN JADE CUSTOMS BROKERAGE  
15b. Identifier Number:    ID Type:  
Phone Number / Fax Number / Email Address: Redacted  
15c. Contact Name: CATHY CHIU LAM

| Species Code | 16a. Scientific Name / 16b. Common Name | 17a. Foreign CITES Permit Num. / 17b. U.S. CITES Permit Num. | 18a. Description Code / 18b. Source | 19a. Quantity/Units / 19b. Total Monetary Value | 20. Country of Species Origin Code (ISO Code) | 21. Venomous Live Wildlife Indicator |
|---|---|---|---|---|---|---|
| FECA | CARACAL CARACAL CARACAL | 199719 | LIV / C | 7.00 NO / $21,000 | ZA | ☐ |
|  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  | ☐ |

Knowingly making false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided by 18 U.S.C. 1001 and 16 U.S.C. 3372(d).

22. I certify under penalty of perjury that the information furnished is true and correct:  
Filed Electronically 05/03/2018 - Confirm Num: 2018NY2222081  
Fee Total: $279.00

Action/Comments:

Wildlife Declared  
Wildlife Inspected: Full  
Service K-9 Utilized: No  
Inspected By: Martin, WI0488

Dec Control Num: 2018350583  
U FISH & WILDLIFE SERVICE S  
UNITED STATES  
Electronic Filing  
**CLEARED**  
Date: 05/10/2018

350583

CASACCI-GOV-0000552

# U.S. FISH AND WILDLIFE SERVICE
## DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE

USFWS Form 3-177 (Revised: 03/10)
O.M.B. No. 1018-0012 (Exp. Date: 09/30/2019)

| Field | Value |
|---|---|
| 1. Date of Import/Export (mm/dd/yyyy) | 06/06/2018 |
| 2. Import/Export License Number | A12082 |
| 3. Indicate One | ✔ import ☐ export |
| 4. Port of Clearance | NY |
| 5. Purpose Code | T |
| 6. Customs Document Number(s) | NA |
| 7. Name of Carrier | SOUTH AFRICAN AIRWAYS |
| 8. Air Waybill or Bill of Lading No. | Master: House: |
| 9. Transportation Code | A |
| License No. | |
| State or Province | |
| 10. Bonded Location for Inspection | N/A-JFK |
| 11. Number of Cartons Containing Wildlife | 1 |
| 12. Markings on Cartons Containing Wildlife | Live Caracals |

13. (indicate one)
✔ U.S. Importer
☐ U.S. Exporter
CHRISTOPHER DEAN CASACCI
Redacted

13b. Identifier Number: 112125203    ID Type:

14. (indicate one)
☐ Foreign Importer
✔ Foreign Exporter
DORASDEEL FARMS
Redacted

14c. Identifier Number:    ID Type:

15. Customs Broker, Shipping Agent or Freight Forwarder: ASIAN JADE CUSTOMS BROKERAGE
15b. Identifier Number:    ID Type:
Phone Number / Fax Number / Email Address: Redacted
15c. Contact Name: CATHY CHIU LAM

| Species Code | 16a. Scientific Name / 16b. Common Name | 17a. Foreign CITES Permit Num. / 17b. U.S. CITES Permit Num. | 18a. Description Code / 18b. Source | 19a. Quantity/Units / 19b. Total Monetary Value | 20. Country of Species Origin Code (ISO Code) | 21. Venomous Live Wildlife Indicator |
|---|---|---|---|---|---|---|
| FELS | LEPTAILURUS SERVAL / SERVAL | 199761 | LIV / C | 7.00 NO / $26,900 | ZA | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |

Knowingly making false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided by 18 U.S.C. 1001 and 16 U.S.C. 3372(d).

22. I certify under penalty of perjury that the information furnished is true and correct:
Filed Electronically 06/01/2018 - Confirm Num: 2018NY2235860
Fee Total: $279.00

Action/Comments:

Dec Control Num: 2018363387
UNITED STATES
U FISH & WILDLIFE SERVICE
Electronic Filing
**CLEARED**
Date: 06/06/2018

363387

Wildlife Declared
Wildlife Inspected: Full
Service K-9 Utilized: No
Inspected By: Ventura, WI0100

CASACCI-GOV-0000553