# Exhibit 5

| From: | Gaj, Gregory S - APHIS |
|---|---|
| To: | Hadjis, Tonya - APHIS |
| Cc: | ACEAST |
| Subject: | FW: 1 pair of African Caracals |
| Date: | Tuesday, June 5, 2018 2:45:17 PM |
| Attachments: | USFW License.pdf<br>Care Sheet1.pdf<br>966810754807397061516205873Exotic_Cat_Humane_Society_LLC_Formation_Approval.pdf |

Hi Tonya,

Are you familiar with this person selling caracals? They have customer # 321133 and were issued a packet in Feb 2018 and have not gotten licensed. The applicant told the potential buyer that they have been waiting 4 month for their USDA inspection.

ACIS shows they were previously sent a license packet but cancelled their application. It appears they are importing caracals and reselling them without a USDA license.

Can you tell me if any arrangement has been made which is allowing them to sell animals while they wait for their inspector to inspect them? Thanks

Greg

**From:** Baywater Holdings LLC
**Sent:** Monday, June 4, 2018 12:33 PM
**To:** Gaj, Gregory S - APHIS
**Subject:** Fwd: 1 pair of African Caracals

Dr. Gaj,
This importer in NY hwould have a replacement caracal male for the one I lost. Just not sure if his credentials are sufficient. Could you please have a look at his attached license(s) not sure if I may buy from him. Having second thoughts. He is an importer.
Thanks again for your time.
---------- Forwarded message ----------
From: **Exotic Cubs** <info@exoticcubs.com>
Date: Mon, Jun 4, 2018 at 7:29 AM
Subject: Re: 1 pair of African Caracals
To: Baywater Holdings LLC

Birgit,

In NYS there is an exemption to exotic cat ownership and sale if you are an incorporated humane society. As we place cats in shelters, we are covered under that aspect of the law. Additionally, the DEC does not regulate caracals, only the USDA, and only if being paid as an exhibitor, not for ownership. I have included a copy of those documents, as well as my USFW import license.

A care sheet is attached. I'm sure you already know how to care for them properly though :)

Distribution must be approved by APHIS FOIA

You should get an email from docusign for the contract. It just covers sale price and that you have 7 days to check at vet. It's my standard contract but if you need any changes just let me know.

On Sun, Jun 3, 2018 at 5:49 PM, Exotic Cubs <info@exoticcubs.com> wrote:

> I'll work on the vet certs tomorrow and get the paperwork to you later tonight. Unrelated pair, boy is 9 weeks 5 days old as of today and female is 11 weeks 3 days old as of today.
>
> On Sun, Jun 3, 2018, 2:12 PM Baywater Holdings LLC Redacted wrote:
>
>> Hi Chris, this email is to confirm our agreement, for you to send :
>> 2 baby caracals,( 1 m,1 f) to Tampa International Airport
>> The purchase price for both animals, incl. vet health certificate, crate and Delta Dash shipping charges is $11,000 (ELEVEN THOUSAND US)
>> Both animals are reliably self feeding and deemed healthy.
>> Besides the law mandated health guarantee for congenital deseases you are offering me a 7 ( seven) day health guarantee in which I can have these caracals examined and tested out by my own attending veterinarian.Should there arrise concerns about these caracals being unfit you will immediately refund the whole purchase amount and animals will be returned to you at your expense.
>>
>> I will need a copy of your license and copy of health certificates please.
>>
>> I will tomorrow apply for my impor tpermit from Florida Fish and Wildlife, which normally takes 1 to 2 days.
>>
>> I will also send a business check overnight to the address you have provided.( Baywater Holdings LLC, Redacted )
>> If you could please send the pictures and videos of them to my email, so I may forward .
>> Do you have an exact birth date and are these 2 related?
>>
>> My stats:
>>
>> Redacted
>>
>> Think this covers our understanding.
>>
>> Hope to hear from you soon.
>> best,
>>
>> Redacted

Distribution must be approved by APHIS FOIA

--
Thank You,

Chris
www.exoticcubs.com
Redacted
info@exoticcubs.com

Distribution must be approved by APHIS FOIA