# Exhibit 6



United States Department of Agriculture
Animal and Plant Health Inspection Service

AD AMBROSIO

2016082569188914 Insp_id

## Inspection Report

Exotic Cat Humane Society Llc
Redacted

Customer ID: **321133**
Certificate: --
Site: 001
Redacted

Type: PRELICENSE INSPECTION #1
Date: 21-JUN-2018

### 2.40(b)(2)

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

Upon entering the sun room where the African Serval and Caracal species were held, there was a very strong odor distinctly different from the normal smells of these species. One small thin serval, microchip # 945000001822989 was maintained in a crate and appeared lethargic, had watery eyes and diarrhea. The applicant stated that the animal had been off in diet consumption that morning and so was being separated. Based on the un thrifty condition of the animal, the applicant was encouraged to call and make an appointment with the attending vet to examine that animal as soon as possible.

The applicant imports the animals in from Africa and usually houses them for a few weeks. The animals receive subsequent vaccination boosters and parasite control at the end buyer's veterinarian. These animals arrive via different shipments but are housed all together in the same sun room with no quarantine or separation in place. The animals are not examined by the applicants attending vet until they receive a health certificate for shipment. At the time of the pre license, these animals have been at the facility for several additional weeks and may be due for booster vaccinations or additional parasite treatment. The applicant should have the animals assessed by the attending veterinarian to determine current health status and if booster vaccines or parasite control are needed due to the young age of the animals.

### 3.9(a)

**FEEDING.**

\*\*\* Two servals identified as # 945000001866346 and # 945000001822989 were very thin with protruding hip bones, palpable ribs and a concave tuck to the abdomen. These two animals are between 9-11 weeks old and fed two times a day. Weights are not currently being taken and the diet amount is not given based on the condition of the animals. These are very young cats that may need to be fed more frequently in small increments to add body weight and condition. The attending vet was contacted and was under the impression that the applicant had been monitoring weights daily and adjusting the diets as needed for adequate growth. The diet needs to be prepared with

| Prepared By: | | |
|---|---|---|
| | D AMBROSIO ANDREA, A C I    USDA, APHIS, Animal Care | Date: 22-JUN-2018 |
| Title: | ANIMAL CARE INSPECTOR   6003 | |
| Received By: | | |
| | CHRISTOPHER CASACCI | Date: 22-JUN-2018 |
| Title: | SENT VIA EMAIL | |



special consideration for the age and growing nutrition needs of these animals.

This inspection and exit interview were conducted with the applicant.

This is the first pre license inspection. Please contact me when you are ready for a second pre license inspection. No regulated activity may be conducted until the pre license process is completed, the license fee has been submitted and a certificate number has been issued.

Recordkeeping was discussed and the required information that would be expected once the applicant is licensed.

**Additional Inspectors**

Lupo Keri, Veterinary Medical Officer

**Prepared By:** D AMBROSIO ANDREA, A C I   USDA, APHIS, Animal Care
**Date:** 22-JUN-2018
**Title:** ANIMAL CARE INSPECTOR 6003

**Received By:** CHRISTOPHER CASACCI
**Date:** 22-JUN-2018
**Title:** SENT VIA EMAIL

CASACCI-GOV-0000646