# Exhibit 7

STATE OF NEW YORK
TOWN JUSTICE COURT
TOWN OF AMHERST

HONORABLE **KARA A. BUSCAGLIA**
TOWN JUSTICE
TOWN OF AMHERST
COUNTY OF ERIE

-----------------------------------------------------------------------------------------------------

In the matter of the application by
Investigator Robert J. Peinkofer for a
Search Warrant to search the premises of
███████████ Town of Amherst
County of Erie, State of New York

**APPLICATION**
**FOR**
**SEARCH WARRANT**

-----------------------------------------------------------------------------------------------------

The premise is known by the street address of ███████████ Amherst, New York 14221. It

is situated in the Town of Amherst, County of Erie, State of New York. According to documents

maintained by Erie County, NY, the property is owned by Mr. ███████████. The property

is identified by SBL number is ████████. It is bounded on the south-west by ███████████

and to the north by ███████████. On the north east, by property owned by ███████████,

and on the south-west, by property owned by ███████████. The premise is a single-family

dwelling and has an attached two-car attached garage. The house has a tan brick front with a white

double garage door, bearing the number ████. There is a white shingled A frame portion directly

above the large family room window. The home is landscaped with several large green shrubs to

the left and right of the front door. The concrete driveway has visible cracks with grass growing

from those cracks. There is also a storm sewer grate located at the foot of the driveway on

███████████ directly in the center of the driveway at the approach. The areas to be searched

are the entire premise to include the living room, kitchen, all bedrooms, sunroom, home office,

garage, computer, filing cabinets, desk area with any filing cabinets or bins, and all areas conducive

for storing records, as well as the entire basement and contents thereof. A photograph of the

premises and Erie County documents identifying this premise are attached as **EXHIBIT 1.**

1

CASACCI-SW-0048277

**I, INVESTIGATOR ROBERT J. PEINKOFER, BEING DULY SWORN, DEPOSE AND STATE:**

1.      That I am the applicant herein and I am a Police Officer as specified in the New York State Criminal Procedure Law (CPL) 690.05(1) and defined in CPL 1.20(34) (j) in that I am an Investigator with the New York State Department of Environmental Conservation, (NYSDEC) Division of Law Enforcement, (DLE) Bureau of Environmental Crimes Investigation, (BECI).  As such, I am empowered to make arrests for, among other offenses, offenses enumerated in the New York State Environmental Conservation Law (ECL) and Title 6 of the New York Code Rules and Regulations (6NYCRR).   I am assigned to investigate allegations which involve the alleged offenses of the ECL, including the illegal possession of wild animals, endangered and threatened species, and dangerous wildlife, as those terms are defined in the ECL and 6NYCRR.  I have been a sworn member of the New York State Environmental Conservation Police since 1996.  I have been assigned to Richmond County as well as, Niagara, Erie, Wyoming, Chautauqua, Cattaraugus and Allegany County as an Environmental Conservation Officer.   I was promoted to Environmental Conservation Investigator in early 2018, where I am assigned to investigate major cases in Niagara, Erie, Wyoming, Chautauqua, Cattaraugus and Allegany Counties. I have received training in and have over twenty-two years of experience, enforcing laws and investigating offenses, including offences of the ECL and 6NYCRR as they relate to wild animals, endangered and threatened species, and dangerous wildlife.

2.      Based on personal knowledge, information and belief described herein, and documents annexed hereto, there is reasonable cause to believe that property of the kind and character described in CPL 690.10 sub 2. (i.e.), property that is unlawfully possessed and CPL 690.10 sub 4 (i.e.), property that constitutes evidence or tends to demonstrate that an offense was committed in

2

CASACCI-SW-0048278

New York, can be found at ████████████ Amherst, NY 14221. More particularly, there is reasonable cause to believe that property, illegally possessed, including six (6) Servals, and two (2) Caracals can be found at ████████████. In addition, there is reasonable cause to believe that property which will constitute evidence of an offense will also be found at ████████ Amherst, NY 14221. All contrary to ECL §11-0512-1. a, which states: "It shall be prohibited for any person to: knowingly possess, harbor, sell, barter, transfer, exchange or import any wild animal for use as a pet in New York state;" ECL §11-0512-1. a, is punishable by ECL § 71-0924. Specifically, in the case of the sale of any wild animal for use as a pet, the level of the offense depends on the value of the wild animal. Subsection 1 of ECL 71-0924 applies to a value of two hundred fifty dollars or less and is a violation. Subsection 2 applies to a value of more than two hundred fifty dollars but does not exceed one thousand five hundred dollars, and is a misdemeanor. Subsection 3 applies to a value of over one thousand five hundred dollars, and constitutes class E felony under the provisions of the penal law.

**THE FOLLOWING REPRESENTS THE GROUNDS FOR MY BELIEF: In support of our applicant's assertion as to the existence of reasonable cause, the following facts are offered:**

3.      Christopher D. Casacci (DOB 01██1982), possesses an Importers License issued by the United States Fish and Wildlife Service (USFWS). This license authorizes Casacci to import/export wildlife for commercial purposes. His license number (Identifier number) is 112125203. Pursuant to this license, Casacci has made five separate declarations to the USFWS, this calendar year, in which he lists his residence as ████████, Amherst, NY. These declarations were made on January 25, 2018; February 15, 2018; March 23, 2018; May 10, 2018; and June 6, 2018. The documents containing these declarations indicate that Mr. Casacci

3

CASACCI-SW-0048279

imported a total of 30 wild animals, pursuant to his Importers License, through John F. Kennedy international Airport in Queens, NY.

4.     Specifically, Casacci imported two (2) Caracals on January 25, 2018; five (5) Caracals and two (2) servals on February 15, 2018; four (4) Caracals and three (3) servals on March 23, 2018; seven (7) Caracals on May 10, 2018; and seven (7) servals on June 6, 2018. In summary, between January 25 and June 6, 2018 Casacci imported eighteen (18) Caracals and twelve (12) servals. The five "Declaration for Importation or Exportation of Fish or Wildlife" documents are attached as **Exhibit 2.**

5.     On November 22, 2017, Casacci applied to the NYSDEC, for a license to collect or Possess, for Education/Exhibition purposes, one (1) female Caracal. In his application he identified his address as ▅▅▅▅▅▅▅, Amherst, NY. This application was denied on November 30, 2018. It was denied because NYSDEC does not issue licenses for this species for this purpose. In correspondence from NYSDEC to Casacci, dated November 30, 2017, the NYSDEC notified Casacci that his application was denied, writing in part: "New York State law/regulation does not authorize possession of the species for the requested activity." The November 30, 2018 denial is attached as **Exhibit 3.**

6.     On December 14, 2017 Casacci applied to the NYSDEC, for a License to Collect or Possess, for Education/ Exhibition purposes, one (1) male "Caracat – Caracal/Domestic cat cross." In his application he again identified his address as ▅▅▅▅▅▅▅ Amherst, NY. This application was denied on December 19, 2017. It was denied because NYSDEC does not issue a license for this species for this purpose. In correspondence from NYSDEC to Casacci, dated December 19, 2017, the department notified Casacci that his application was denied, writing in

4

CASACCI-SW-0048280

part: "A Department license is not required for the species or activity requested." The December 19, 2017 denial is attached as **Exhibit 4.**

7.      The NYSDEC does not issue any permit or license to possess, harbor, sell, barter, transfer, exchange or import any wild animal for use as a pet in New York state. In fact, as stated above in paragraph 2., any such activity is strictly prohibited by ECL §11-0512-1. a.

8.      On June 4, 2018, Casacci applied to the United States Department of Agriculture (USDA), Animal and Plant Health Inspection Service (APHIS) for a Class B Dealers license. A Class B Dealers License authorizes the holder to purchase and resell the animal.

