# Exhibit 8

ENVIRONMENTAL CONSERVATION POLICE

## Notice of Intention to Offer Statement (CPL 710.30)

COUNTY OF  Erie
STATE OF NEW YORK

LOCAL CRIMINAL COURT
[CITY] (TOWN) [VILLAGE] OF  Amherst

The People of the State of New York VS:  Christopher D. Casacci
To:  Christopher D. Casacci
(Defendant's Name)

**PLEASE TAKE NOTICE** that, pursuant to the provisions of Section 710.30 of the Criminal Procedure Law, the People intend to offer at trial of the above entitled action, evidence of a statement made by or about you to a public servant, the substance of which is as follows:

Date  7/5/18                    Scott L. Marshall / ECO
                                         Officer/Rank

On July 5th, 2018, while participating in a search warrant executed at your residence, you stated the following to me:

- I have been doing this business for 3 months and have sold 14 cats to people all around the country.
- I sell them for between $7,500.00 and $10,000.00 each.
- I pay between $3,500.00 and $5,000 each.
- I usually make about $2,000.00 profit per cat.
- I found my distributer online from a video. I freeze framed the video and zoomed in to get his telephone number in Africa.
- That one is my house cat, it is and F1 Savannah
- Two cats died and I sent them via FedEx to Cornell University for pathology and necropsy.

ECO Scott Marshall #379   7/5/18

INV # 2018502974
Attachment # 13  ROI # 2
Page # 1 of 1

CASACCI-GOV-0000719