# Exhibit 11

AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE     ) SS:

Christopher Casacci being duly sworn, deposes and says:

1. I am 36 years old and reside at [Redacted], Amherst, New York 14221.

2. For employment, I run an office that employs clinical psychologists who assist patients with mental health issues receive service animal certifications.

3. I have undergone ethics training involved with animals and have worked at a vet office. Animals have always been a major part of my life.

4. Therefore, on 1/17/2018, I formed an incorporated humane society, the "Exotic Cat Humane Society, LLC."

5. As such, I helped place unwanted animals, such as serval cats, into sanctuaries to ensure the survival and well-being of the relevant animal. My primary concern in running this Humane Society, which admittedly was in its embryonic stages, was always the well-being and humane treatment of the animal in question.

6. Also, I imported caracals and servals from Africa that were potentially designated to be killed on hunting preserves but for my intervention. I had a dealer in South Africa that primarily pulled the two above-referenced species of cats from such fates and would then sell them to me.

7. They are exported legally through CITES, an international organization for tracking and exporting licensed exotic animals.

8. As a humane society, and someone with a US Fish and Wildlife Import license, I am exempt from any state laws that would prohibit the possession of such

animals. When possessing these animals, I would treat them for any and all parasites, clean for them, handle them, and weigh them. I would spend roughly five hours a day with them in providing them with a safe humane treatment. They lived in a big sun room and had plenty of room to exercise. They had toys, water, food, etc.

9. During the time I operated my Humane Society, I spent upwards of $15,000 on these cats in veterinary care. Whenever a cat was ailing in any way, I would take the cat directly to the veterinarian.

10. When selling the cats to buyers, each cat had a health certificate. I was in compliance with any and all local, state, and federal laws. Further, I would ensure that the animal goes to a qualified home where the animal will be treated humanely.

11. On July 5, 2018, the state Department of Environmental Conservation (DEC) came into my house with a search warrant and took 6 servals and caracals, along with my house cat, Tigger, who is a Savannah.

12. All the cats were healthy save for two serval kittens who had internal and external parasites and were being treated accordingly. I was providing them with formula and they had been to the veterinarian a week earlier.

13. I attempted to provide the DEC agent in charge, Investigator Peinkofer, with the animal's veterinary care plan, including medications, so that the animals would be properly cared for. He said he did not want any information.

14. The cats were all placed in carriers that were not IATA complaint. IATA is the federal guidelines that gauge the sufficiency of animal transport requirements. The animals were cramped, crying, and suffering.

CASACCI-NYSDEC-0000319

15. I would have lost my US Fish and Wildlife licenses should I have transported the animals in that manner... it was inhumane.

16. The animals have since been taken to shelters in Turpentine Creek, Arkansas and somewhere in Nevada. In Arkansas, they have posted videos of Tigger being confined and miserable, and do so in a mocking manner.

17. During the seizure, at least one DEC agent was against the idea of seizing my house cat and seemed to recognize how cruel that would be to the animal.

18. No charges have yet been filed on me, nor are any applicable. I made sure that my actions were in compliance with all laws.

19. The sanctuaries have used the seizure of my animals to collect donations from people. They have obtained thousands of dollars in doing so.

20. Due to the cats not being properly cultivated and acclimated to people, and placed in cages, they will no longer be able to bond with their caregiver and have greatly depreciated in value. It is unlikely they will be adoptable at this point.

21. I am requesting that the Court return my animals to me so that they can receive the humane treatment they deserve.

22. I swear to the above facts as being true pursuant to PL 210.05, and under penalty of perjury.

Date: 8/29/18    Name: _____

Sworn and scribed to me this

29th day of Aug, 2018

_____
Notary Public

JESSICA MORRILL
NOTARY PUBLIC-STATE OF NEW YORK
No 01MO6352593
Qualified In Erie County
My Commission Expires 12-27-2020