# Exhibit 13

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

REPORT OF INVESTIGATION INV #: 2018502974
Title: CASACCI, CHRISTOPHER D., DBA EXOTIC CAT HUMANE SOCIETY, LLC.
Report #: 009

## DETAILS OF INVESTIGATION

**Previous Investigation Background**

As previously reported in R002, Christopher CASACCI imported five (5) shipments of captive raised caracal and serval kittens from South Africa between January 2018 and June 2018. Specifically, the shipments were imported via South African Airways through John F. Kennedy Airport in Queens, NY and were sent from Dorasdeel Farms in Verkeerdevlei, South Africa. All five shipments were cleared for import by the U.S. Fish and Wildlife Service (USFWS) as follows:

- January 25, 2018 – two (2) caracals with a declared value of $6,000.
- February 15, 2018 – five (5) caracals with a declared value of $15,000 and two (2) servals with a declared value of $7,000.
- March 23, 2018 – four (4) caracals with a declared value of $12,000 and three (3) servals with a declared value of $10,500.
- May 10, 2018 – seven (7) caracals with a declared value of $21,000.
- June 6, 2018 – seven (7) servals with a declared value of $26,900.

The five imports totaled eighteen (18) caracals with a declared value of $54,000 and twelve (12) servals with a declared value of $44,900.

As previously reported in R005, a review of bank records for CASACCI dba, EXOTIC CAT HUMANE SOCIETY, LLC. revealed seven (7) wire transfers of funds from CASACCI to [Indv.] as follows:

- One (1) wire transfer to "[Indv.]" on February 1, 2018 for $20,000.00.
- One (1) wire transfer to "[Indv.]" on February 20, 2018 for $5,100.00.
- One (1) wire transfer to "[Indv.]" on March 5, 2018 for $20,000.00.
- One (1) wire transfer to "[Indv.]" on March 26, 2018 for $4,600.00.
- One (1) wire transfer to "[Indv.]" on April 16, 2018 for $20,400.00.
- One (1) wire transfer to "[Indv.]" on May 23, 2018 for $13,450.00.
- One (1) wire transfer to "[Indv.]" on June 8, 2018 for $13,000.00.

**Email Correspondence and Telephone Interview with [Indv.]**

On January 8, 2019, USFWS Special Agent (SA) Lee Schneckenberger emailed [Indv.] [Indv.]'s email address was obtained from the USFWS Declaration Forms (Form 3-177) filed by CASACCI for the caracals and servals imported from Dorasdeel Farms. In addition, SA Schneckenberger was able to connect the email address to a Facebook page for Dorasdeel Farms under the profile "Cats from Africa."

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

**REPORT OF INVESTIGATION** INV #: 2018502974
**Title: CASACCI, CHRISTOPHER D., DBA EXOTIC CAT HUMANE SOCIETY, LLC.**
Report #: 009

SA Schneckenberger explained to Indv. that he was an investigator with the USFWS currently investigating CASACCI. SA Schneckenberger requested to communicate with Indv. further about the caracals and servals CASACCI purchased from Dorasdeel Farms (*see Attachment 1, email correspondence with* Indv. *January 8, 2019 through February 7, 2019*).

Indv. responded via email on January 12, 2019, indicating he was willing to answer any of SA Schneckenberger's questions. Indv. included a brochure for his breeding facility and copies of various permits (*see Attachment 2, Cats from Africa brochure and permits*).

Later on January 12, 2019, SA Schneckenberger responded and provided additional background information on the CASACCI investigation. SA Schneckenberger outlined various questions to include:
- CASACCI's claim that he was importing caracals and servals from Africa that were destined to be killed on hunting preserves and that Indv. was pulling the cats that were those fates and selling them to CASACCI instead.
- How CASACCI came to locate Indv. as a source for caracals and servals, how they communicated, and when they last communicated.
- To verify the known information regarding the caracals and servals CASACCI purchased and imported into the United States, to include the dates of import, number of each species and amounts paid.

