# Exhibit 14

# FURRY FRIENDS SMALL ANIMAL HOSPITAL
2115 SAWYER DRIVE
NIAGARA FALLS, NY 14304

731-5500

**RECEIPT - 93310**

Date: FEB 5 18

Time: 13:59

Account: 4691

Operator: CF



CHRIS CASACCI
Redacted

| Item # | Patient | Description | Pr | Qty | Units | Price | Total |
|---|---|---|---|---|---|---|---|
| 10010 | ARYA | PROFESSIONAL FEE SURGICAL | MB | 1.00 | EACH | 51.500 | 51.50 * |
| 9005 | ARYA | HOSPITALIZATION 1 | MB | 1.00 | EACH | 43.500 | 43.50 * |
| 7017 | ARYA | DAILY NURSING CARE (NYS LVT) | MB | 1.00 | EACH | 0.000 | 0.00 |
| 7019 | ARYA | CAGE CLEANING MULTIPLE | MB | 1.00 | EACH | 0.000 | 0.00 |
| 90019 | ARYA | MEDICAL WASTE DISPOSAL | MB | 1.00 | EACH | 2.500 | 2.50 * |
| 8007 | ARYA | GENERAL ANESTHESIA FELINE | MB | 1.00 | EACH | 59.000 | 59.00 * |
| ---08011 | | TRACHEAL INTUBATION 1.00 | | 0.00 | | 0.00--- Included | |
| ---08012 | | ENGLER A.D.S 1000 ISO DELIVERY 1.00 | | 0.00 | | 0.00--- Included | |
| ---08013 | | HESKA DIGITAL OXIMETRY MONITOR 1.00 | | 0.00 | | 0.00--- Included | |
| ---08014 | | MEDICAL WASTE DISPOSAL 1.00 | | 0.00 | | 0.00--- Included | |
| 1034 | ARYA | EAR CLEAN IN HOSPITAL | MB | 1.00 | EACH | 0.000 | 0.00 |
| 1031 | ARYA | NAIL TRIM IN HOSPITAL | MB | 1.00 | EACH | 0.000 | 0.00 |
| 1027 | ARYA | EXPRESS ANAL GLANDS | MB | 1.00 | EACH | 0.000 | 0.00 |
| 5042 | ARYA | OHE & DECLAW 4 PAW | MB | 1.00 | EACH | 280.000 | 280.00 * |
| 55076 | ARYA | CONVENIA INJECTION | MB | 1.00 | EACH | 41.500 | 41.50 * |
| 55026 | ARYA | TORBUGESIC INJ (PAIN RELIEF) | MB | 1.00 | CC | 16.500 | 16.50 * |
| 30026 | ARYA | YESTERDAYS NEWS LITTER -SX | MB | 1.00 | EACH | 0.000 | 0.00 |
| 11032 | ARYA | OTIC EXAM SMEAR | MB | 1.00 | EACH | 0.000 | 0.00 |

|   |   |
|---|---|
| SUBTOTAL: | 494.50 |
| TAX: | 0.00 |
| TOTAL THIS VISIT: | 494.50 |
| PREVIOUS ACCOUNT BALANCE: | 0.00 |
| PAYMENTS: | |
| Discover: | -494.50 |
| TOTAL: | -494.50 |
| CHANGE: | 0.00 |
| TOTAL NOW DUE: | 0.00 |

* TAX EXEMPT

Special Instructions for Arya: YOUR FURRY FRIEND NEEDS AN APPOINTMENT FOR SUTURE REMOVAL
7-10 DAYS. HE/SHE MAY NEED TO BE SEDATED FOR THIS PROCEDURE.
IF SEDATION IS REQUIRED THERE WILL BE AN ADDITIONAL CHARGE OF
$29.50

535-7340

CASACCI-SW-0048177