# Exhibit 15



Care Sheet:

The main concern for both servals and caracals is dietary needs and care for their environment. Both cats enjoy chewing on cords and any item they can get a hold of. This means that tough dog-type toys should be provided, and care must be taken to avoid small items that can be swallowed. Both cat species are very high energy and need attention and enrichment similar to that of a medium dog, versus a domestic house cat. They do NOT rehome well! When choosing an exotic cat of this nature please keep in mind they have separation issues after bonding with an owner. Please do not order one unless you are fully prepared to care for the animal for their lifespan. Also, do not buy a serval or caracal if you have children under the age of 6. While they make wonderful family pets, children can yank on tails or abuse cats, and with an animal of this size and strength (similar to a German Sheppard), it is unadvised until a child knows how to respect an animal's well being.

Both exotic cat types eat 1-3lbs of meat a day when full size, and we use ZuPreem canned diet, raw chicken w/bones, and always offer high quality dry food such as Merrick Backcountry grain free raw infused game bird recipe. You can also get a high quality dry supplement at http://www.wildtraxsupply.com/, which is great to mix in and cover raw food with. Note: While cooked BONELESS chicken (never give cooked bone as it can splinter) can be given as treats, it should not be a main staple. We've seen nutrient deficiencies with cooked diets as opposed to raw.

Kitten Food:

- Fresh cut raw chicken minced into small cubes the size of a thumb
- Fresh cut raw beef (not ground) minced into small cubes the size of a thumb
- Zupreen Exotic cat diet (takes awhile to get them to switch over)
- Merrick backcountry grain free raw infused game bird dry food (takes awhile to get them turned on to it)
- Upco Bone Meal and or Wildtrax (lightly dust meats with roughly 1 teaspoon per lb. of meat)
- Optional treats: Live mice, whole small birds, frogs, snakes, crickets

Adult Caracal/Serval Food:

- Whole chicken legs (Target/Walmart has them for $0.95/lb), gizzards, or whole raw chicken
- Red meat (stew meat, bone in-any red meat from a cow)
- Upco Bone Meal and or Wildtrax (lightly dust meats with roughly 1 teaspoon per lb. of meat)

Provide food and watch consumption, increase as necessary. Don't leave old food out for more than 12hrs. Provide fresh water at all times. Always wash hands and surfaces that raw food has touched. Kittens will use a litter box with any standard clay based litter or wheat based types. If you buy a system called citikitty you can train them to use the toilet from ages 16 weeks onward.

BE VERY CAREFUL OF CORDS!!! They will chew on everything, just like a puppy!

Do not let them outside once they can start to run or you may never see your cat again. Once they chase birds…they're gone.

Caracals/servals can be leash trained to walk like a dog if you put in the time. Keep a harness on them at all times, and I strongly recommend using a tracker like "TILE" synced to your phone so you can 'find' your cat when he/she goes missing in your home, as well as a name tag w/ your phone number.

Declawing is a matter of preference. Personally, I recommend it 100% if the caracal/serval will be around people. It's not that they will be aggressive and tear you up, but they can accidentally hurt children or yourself VERY easily. Imagine a 40lb cat jumping off a person's lap and claws tearing large deep gouges.

CASACCI-SW-0000111