# EXHIBIT B

United States Code Annotated
  Title 7. Agriculture (Refs & Annos)
    Chapter 54. Transportation, Sale, and Handling of Certain Animals (Refs & Annos)

7 U.S.C.A. § 2134

§ 2134. Valid license for dealers and exhibitors required

Currentness

No dealer or exhibitor shall sell or offer to sell or transport or offer for transportation, in commerce, to any research facility or for exhibition or for use as a pet any animal, or buy, sell, offer to buy or sell, transport or offer for transportation, in commerce, to or from another dealer or exhibitor under this chapter any animals, unless and until such dealer or exhibitor shall have obtained a license from the Secretary and such license shall not have been suspended or revoked.

**CREDIT(S)**

(Pub.L. 89-544, § 4, Aug. 24, 1966, 80 Stat. 351; Pub.L. 91-579, § 5, Dec. 24, 1970, 84 Stat. 1561; Pub.L. 94-279, § 5, Apr. 22, 1976, 90 Stat. 418.)

Notes of Decisions (8)

7 U.S.C.A. § 2134, 7 USCA § 2134
Current through P.L. 116-145.

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.