9.      On June 21, 2018, Andrea D'Ambrosio, Animal Care Inspector, of the USDA, APHIS, and Keri Lupo, Veterinary Medical Officer, also of APHIS, conducted a pre-license inspection at ██████ Amherst, NY. In the report Ms. D'Ambrosio generated, upon the conclusion of the inspection, she indicated that she visually observed six (6) Serval kittens and two (2) Caracal kittens. Upon entering the sunroom where the cats were housed, Ms. D'Ambrosio states that she noticed a strong odor, distinctly different from normal smells of these species. She also stated that she observed one small thin Serval in a crate that appeared lethargic, with watery eyes, and diarrhea. Ms. D'Ambrosio advised Mr. Casacci to immediately seek treatment by a veterinarian. Ms. D'Ambrosio further stated, in her report, that conditions were not conducive for proper care and storage of Caracal and Serval cats. The Report of Animal Care Inspector D'Ambrosio is attached as **Exhibit 5.**

10.     Through my investigation it was revealed that Casacci operates a website at Exoticcubs.com. On his website, Casacci offers Caracal kittens, both male and female for $10,000.00 each, and Serval kittens, both male and female, for $7,500.00 each. The website shows

5

he is a licensed USFWS importer that specializes in providing Serval and Caracal kittens, as pets, for loving homes. His website describes that Servals make excellent pets and bond closely with their owner and family. Furthermore, Casacci indicates these cats can grow to 20-40 lbs. and stand from 16" to 25' tall. He strongly recommends Servals be neutered/spayed to reduce hormonal aggression. He describes Caracals as being very difficult to breed but make excellent pets and are similar to Servals. Casacci says these cats are in the lynx family and look like a miniature cougar with large ear tufts. They tend to be very affectionate and have a slightly better demeanor than Servals. These cats are 30-50 lbs. but stand only 16" tall. He also describes how the Caracal is known for its hissing and opines that many think this is very aggressive, but he describes it as a form of meow. His website: Http://www.exoticcubs.com has 16 YOUTUBE videos showing: "Feeding & Care for Caracals and Servals." In one video regarding feeding, he strongly urges being very careful because these young cats hiss and can be very aggressive while eating. His website also has a gallery of 13 photos of individuals who recently purchase one of his wild animals.

11.      Based upon the website described above, which advertises the sale of Caracals and Serval kittens for sale as pets, and based upon the fact that thirty (30) animals have been imported since January 2018 and that only eight were present on June 21, 2018, there is reasonable cause to believe that some animals have been sold as pets.

12.      Based upon the declarations made to the USFW Service, and the applications to the NYS DEC and USDA, all using the address of ▇▇▇▇▇▇▇▇ Amherst, NY and based upon the USDA pre-license inspection at ▇▇▇▇▇▇, there is reasonable cause to believe that the business is being operated out of ▇▇▇▇▇▇. Based on reasonable cause to believe the

6

CASACCI-SW-0048282

business is being operated at ⬛⬛⬛⬛, there is reasonable cause to believe business records exist there.

13.　Furthermore, based upon the offer of sale and the web based advertisements, as well as statements made on the website by Casacci - including the statement in which he says, "Hi, this is Chris with exotic cubs.  Here we have a ten-week-old female Caracal kitten for sale." - there is reasonable cause to believe that business records exist at ⬛⬛⬛⬛, including records contained electronically on a computer.

14.　Based on personal knowledge, information and belief described herein, and documents annexed hereto, there is reasonable cause to believe that the eight (8) wild animals remain and are illegally possessed at ⬛⬛⬛⬛ Amherst, NY 14221. Specifically, two (2) Caracal cats and six (6) Serval cats.

15.　Based on personal knowledge, information and belief described herein, and documents annexed hereto, there is also reasonable cause to believe that business records, that would that constitute evidence or tends to demonstrate that an offense was committed in New York, can be found at ⬛⬛⬛⬛, Amherst, NY 14221.

16.　Your applicant wishes to advise the court that if a search and seizure order is issued, as a result of this application, the department intends to immediately transport these wild animals to a licensed Veterinarian for care and the wild animals will be relocated with organizations that are legally entitled to possess them.  Specifically, it is intended that the wild animals be transported and housed with the Safe Haven Wildlife Sanctuary of 400 Nevada Route 400, PO Box 184, Imlay, NV and Turpentine Creek Wildlife Refuge of 239 Turpentine Creek Lane, Eureka Springs, AR. Your applicant also wishes to advise the court that finding an appropriate disposition for each of

CASACCI-SW-0048283

the regulated animals has been an arduous task and that the scheduling of the transfer and transportation of the regulated animals has been complicated.

**WHEREFORE, YOUR APPLICANT RESPECTFULLY REQUESTS**

That the Court issue a Warrant and Order of Seizure, in the form annexed hereto, authorizing the search of the premises located at ████████████, Amherst, NY 14221, Erie County, State of New York and directing the seizure of six (6) Serval kittens, two (2) Caracal/Caracats and any other illegally possessed regulated wild life. Your applicant also respectfully requests the Court authorize the search for and seizure of business records tending to demonstrate the offense of the harboring, sale, barter, transfer, exchange or importation of any wild animal for use as a pet. Those business records to include, but not be limited to, paper or electronic, receipts, correspondence, invoices, check book registers, and bank statements, and directing that an inventory of such seized materials be brought before this Court; and for such other and further relief as this Court may deem proper. No previous application in this matter has been made in this Court or to any other Judge, Justice or Magistrate.

_____
ROBERT J. PEINKOFER
Investigator, NYS DEC Police

DATED:

Sworn to before me this
___3rd___ day of July 2018

_____
HONORABLE KARA A. BUSCAGLIA
AMHERST TOWN COURT JUDGE

8

CASACCI-SW-0048284



## Real Property Parcel Search

# Real Property Information



| | | | | |
|---|---|---|---|---|
| **Parcel Status** | ACTIVE | **City\Town** | Amherst | **Village** |
| **S-B-L** | | **Owner** | | **SWIS** 142289 |
| **Property Location** | DR | **Mailing Address** | | |
| **Property Class** | 210 1 FAMILY RES | **Line 2** | | |
| **Assessment** | 145000 | **Line 3** | | |
| **Taxable** | 145000 | **Street** | | |
| **Desc** | | **City/State** | AMHERST NY | |
| **Desc** | | **Zip** | 14221 | |
| **Deed Book** | | **Deed Page** | | |
| **Frontage** | | **Depth** | 120 | **Acres** 0 |
| **Year Built** | | **Square Ft** | 1269 | |
| **Beds** | | **Baths** | 1 | |
| **FirePlace** | 0 | **School** | SWEET HOME CENTRAL S | |

Owner History    Tax Payment History

Google maps



CASACCI-SW-0048285



CASACCI-SW-0048286



CASACCI-SW-0048287



CASACCI-SW-0048288



CASACCI-SW-0048289



CASACCI-SW-0048290



CASACCI-SW-0048291

USFWS Form 3-177 (Revised. 03/10)

O.M.B No 1018-0012 (Exp. Date: 09/30/2019)

# U.S. FISH AND WILDLIFE SERVICE

## DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE

1. Date of Import/Export (mm/dd/yyyy):
01/25/2018

2. Import/Export License Number:
A 12082

3. Indicate One:
[✔] import    [ ] export

4. Port of Clearance:
NY

5. Purpose Code:
T

6. Customs Document Number(s):
199582

7. Name of Carrier:
SOUTH AFRICAN AIRWAYS

8. Air Waybill or Bill of Lading No.:
Master:  083-37134366
House:   083-37134366

9. Transportation Code:   A

License No.
State or Province:

10. Bonded Location for Inspection:
N/A-JFK

11. Number of Cartons Containing Wildlife:
1

12. Markings on Cartons Containing
Wildlife:  Live Caracals

13. (indicate one)
[✔] U.S. Importer
[ ] U.S. Exporter

CHRISTOPHER DEAN CASACCI

AMHERST, NY 14221

@gmail.com

13b. Identifier Number: 112125203    ID Type: OTHER

14. (indicate one)
[ ] Foreign Importer
[✔] Foreign Exporter

DORASDEEL FARMS

14c. Identifier Number:    ID Type:

15. Customs Broker, Shipping Agent or Freight Forwarder:

15b. Identifier Number:    ID Type:

Phone Number / Fax Number / Email Address:

15c. Contact Name:

| Species Code | 16a. Scientific Name / 16b. Common Name | 17a. Foreign CITES Permit Num. / 17b. U.S. CITES Permit Num. | 18a. Description Code / 18b. Source | 19a. Quantity/Units / 19b. Total Monetary Value | 20. Country of Species Origin Code (ISO Code) | 21. Venomous Live Wildlife Indicator |
|---|---|---|---|---|---|---|
| FECA | CARACAL CARACAL. CARACAL | 199582 | LIV C | 1.00   NO $ 3,000 | ZA | [ ] |
| FECA | CARACAL. CARACAL CARACAL | 199582 | LIV C | 1.00   NO $ 3,000 | ZA | [ ] |
|  |  |  |  |  |  | [ ] |
|  |  |  |  |  |  | [ ] |

Knowingly making false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided by 18 U.S.C. 1001 and 16 U.S.C. 3372(d).