On January 18, 2019, after no email response was received, SA Schneckenberger contacted Indv. by telephone ▓▓▓▓▓▓▓▓▓ (*Agent's note: this telephone call was recorded.*) Indv. responded he was still working on an email response to SA Schneckenberger's questions. SA Schneckenberger asked Indv. about CASACCI's claim that Indv. was pulling caracal and serval kittens he bred from potential sale to hunting preserves and was selling to CASACCI instead. Indv. indicted that was a false claim. Indv. commented it would not make sense for him to sell their kittens for hunting purposes based on the amount of time his facility spends raising the kittens so they behave like domestic cats.

Indv. eventually responded via email on February 7, 2019, at which time Indv. stated, "Cats from Africa is a breeding facility where we breed exotic cats. We breed cats like Servals, Caracals, Black Foots, African wild cats and export the offspring with integrity all over the world. To raise these babies are extremely difficult, and we bottlefeed and tame them with great passion."

Furthermore, Indv. confirmed CASACCI purchased kittens from his facility that were subsequently exported to CASACCI. Indv. stated CASACCI first contacted them in November 2017 based on a reference from one of Indv.'s Canadian customers. Indv. claimed he communicated with CASACCI via whattsapp and email. Indv. included copies of five (5) invoices for the eighteen (18) caracals and twelve (12) servals CASACCI purchased, totaling $107,700.00 (*see Attachment 3, Cats from Africa invoices*). In addition, Indv. provided copies of

Form 3-300B
(Revised 01/25/2012)

CASACCI-GOV-0001057

**REPORT OF INVESTIGATION**        INV #: 2018502974
**Title: CASACCI, CHRISTOPHER D., DBA EXOTIC CAT HUMANE SOCIETY, LLC.**
      Report #: 009

three (3) health certificates for twelve (12) of the caracals and nine (9) of the servals (*see Attachment 4, health certificates from* [Indv.]).

Later on February 7, 2019, [Indv.] commented further in a separate email about CASACCI's claim that he was purchasing kittens from [Indv.] that were destined to be sold to hunting preserves. [Indv.] stated, "Cats from Africa does not sell any cats or any kittens for the purpose of hunting. No cat was or will ever be sold for hunting purposes –." This statement directly refutes CASACCI's statement made in an affidavit that was filed in a civil suit against the New York State Department of Environmental Conservation (see R004). In that affidavit, CASACCI claimed he was importing caracals and servals for humane reasons, stating he "imported caracals and servals from Africa that were potentially designated to be killed on hunting preserves but for my intervention. I had a dealer in South Africa that primarily pulled the two above-referenced species of cats from such fates and would sell them to me."

## DESCRIPTION OF SUBJECTS

CASACCI, Christopher D.
dba EXOTIC CAT HUMANE SOCIETY LLC.
[Redacted]
[Redacted]
Website: www.exoticcubs.com
Telephone: [Redacted]
USFWS I/E License: 2017-A12082
LID: [Redacted]

## PRIOR VIOLATIONS

See R002.

## WITNESSES

Special Agent Lee Schneckenberger
U.S. Fish and Wildlife Service
Office of Law Enforcement
405 North French Road, Suite 120B
Amherst, NY 14228
(716) 691-3635, x 202

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

REPORT OF INVESTIGATION                                        INV #: 2018502974
Title: CASACCI, CHRISTOPHER D., DBA EXOTIC CAT HUMANE SOCIETY, LLC.
                                                                  Report #: 009

Indv. , dba Dorasdeel Farms, dba Cats from Africa

## LAWS VIOLATED

Lacey Act, 16 U.S.C. § 3372(a)(2)(A), it is unlawful for any person to sell wildlife in interstate commerce that was possessed, transported, or sold in violation in violation of any law or regulation of any State or in violation of any foreign law, including New York State Environmental Conservation Law section 11-0512(1)(a).

## EVIDENCE

No new evidence to document in this report.

**Audio Recordings/Video Recordings/Photographs Created by Law Enforcement:**

**Audio Recording**

1. One (1) data CD titled "Indv. Interview, 1/18/2019" containing one (1) audio file (file name 190118_0052.MP3).

## ATTACHMENTS

1. Copy of email correspondence with Indv. January 8, 2019 through February 7, 2019 (9 pages).
2. Copy of Cats from Africa brochure and permits (14 pages).
3. Copy of Cats from Africa invoices (5 pages).
4. Copy of health certificates from Indv. (6 pages).

Form 3-300B
(Revised 01/25/2012)

CASACCI-GOV-0001059