22. I certify under penalty of perjury that the information furnished is true and correct
Filed Electronically   01/16/2018 - Confirm Num: 2018NY2165664
Fee Total Paid Electronically : $279.00

Action/Comments:

Wildlife Declared

Wildlife Inspected:  Full
Service K-9 Utilized:  No
Inspected By:  Scully, W10472

Dec Control Num:   2018293873
U FISH & WILDLIFE SERVICE S
U N I T E D                         S T A T E S
Electronic Filing
CLEARED

Date: 01/25/2018
Check Number: 1021  Amount: $279

2018293873



CASACCI-SW-0048292

USFWS Form 3-177 (Revised 03/10)

O.M.B No 1018-0012 (Exp. Date: 09/30/2019)

## U.S. FISH AND WILDLIFE SERVICE

**DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE**

| | |
|---|---|
| 1. Date of Import/Export (mm/dd/yyyy): 02/15/2018 | 7. Name of Carrier: SOUTH AFRICAN AIRWAYS |
| 2. Import/Export License Number: A12082 | 8. Air Waybill or Bill of Lading No.: Master: 083-37268420 House: 083-37268420 |
| 3. Indicate One: ☑ import ☐ export | 9. Transportation Code: A |
| 4. Port of Clearance: NY | License No. State or Province: |
| 5. Purpose Code: T | 10. Bonded Location for Inspection: N/A-JFK |
| 6. Customs Document Number(s): N/A | 11. Number of Cartons Containing Wildlife: 1 |
| | 12. Markings on Cartons Containing Wildlife: Live Caracals |

| 13. (indicate one) | 14. (indicate one) |
|---|---|
| ☑ U.S. Importer | ☐ Foreign Importer |
| ☐ U.S. Exporter | ☑ Foreign Exporter |
| CHRISTOPHER DEAN CASACCI | DORASDEEL FARMS |
| AMHERST, NY 14221 | |
| 13b. Identifier Number: 112125203    ID Type: OTHER | 14c. Identifier Number:    ID Type: |

| 15. Customs Broker, Shipping Agent or Freight Forwarder: ASIAN JADE CUSTOMS BROKERAGE | 15b. Identifier Number:    ID Type: |
|---|---|
| Phone Number / Fax Number / Email Address: _____@gmail.com | 15c. Contact Name: CATHY CHIU LAM |

| Species Code | 16a. Scientific Name 16b. Common Name | 17a. Foreign CITES Permit Num. 17b. U.S. CITES Permit Num. | 18a. Description Code 18b. Source | 19a. Quantity/Units 19b. Total Monetary Value | 20. Country of Species Origin Code (ISO Code) | 21. Venomous Live Wildlife Indicator |
|---|---|---|---|---|---|---|
| FECA | CARACAL CARACAL CARACAL | 199593 | LIV C | 5.00 NO $15,000 | ZA | ☐ |
| FELS | LEPTAILURUS SERVAL SERVAL | 199593 | LIV C | 2.00 NO $7,000 | ZA | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |

Knowingly making false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided by 18 U.S.C. 1001 and 16 U.S.C. 3372(d).

22. I certify under penalty of perjury that the information furnished is true and correct:
Filed Electronically  02/01/2018 - Confirm Num: 2018NY2175173
Fee Total Paid Electronically : $384.00

Action/Comments:
*$105 OT Fee paid with check number 974.*

Wildlife Declared

Wildlife Inspected:   Partial
Service K-9 Utilized:   No
Inspected By:   Aziz, W10410

Dec Control Num:   2018305866

U FISH & WILDLIFE SERVICE S
UNITED
*Electronic Filing*
**CLEARED**
STATES

Date: 02/15/2018

305866

CASACCI-SW-0048293

O.M.B No. 1018-0012 (Exp. Date 09/30/2019)

# U.S. FISH AND WILDLIFE SERVICE

**DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE**

| | |
|---|---|
| 1. Date of Import/Export (mm/dd/yyyy): 03/23/2018 | 7. Name of Carrier: SOUTH AFRICAN AIRWAYS |
| 2. Import/Export License Number: A 12082 | 8. Air Waybill or Bill of Lading No.: Master: 083-37678200 House: |
| 3. Indicate One: ☑ import ☐ export | 9. Transportation Code: A |
| 4. Port of Clearance: NY | License No. State or Province: |
| 5. Purpose Code: T | 10. Bonded Location for Inspection: N/A-JFK |
| 6. Customs Document Number(s): na | 11. Number of Cartons Containing Wildlife: 1 |
| | 12. Markings on Cartons Containing Wildlife: Live Caracals/servals |

| 13. (indicate one) | 14. (indicate one) |
|---|---|
| ☑ U.S. Importer | ☐ Foreign Importer |
| ☐ U.S. Exporter | ☑ Foreign Exporter |
| CHRISTOPHER DEAN CASACCI | DORASDEEL FARMS |
| AMHERST, NY 14221 | |
| 13b. Identifier Number: 112125203    ID Type: OTHER | 14c. Identifier Number:    ID Type: |

| 15. Customs Broker, Shipping Agent or Freight Forwarder: ASIAN JADE CUSTOMS BROKERAGE | 15b. Identifier Number:    ID Type: |
|---|---|
| Phone Number / Fax Number / Email Address: @gmail.com | 15c. Contact Name: CATHY CHIU LAM |

| Species Code | 16a. Scientific Name 16b. Common Name | 17a. Foreign CITES Permit Num. 17b. U.S. CITES Permit Num. | 18a. Description Code 18b. Source | 19a. Quantity/Units 19b. Total Monetary Value | 20. Country of Species Origin Code (ISO Code) | 21. Venomous Live Wildlife Indicator |
|---|---|---|---|---|---|---|
| FECA | CARACAL CARACAL CARACAL | 199645 | LIV C | 4.00  NO $ 12,000 | ZA | ☐ |
| FELS | LEPTAILURUS SERVAL SERVAL | 199644 | LIV C | 3.00  NO $ 10,500 | ZA | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |

Knowingly making false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided in 18 U.S.C. 1001 and 16 U.S.C. 3372(d)

22. I certify under penalty of perjury that the information furnished is true and correct. Filed Electronically  03/20/2018 - Confirm Num: 2018NY2198902 Fee Total : $279.00

Action/Comments:

Wildlife Declared

Wildlife Inspected:  Full
Service K-9 Utilized:  No
Inspected By:  Goodman, WI0489

Dec Control Num:    2018325165

U FISH & WILDLIFE SERVICE S

UNITED STATES

Electronic Filing
**CLEARED**

Date: 03/23/2018

325165

CASACCI-SW-0048294

USFWS Form 3-177 (Revised: 03/10)

O.M.B No. 1018-0012 (Exp. Date: 09/30/2019)

## U.S. FISH AND WILDLIFE SERVICE

**DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE**

| | |
|---|---|
| 1. Date of Import/Export (mm/dd/yyyy): 05/10/2018 | 7. Name of Carrier: SOUTH AFRICAN AIRWAYS |
| 2. Import/Export License Number: A12082 | 8. Air Waybill or Bill of Lading No.: Master: 083-38055426 House: |
| 3. Indicate One: [✔] import [ ] export | 9. Transportation Code: A |
| 4. Port of Clearance: NY | License No. State or Province: |
| 5. Purpose Code: T | 10. Bonded Location for Inspection: N/A-JFK |
| 6. Customs Document Number(s): na | 11. Number of Cartons Containing Wildlife: 1 |
| | 12. Markings on Cartons Containing Wildlife: Live Caracals |

| 13. (indicate one) | 14. (indicate one) |
|---|---|
| [✔] U.S. Importer | [ ] Foreign Importer |
| [ ] U.S. Exporter | [✔] Foreign Exporter |
| CHRISTOPHER DEAN CASACCI | DORASDEEL FARMS |
| AMHERST, NY 14221 | |
| 13b. Identifier Number: 112125203  ID Type: | 14c. Identifier Number:  ID Type: |

| 15. Customs Broker, Shipping Agent or Freight Forwarder: ASIAN JADE CUSTOMS BROKERAGE | 15b. Identifier Number:  ID Type: |
|---|---|
| Phone Number / Fax Number / Email Address: | 15c. Contact Name: CATHY CHIU LAM |

| Species Code | 16a. Scientific Name 16b. Common Name | 17a. Foreign CITES Permit Num. 17b. U.S. CITES Permit Num. | 18a. Description Code 18b. Source | 19a. Quantity/Units 19b. Total Monetary Value | 20. Country of Species Origin Code (ISO Code) | 21. Venomous Live Wildlife Indicator |
|---|---|---|---|---|---|---|
| FECA | CARACAL CARACAL CARACAL | 199719 | LIV C | 7.00   NO $ 21,000 | ZA | [ ] |
| | | | | | | [ ] |
| | | | | | | [ ] |
| | | | | | | [ ] |

Knowingly making false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided in 18 U.S.C. 1001 and 16 U.S.C. 3372(d)

22. I certify under penalty of perjury that the information furnished is true and correct.
Filed Electronically  05/03/2018 - Confirm Num: 2018NY2222081
Fee Total : $279.00

Action/Comments:

Dec Control Num:  2018350583

UNITED STATES

U FISH & WILDLIFE SERVICE S

*Electronic Filing*
**CLEARED**

350583

Date: 05/10/2018

Wildlife Declared

Wildlife Inspected:  Full
Service K-9 Utilized:  No
Inspected By:  Martin, WI0488

CASACCI-SW-0048295

O.M.B No 1018-0012 (Exp. Date: 09/30/2019)

**U.S. FISH AND WILDLIFE SERVICE**

**DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE**

1. Date of Import/Export (mm/dd/yyyy): 06/06/2018
2. Import/Export License Number: A12082
3. Indicate One: ☑ import ☐ export
4. Port of Clearance: NY
5. Purpose Code: T
6. Customs Document Number(s): NA

7. Name of Carrier: SOUTH AFRICAN AIRWAYS
8. Air Waybill or Bill of Lading No.: Master: House:
9. Transportation Code: A
   License No.
   State or Province:
10. Bonded Location for Inspection: N/A-JFK
11. Number of Cartons Containing Wildlife: 1
12. Markings on Cartons Containing Wildlife: Live Caracals

13. (indicate one)
☑ U.S. Importer
☐ U.S. Exporter

CHRISTOPHER DEAN CASACCI

AMHERST, NY 14221

13b. Identifier Number: 112125203   ID Type:

14. (indicate one)
☐ Foreign Importer
☑ Foreign Exporter

DORASDEEL FARMS

14c. Identifier Number:   ID Type:

15. Customs Broker, Shipping Agent or Freight Forwarder: ASIAN JADE CUSTOMS BROKERAGE

15b. Identifier Number:   ID Type:

Phone Number / Fax Number / Email Address:
@gmail.com   15c. Contact Name: CATHY CHIU LAM

| Species Code | 16a. Scientific Name / 16b. Common Name | 17a. Foreign CITES Permit Num. / 17b. U.S. CITES Permit Num. | 18a. Description Code / 18b. Source | 19a. Quantity/Units / 19b. Total Monetary Value | 20. Country of Species Origin Code (ISO Code) | 21. Venomous Live Wildlife Indicator |
|---|---|---|---|---|---|---|
| FELS | LEPTAILURUS SERVAL SERVAL | 199761 | LIV C | 7.00 NO $ 26,900 | ZA | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |

Knowingly making false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided in 18 U.S.C. 1001 and 16 U.S.C. 3372(d).

22. I certify under penalty of perjury that the information furnished is true and correct
Filed Electronically  06/01/2018 - Confirm Num: 2018NY2235860
Fee Total : $279.00

Action/Comments:

Wildlife Declared

Wildlife Inspected: Full
Service K-9 Utilized: No
Inspected By: Ventura, W10100

Dec Control Num:  2018363387
U FISH & WILDLIFE SERVICE
UNITED STATES
*Electronic Filing*
**CLEARED**
Date: 06/06/2018

363387



### New York State Department of Environmental Conservation

# NOTICE OF APPLICATION/LICENSE DENIAL
## This is NOT a License

**Date:** 11/30/2017

**License#:** 1795

**License Type:** License to Collect or Possess - Education/Exhibition

**Applicant:** Christopher D Casacci       **Owner ID:** 1778188

Amherst, NY 14221

**Department has denied your license application for the following reason(s):**
  1) New York State law/regulation does not authorize possession of the species for the requested activity.

**(Please note: Your original application is enclosed)**

**Additional Information:**
  The Department of Environmental Conservation (DEC or Department) has determined that possession of certain species of animals, including caracals (*Caracal caracal*), presents a danger to the health or welfare of the people of the State, as well as to indigenous fish and wildlife populations.

Consistent with and pursuant to the provisions of Environmental Conservation Law §§11-0303, 11-0305, and 11-0511, the Department will not be able to issue you a license to possess or exhibit caracals in New York State. Thank you.

---

**Agency Contact:**
  TERESA RUIZ
  Special License Analyst
  625 Broadway
  Albany, NY 12233

  Telephone Number: (518) 402-8985
  Email Address:   txruiz@gw.dec.state.ny.us



CASACCI-SW-0048297



**NEW YORK STATE** of OPPORTUNITY | **Department of Environmental Conservation**

# License to Collect or Possess Education / Exhibition

Application

LICENSE DURATION _____

LICENSE FEE No Fee

For more information on this license visit www.dec.ny.gov/permits/25005.html

*STATUTORY AUTHORITY:* Environmental Conservation Law Section 11-0515 (1) and 6 NYCRR Part 175.

The Department of Environmental Conservation (DEC) may issue a License to Collect or Possess to qualified individuals to collect or possess fish, wildlife, shellfish, crustacea, protected insects, birds' nests or eggs. This application is only for the following purposes: Education/Exhibition.

Individuals applying for a license to collect or possess migratory birds must possess a valid Federal Permit from the U.S. Fish and Wildlife Service, for the requested activity. Individuals applying for a license to exhibit mammals to the public must possess a U.S.D.A. license under the Animal Welfare Act. Applications for licenses for educational institutions should be completed by the individual authorized by the institution to supervise all activities listed on the application.

The license is valid for one year or as noted on the license. The Department in its discretion may require an applicant to submit written testimonials from two well-known persons and to file a bond of two hundred dollars.

**INSTRUCTIONS FOR LICENSE AMENDMENTS**
When applying for a license amendment please only include information on the application pertaining to the specific amendment or amendments you are requesting. Please do not include previously submitted information already authorized under your license. If you are applying for renewal with amendment, please include your annual report required per your license conditions.

The following addresses are provided for your convenience.

| US Dept of the Interior / US Fish & Wildlife Svce | USDA/APHIS/AC |
|---|---|
| PO Box 779 ● Hadley, MA 01035-0779 | 920 Main Campus Dr, Suite 200 ● Raleigh, NC 27606-5210 |

## *APPLICANT INFORMATION

| name / date of birth | Casacci | Christopher | D | 01 / 1982 |
|---|---|---|---|---|
| | Last | First | M.I. | DOB (mm/dd/yyyy) |

| address | ███████ | | Amherst |
|---|---|---|---|
| | Street Address | Apartment/Unit | City |

| | Erie | NY | 14221 |
|---|---|---|---|
| | County | State | Zip Code |

| email / telephone | ███████@gmail.com | ( 716 ) ███████ |
|---|---|---|
| | Email | Telephone |

## *BUSINESS / FACILITY LOCATION (Premises where animals will be housed.) *If different from above, complete the following information.*

business / facility name _____

address _____

| Street Address | Apartment/Unit | City |
|---|---|---|

| County | State | Zip Code | ( ___ ) ___ - ___ Telephone |
|---|---|---|---|

## *REASON FOR THIS APPLICATION

| ☑ new license | ☐ license amendment | ☐ renewal of current license WITHOUT amendment | ☐ renewal of license WITH amendment | _____ previous license number |
|---|---|---|---|---|

Describe, in detail, the purpose for which you are applying for this license. Please include a description of your education program and the conservation message you wish to convey. Also, if applicable provide the name and address of the educational organization that sanctions your proposed activities or the organization that employs you. If more space is needed, attach additional sheets.

> I am hoping to work with Nickel City Reptiles with regards to their school outreach programs (http://www.nickelcityreptilesandexotics.com), and Buffalo Animal Adventures (www.buffaloanimaladventures.net). The goal is to help educate the public with regards to cat conservation and care in NYS.

CASACCI-SW-0048298

Please provide the common name, scientific name (Genus species) and the total number, male and/or female, of the species you wish to collect or possess.
**NOTE** Endangered or Threatened Species may NOT be included on this application.

| Common Name | Scientific Name | Male | Total Female |
|---|---|---|---|
| Caracal | Caracal Caracal | | 1 |
| | | | |
| | | | |
| | | | |
| | | | |

Check the appropriate category   ☐ Species WILL BE collected from the wild in NYS   ☑ Species WILL NOT BE collected from the wild in NYS

If you are applying for a license to possess species which will not be collected from the wild in New York, describe how and from where you will obtain the species. Please include the name, address, telephone number and License Name and Number of the person who legally possesses the species you wish to obtain. (Rehabilitation animals require a letter from a veterinarian stating the requested wildlife is permanently disabled and non-releasable and if applicable their license number and type). *If more space is needed, attach additional sheets.*

| Species | Name of Dealer or Rehabilitator & Telephone Number | State and Federal License # |
|---|---|---|
| Caracal | Anna Kuzmina, VIPLeo | N/A CITES Registered Import |
| | | |
| | | |
| | | |

Describe, in detail, the location, length of possession and method(s) you will use to collect the species you listed in this application. Include the type and number of traps, type and length of nets, etc. *Individuals conducting activities on lands administered by the State or on conservation easement lands shall apply for and receive a Temporary Revocable Permit authorizing the use of those lands for such purpose prior to conducting activities. The application for a Temporary Revocable Permit can be found at: http://www.dec.ny.gov/docs/lands_forests_pdf/trpappfrm.pdf*

N/A-Import through airlines from Russian breeder. Federal licensing is NOT required for caracal possession or ownership.

Describe the humane measures you will employ to ensure humane treatment for the animal(s).

The animal will receive care through Dr. Michael Borowiec, DVM, located at ▒▒▒▒▒▒▒▒▒▒▒▒ for all veterinary care, vaccinations, and regularly required visits. I am a licensed laboratory animal technologist (LATG), familiar with IACUC (Animal Care and Use Committee ) implementation and am competent as it it pertains to feline ethics. The animal will also receive a custom diet including Wildtrax brand supplement, ZuPreem canned, and a variety of fresh chicken/turkey.

List the dates and locations where the listed species will be exhibited, or check the box for static year round exhibit.

| | Dates | Location |
|---|---|---|
| ☐ Check box if animals exhibited at permanent facility year round | TBD | Williamsville School District (Heim Elementary/Middle) |
| | TBD | Nickel City Exotics Outreach Events |
| | | |
| | | |

Describe the housing and/or holding facilities that you will provide for the animal(s) to ensure safe captive conditions and prevent direct contact with the public at all times. *If more space is needed, attach additional sheets.*

The housing facility is a spacious sun room attachment to with walk in door and open air access in the summer, with ambient temperature heating in the cooler months. Enrichment type toys with no choking hazard will be provided, as well as adequate space and areas to climb/jump. The area is locked and is not accessible to the public.

Do you wish to designate agent(s) under your license to assist you in the care of listed animals? If YES, please complete designated agent form.   ☐ Yes   ☑ No

Do you possess valid State and/or Federal licenses or permits which are required for your proposed activity? If YES, please attach photocopies of relevant licenses or permits to the application.   ☐ Yes   ☑ No

CASACCI-SW-0048299

| REQUIRED DOCUMENT(S) | APPLICATION CHECKLIST |
| (must be submitted with your application) | (before sending this application, please verify the following) |

☐ Please attached photocopies of relevant licenses or permits to the application.

☑ All application fields/sections marked with an asterisk ( * ) are complete₁

☑ You signed and dated below

*NOTICE: Pursuant to ECL Section 3-0301(2)(Q), false statements made on this application are punishable in accordance to Section 210.45 of the New York State Penal Law.

_Signature_

**Applicant's Signature**

**11/22/2017**
Date

MAIL YOUR COMPLETED APPLICATION AND REQUIRED DOCUMENT(S) TO:
NYS Department of Environmental Conservation
Special Licenses Unit · 5th Floor
625 Broadway, Albany, New York 12233

For questions or concerns, please contact us
Phone: (518) 402-8985 · Fax: (518) 402-8925
Email: Special.licenses@dec.ny.gov
Website: www.dec.ny.gov/63.html

Please allow 45 days for DEC to review and process your application.
¹Incomplete or vague applications will be returned and delay the processing of your permit.

CASACCI-SW-0048300





# Specialized Care for Avian & Exotic Pets

www.BuffaloBirdNerd.com

**Laura Wade**
DVM, Dipl. ABVP (Avian)

June 5, 2009

Dear FDA official,

On May 20, 2009, I visited Chistopher Casacci's new *Neon Mice* facility in Niagara Falls, NY. Chris provided me a complete tour of the facilities and I was able to inspect a representative sample of mice and rats in the colony. The facility was well-designed, very clean and the animals were in good condition and well-cared for. Examples of Chris's attention to details included the presence of a wall-mounted hand-sanitizer and accurate geneology markings on all animal cage bins. Employee safety was excellent as care staff were noted to be wearing masks and gloves.

In addition, Chris provided me with several of his ACLAM-derived guidelines and protocols for anesthesia, gonadectomy, and tatiooing and showed me his organized medical record system. He acquires mice from a reputable company that does excellent disease screening. The mice did not appear to exhibit significant cannibalism, tumors, malocolusions, limb deformities or signs of infectious disease. The does appeared to produce significantly large litters and neonatal pups exhibited milk spots. The juveniles exhibited good hair coats and a very limited number of adults exhibited scratch marks from cagemates (due to lack of hair protection from the fluorescence mutation). Unlike the majority of his colleagues in this industry, Chis is extremely knowledgeable and appears to have thought through all important details necessary for a successful rodent breeding business. He is eager to maintain twice-annual veterinary inspections. Although not required, Chris is interested in following USDA guidelines, which I think will add credibility to his business. I have worked with several other area facilities as a consultant in a similar fashion, including a USDA-accredited pet store in Buffalo. Currently, *Neon Mice* would meet USDA compliance in regards to the facility and animal care requirements. In my opinion, his facility is on par with the Department of Laboratory Animal Medicine at the University of Buffalo.

My practice is exclusively devoted to exotic pets and I completed a two-year exotic animal residency (full CV available on my website under "About Dr. Wade"). In addition, I am a USDA-accredited veterinarian. Although much of my work is with individual companion animals, I have a growing flock and breeding colony clientele.

Feel free to contact me with any questions or concerns you might have.

Sincerely,

Laura Wade, DVM, Dipl. ABVP (Avian)

LOCATED AT: Broadway Veterinary Clinic, PC • 5915 Broadway • Lancaster, NY 14086
P: (716) 651-0144 • F: (716) 681-4585 • BuffaloBirdNerd@gmail.com

CASACCI-SW-0048302



New York State Department of Environmental Conservation

# NOTICE OF APPLICATION/LICENSE DENIAL
## This is NOT a License

**Date:** 12/19/2017

**License#:** 1798

**License Type:** License to Collect or Possess - Education/Exhibition

**Applicant:** Christopher D Casacci          **Owner ID:** 1778188

Amherst, NY 14221

**Department has denied your license application for the following reason(s):**
    1) A Department license is not required for the species or activity requested.

**(Please note: Your original application is enclosed)**

**Additional Information:**
    A Department issued license is not required for possession of a caracal (*Caracal caracal*). Only a USDA Class C Exhibitor's license is required for possession of this species.

---

**Agency Contact:**
    TERESA RUIZ
    Special License Analyst
    625 Broadway
    Albany, NY 12233

    Telephone Number: (518) 402-8985
    Email Address:    teresa.ruiz@dec.ny.gov



CASACCI-SW-0048303



**NEW YORK STATE DEPARTMENT** | Department of Environmental Conservation

## License to Collect or Possess
## Education / Exhibition
Application

RECEIVED DEC 1 9 2017 Special Licenses Unit

LICENSE DURATION _____

LICENSE FEE **No Fee**

For more information on this license visit www.dec.ny.gov/permits/25005.html

STATUTORY AUTHORITY: Environmental Conservation Law Section 11-0515 (1) and 6 NYCRR Part 175.

The Department of Environmental Conservation (DEC) may issue a License to Collect or Possess to qualified individuals to collect or possess fish, wildlife, shellfish, crustacea, protected insects, birds' nests or eggs. This application is only for the following purposes: Education/Exhibition.

Individuals applying for a license to collect or possess migratory birds must possess a valid Federal Permit from the U.S. Fish and Wildlife Service, for the requested activity. Individuals applying for a license to exhibit mammals to the public must possess a U.S.D.A. license under the Animal Welfare Act. Applications for licenses for educational institutions should be completed by the individual authorized by the institution to supervise all activities listed on the application.

The license is valid for one year or as noted on the license. The Department in its discretion may require an applicant to submit written testimonials from two well-known persons and to file a bond of two hundred dollars.

**INSTRUCTIONS FOR LICENSE AMENDMENTS**
When applying for a license amendment please only include information on the application pertaining to the specific amendment or amendments you are requesting. Please do not include previously submitted information already authorized under your license. If you are applying for renewal with amendment, please include your annual report required per your license conditions.
The following addresses are provided for your convenience.

US Dept of the Interior / US Fish & Wildlife Svcs
PO Box 779 • Hadley, MA 01035-0779

USDA/APHIS/AC
920 Main Campus Dr, Suite 200 • Raleigh, NC 27606-5210

### *APPLICANT INFORMATION

| name / date of birth | Casacci | Christopher | D | 01 ▨ 1982 |
|---|---|---|---|---|
| | Last | First | M.I. | DOB (mm/dd/yyyy) |

| address | | | Amherst |
|---|---|---|---|
| | Street Address | Apartment/Unit | City |

Erie _____ NY _____ 14221
County _____ State _____

| email / telephone | ▨@gmail.com | ( 716 ) ▨ |
|---|---|---|
| | Email | Telephone |

### *BUSINESS / FACILITY LOCATION (Premises where animals will be housed.) If different from above, complete the following information.

business /facility name _____

address _____

Street Address _____ Apartment/Unit _____ City

County _____ State _____ Zip Code _____ ( ____ ) ____ - ____
Telephone

### *REASON FOR THIS APPLICATION

- [✓] **new license**
- [ ] **license amendment**
- [ ] **renewal of current license** WITHOUT amendment
- [ ] **renewal of license** WITH amendment

| previous license number |
|---|
| |

Describe, in detail, the purpose for which you are applying for this license. Please include a description of your education program and the conservation message you wish to convey. Also, if applicable provide the name and address of the educational organization that sanctions your proposed activities or the organization that employs you. If more space is needed, attach additional sheets.

I am hoping to work with Nickel City Reptiles with regards to their school outreach programs (http://www.nickelcityreptilesandexotics.com), and Buffalo Animal Adventures (www.buffaloanimaladventures.net). The goal is to help educate the public with regards to cat conservation and care in NYS and maintain exhibit display.

CASACCI-SW-0048304

Please provide the common name, scientific name (Genus species) and the total number, male and/or female, of the species you wish to collect or possess. **NOTE!** Endangered or Threatened Species may NOT be included on this application.

| Common Name | Scientific Name | Total Male | Female |
|---|---|---|---|
| Caracat - Caracal/Domestic cat cross | Caracal Caracal/Felis catus | 1 | |
| | | | |
| | | | |
| | | | |

Check the appropriate category ☐ Species WILL BE collected from the wild in NYS ☑ Species WILL NOT BE collected from the wild in NYS

If you are applying for a license to possess species which will not be collected from the wild in New York, describe how and from where you will obtain the species. Please include the name, address, telephone number and License Name and Number of the person who legally possesses the species you wish to obtain. (Rehabilitation animals require a letter from a veterinarian stating the requested wildlife is permanently disabled and non-releasable and if applicable their license number and type). *If more space is needed, attach additional sheets.*

| Species | Name of Dealer or Rehabilitator & Telephone Number | State and Federal License # |
|---|---|---|
| Caracal | Anna Kuzmina, VIPLed | N/A CITES Registered Import |
| | | |
| | | |

Describe, in detail, the location, length of possession and method(s) you will use to collect the species you listed in this application. Include the type and number of traps, type and length of nets, etc. Individuals conducting activities on lands administered by the State or on conservation easement lands shall apply for and receive a Temporary Revocable Permit authorizing the use of those lands for such purpose prior to conducting activities. The application for a Temporary Revocable Permit can be found at: http://www.dec.ny.gov/docs/lands_forests_pdf/trpappfrm.pdf

N/A-Import through airlines from Russian breeder. Federal licensing is NOT required for caracal possession or ownership. CITES will be adhered to through USFW.

Describe the humane measures you will employ to ensure humane treatment for the animal(s).

The animal will receive care through Dr. Michael Borowiec, DVM, located at ▮▮▮▮▮▮▮▮▮▮ for all veterinary care, vaccinations, and regularly required visits. I am a licensed laboratory animal technologist (LATG), familiar with IACUC (Animal Care and Use Committee ) implementation and am competent as it pertains to feline ethics. The animal will also receive a custom diet including Wildtrax brand supplement, ZuPreem canned, and a variety of fresh chicken/turkey.

List the dates and locations where the listed species will be exhibited, or check the box for static year round exhibit.

| | Dates | Location |
|---|---|---|
| ☑ Check box if animals exhibited at permanent facility year round | TBD | Williamsville School District (Heim Elementary/Middle) |
| | TBD | Nickel City Exotics Outreach Events |
| | | |
| | | |

Describe the housing and/or holding facilities that you will provide for the animal(s) to ensure safe captive conditions and prevent direct contact with the public at all times. *If more space is needed, attach additional sheets.*

The housing facility is a spacious sun room attachment to with walk in door and open air access in the summer, with ambient temperature heating in the cooler months. Enrichment type toys with no choking hazard will be provided, as well as adequate space and areas to climb/jump. The area is locked and is not accessible to the public. The cat is NOT a treat to NYS wildlife or the public in any capacity. See attached.

Do you wish to designate agent(s) under your license to assist you in the care of listed animals? If YES, please complete designated agent form. ☐ Yes ☑ No

Do you possess valid State and/or Federal licenses or permits which are required for your proposed activity? If YES, please attach photocopies of relevant licenses or permits to the application. ☐ Yes ☑ No

CASACCI-SW-0048305

DEC Agent,

     Please note that the animal in question will be neutered, and thus cannot breed with wild populations, and will not interact with NYS wildlife in any capacity.   Further, the animal is a hybrid with a domestic cat, and is genetically sterile. Caracats are only slightly larger than a standard domestic cat and have behaviors similar to a small dog. The cat will be tame, bottle fed, and fully declawed by a licensed veterinarian.  As such, even if escaped, it poses less threat to NYS wildlife than a normal cat. In addition, their smaller size makes them comparable to a domestic cat such as a Maine Coone.  They are far less of a public threat than a German Sheppard or any standard medium size dog breed.

     If, for some reason, your tendency is towards a denial, please advise stipulations under which the animal will be allowed.  If the license is approved, I will follow whatever stipulations are set forth.  As is I believe this application to be fully compliant with all aspects of ECL codes 11-0303, 11-0305, and 11-0511.

Thank You,

Christopher Casacci

CASACCI-SW-0048306


RECEIVED
DEC 1 9 2017
Special Licences Unit



CASACCI-SW-0048307



## Specialized Care for Avian & Exotic Pets

w w w . B u f f a l o B i r d N e r d . c o m

**Laura Wade**
DVM, Dipl. ABVP (Avian)

June 5, 2009

Dear FDA official,

On May 20, 2009, I visited Chistopher Casacci's new *Neon Mice* facility in Niagara Falls, NY. Chris provided me a complete tour of the facilities and I was able to inspect a representative sample of mice and rats in the colony. The facility was well-designed, very clean and the animals were in good condition and well-cared for. Examples of Chris's attention to details included the presence of a wall-mounted hand-sanitizer and accurate geneology markings on all animal cage bins. Employee safety was excellent as care staff were noted to be wearing masks and gloves.

In addition, Chris provided me with several of his ACLAM-derived guidelines and protocols for anesthesia, gonadectomy, and tattooing and showed me his organized medical record system. He acquires mice from a reputable company that does excellent disease screening. The mice did not appear to exhibit significant cannibalism, tumors, malocclusions, limb deformities or signs of infectious disease. The does appeared to produce significantly large litters and neonatal pups exhibited milk spots. The juveniles exhibited good hair coats and a very limited number of adults exhibited scratch marks from cagemates (due to lack of hair protection from the fluorescence mutation). Unlike the majority of his colleagues in this industry, Chris is extremely knowledgeable and appears to have thought through all important details necessary for a successful rodent breeding business. He is eager to maintain twice-annual veterinary inspections. Although not required, Chris is interested in following USDA guidelines, which I think will add credibility to his business. I have worked with several other area facilities as a consultant in a similar fashion, including a USDA-accredited pet store in Buffalo. Currently, *Neon Mice* would meet USDA compliance in regards to the facility and animal care requirements. In my opinion, his facility is on par with the Department of Laboratory Animal Medicine at the University of Buffalo.

My practice is exclusively devoted to exotic pets and I completed a two-year exotic animal residency (full CV available on my website under "About Dr. Wade"). In addition, I am a USDA-accredited veterinarian. Although much of my work is with individual companion animals, I have a growing flock and breeding colony clientele.

Feel free to contact me with any questions or concerns you might have.

Sincerely,

Laura Wade, DVM, Dipl. ABVP (Avian)

LOCATED AT: Broadway Veterinary Clinic, PC • 5915 Broadway • Lancaster, NY 14086
P: (716) 651-0144 • F: (716) 681-4585 • BuffaloBirdNerd@gmail.com

CASACCI-SW-0048308



**USDA**
United States Department of Agriculture

**Animal and Plant
Health Inspection
Service**

**Animal Care
Western Region**

**2150 Centre Avenue
Building B, 3W11
Fort Collins, CO
80526
Phone: 970/494-7478**

June 25, 2018

Joseph E. Therrien
NYSDEC Special Licenses Unit
New York State Department
Environmental Conservation
625 Broadway, Fifth Floor
Albany, NY 12233

Dear Mr. Therrien:

Per your request of June 22, 2018, please find the pre-license inspection for Christopher D. Casacci, #321133.

These documents are provided for your official use only. They are not to be released to the public without prior approval from this office or the USDA Freedom of Information Act (FOIA) Office.

Please feel free to contact our office at 970-494-7478 if you need any additional information.

Sincerely,

Robert M. Gibbens
Director, Animal Welfare Operations
USDA APHIS Animal Care

Cc: Tonya Hadjis, SACS

An Equal Opportunity Provider and Employer



**NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION**

Division of Fish and Wildlife, Special Licenses Unit
625 Broadway, Fifth Floor, Albany, New York 12233-4752
P: (518) 402-8985 I F: (518) 402-8925
www.dec.ny.gov

June 22, 2018

Tonya Hadjis, DVW
Supervisory Animal Care Specialist
USDA/APHIS/Animal Care
920 Main Campus Drive Suite 200
Raleigh, NC 27606-5210

Dear Ms. Hadjis,

The New York State Department of Environmental Conservation, Division of Fish and Wildlife is requesting a copy of the recent pre-license inspection report conducted by USDA for the following facility/Address:

Christopher D. Casacci

Amherst NY 14221.

Mr. Casacci has recently applied to our Department for licensing and we are requesting this information as part of our review.

Thank you for any information you may provide. Please contact me at 518-402-8987 or by email at joseph.therrien@dec.ny.gov if you need any additional information from our office.

Sincerely,

Joseph E. Therrien
NYSDEC Special Licenses Unit

NEW YORK
STATE OF
OPPORTUNITY | Department of
Environmental
Conservation

CASACCI-SW-0048310



United States Department of Agriculture
Animal and Plant Health Inspection Service

## Inspection Report

Exotic Cat Humane Society Llc

Amherst, NY 14221

Customer ID: **321133**

Certificate: --

Site: **001**

CHRISTOPHER CASACCI

Type: PRELICENSE INSPECTION #1

Date: 21-JUN-2018

---

**2.40(b)(2)**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

Upon entering the sun room where the African Serval and Caracal species were held, there was a very strong odor distinctly different from the normal smells of these species. One small thin serval, microchip # 945000001822989 was maintained in a crate and appeared lethargic, had watery eyes and diarrhea. The applicant stated that the animal had been off in diet consumption that morning and so was being separated. Based on the un thrifty condition of the animal, the applicant was encouraged to call and make an appointment with the attending vet to examine that animal as soon as possible.

The applicant imports the animals in from Africa and usually houses them for a few weeks. The animals receive subsequent vaccination boosters and parasite control at the end buyer's veterinarian. These animals arrive via different shipments but are housed all together in the same sun room with no quarantine or separation in place. The animals are not examined by the applicants attending vet until they receive a health certificate for shipment. At the time of the pre license, these animals have been at the facility for several additional weeks and may be due for booster vaccinations or additional parasite treatment. The applicant should have the animals assessed by the attending veterinarian to determine current health status and if booster vaccines or parasite control are needed due to the young age of the animals.

**3.9(a)**

**FEEDING.**

*** Two servals identified as # 945000001866346 and # 945000001822989 were very thin with protruding hip bones, palpable ribs and a concave tuck to the abdomen. These two animals are between 9-11 weeks old and fed two times a day. Weights are not currently being taken and the diet amount is not given based on the condition of the animals. These are very young cats that may need to be fed more frequently in small increments to add body weight and condition. The attending vet was contacted and was under the impression that the applicant had been monitoring weights daily and adjusting the diets as needed for adequate growth. The diet needs to be prepared with

---

**Prepared By:** _____

D AMBROSIO ANDREA, A C I    USDA, APHIS, Animal Care

**Title:**    ANIMAL CARE INSPECTOR    6003

**Date:**
22-JUN-2018

**Received By:** _____

CHRISTOPHER CASACCI

**Title:**    SENT VIA EMAIL

**Date:**
22-JUN-2018

CASACCI-SW-0048311



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 321133
Inspection Date: 21-JUN-18

# Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 321133 | na | 001 | CHRISTOPHER CASACCI | 21-JUN-18 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000002 | *Caracal caracal* | CARACAL |
| 000006 | *Leptailurus serval* | SERVAL |
| **000008** | **Total** | |

CASACCI-SW-0048312


special consideration for the age and growing nutrition needs of these animals.

This inspection and exit interview were conducted with the applicant.

This is the first pre license inspection. Please contact me when you are ready for a second pre license inspection. No regulated activity may be conducted until the pre license process is completed, the license fee has been submitted and a certificate number has been issued.

Recordkeeping was discussed and the required information that would be expected once the applicant is licensed.

**Additional Inspectors**

Lupo Keri, Veterinary Medical Officer

Prepared By: _____

            D AMBROSIO ANDREA, A C I     USDA, APHIS, Animal Care

**Date:**
22-JUN-2018

    **Title:**   ANIMAL CARE INSPECTOR  6003

Received By: _____

            CHRISTOPHER CASACCI

**Date:**
22-JUN-2018

    **Title:**   SENT VIA EMAIL

CASACCI-SW-0048313

**STATE OF NEW YORK**
**TOWN JUSTICE COURT**
**TOWN OF AMHERST**

**HONORABLE KARA A. BUSCAGLIA**
**TOWN JUSTICE**
**TOWN OF AMHERST**
**COUNTY OF ERIE**

------------------------------------------------------------------------

In the matter of the application by
Investigator Robert J. Peinkofer for a
Search Warrant to search the premises of
████████████████ Town of Amherst
County of Erie, State of New York

**SEARCH WARRANT**

------------------------------------------------------------------------

TO:    Robert J. Peinkofer and any other sworn member of the New York State Department of Environmental Conservation, Division of Law Enforcement, other employees of the Department of Environmental Conservation, and other authorized persons accompanying them, including, but not limited to, members, employees, representatives and/or agents of the United States Fish and Wildlife Service; the United States Department of Agriculture; World Animal Protection; Safe Haven Wildlife Sanctuary; Turpentine Creek Wildlife Refuge; Dr. Kurt Volle DVM. Application having been made before me by Investigator Robert J. Peinkofer, of the New York State Environmental Conservation Police, with respect to entering the premises located at ████████████, Town of Amherst, County of Erie, State of New York, identified as SBL number is 68.05-5-14. The premises being bounded on the south-west by ████████ and to the north by ████████, on the north east, by property owned by ████████ and on the south-west, by property owned by ████████. It is a single-family dwelling and has an attached two-car attached garage. The house has a tan brick front with a white double garage door, bearing the number ██ There is a white shingled A frame portion directly above the large family room window. The home is landscaped with several large green shrubs to the left and right

1

CASACCI-SW-0048325

of the front door. The concrete driveway has visible cracks with grass growing from those cracks. There is also a storm sewer grate located at the foot of the driveway on ▓▓▓▓▓▓ directly in the center of the driveway at the approach.

Reasonable cause having been established that property of the kind and character described in CPL 690.10 sub 2. (i.e.), property that is unlawfully possessed and CPL 690.10 sub 4 (i.e.), property that constitutes evidence or tends to demonstrate that an offense was committed in New York, can be found at ▓▓▓▓▓▓ Amherst, NY 14221. More particularly, there is reasonable cause to believe that property, illegally possessed, including six (6) Servals, and two (2) Caracals can be found at ▓▓▓▓▓▓, All contrary to ECL §11-0512-1. a., there is also reasonable cause to believe that property which will constitute evidence of an offense will also be found at ▓▓ ▓▓▓▓▓▓ Amherst, NY 14221.

**YOU ARE HEREBY AUTHORIZED TO:**

1. Enter and search the above premises and seize six (6) Serval kittens and two (2) Caracal kittens and any other illegally possessed regulated wild animals.

2. Seize business records tending to demonstrate the offense of the harboring, sale, barter, transfer, exchange or importation of any wild animal for use as a pet. Those business records to include, but not be limited to, paper or electronic, receipts, correspondence, invoices, check book registers, and bank statements.

2

CASACCI-SW-0048326

3. Document by photograph, drawings, and other means, any items seized, and directing that an inventory of such seized materials be brought before this Court; and for such other and further relief as this Court may deem proper.

4. To enter and search the premises between the hours of 6:00 A.M. and 9:00 P.M. and to remain until the work is completed.

This warrant must be executed not more than ten days after the date of its issuance and the warrant and an inventory of the property seized pursuant thereto must be returned to this Court without unnecessary delay.

DATED: Amherst, New York

July 3, 2018 at 10:30 am o'clock

**HONORABLE KARA A. BUSCAGLIA**
**AMHERST TOWN JUSTICE**

3

CASACCI-SW-0048327

**STATE OF NEW YORK**
**TOWN JUSTICE COURT**
**TOWN OF AMHERST**

**HONORABLE KARA A. BUSCAGLIA**
**TOWN JUSTICE**
**TOWN OF AMHERST**
**COUNTY OF ERIE**

---------------------------------------------------------------------------------------------

In the matter of the application by
Investigator Robert J. Peinkofer for a
Search Warrant to search the premises of
███████████ Town of Amherst
County of Erie, State of New York

**SEARCH WARRANT RETURN**

---------------------------------------------------------------------------------------------

I have executed the within Search Warrant as I am herein commanded on the fifth day of
July 2018, by making a search in the premise designated in the said search warrant for the
property therein described, and find of the said property the articles described in the
attached property custody report.

Dated: *Amherst*, New York

10th day of July 2018

_____
Inv. Robert Peinkofer

_____

*Investigator Robert Peinkofer*, the officer by whom the Search Warrant was executed, do
swear that the attached property custody reports contain a true detailed account of all
property taken by me on this Search Warrant.

Pursuant to Section 690.05 through 690.55 of the Criminal Procedure Law, the temporary
retention of said property being deemed necessary in the furtherance of justice. I direct
that said property, with the exception of the live animals, be held in custody of the New
York State Department of Environmental Conservation which executed the Search
Warrant, subject to the Order of this Court or of any other Courts in which the offense
can be tried. I direct that the live animals be held in custody of the Safe Haven Wildlife
Sanctuary of 400 Nevada Route 400, PO Box 184, Imlay, NV and Turpentine Creek
Wildlife Refuge of 239 Turpentine Creek Lane, Eureka Springs, AR.

Dated: *Amherst*, New York

10th day of July 2018.

_____
Inv. Robert Peinkofer

_____
**HON. KARA A. BUSCAGLIA**

**Property Custody Report**
**Search Warrant Seizure**
██████████████ **Amherst, NY 14221**

Live Animals

1. Serval with Micro Chip # 945000001866342
2. Serval with Micro Chip # 945000001866347
3. F-1 Savanah with Micro Chip # 985112004385137
4. Serval with Micro Chip # 945000001866341
5. Serval with Micro Chip # 945000001866350
6. Male Caracal with Micro Chip # 945000001963681
7. Female Caracal with Micro Chip # 945000001963690

Business Records

1. Black Binder business with records.
2. Loose documents with regulations.
3. Loose documents, Vet 13, 11s & air waybill.
4. Loose documents, flight detail, Bank Info & Vet bills.
5. IRS, Department of State, & Court Documents relating to Humane Society.
6. Folder with "Northwest IRS details.
7. Invoice & care check list.

Computer Files

1. Copy of computer files from HP Pavilion Lap Top.

CASACCI-SW-0048329