IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

  -v-                                                                          20-CR-05

CHRISTOPHER D. CASACCI,
d/b/a Exotic Cubs.com,
                            Defendant.

## GOVERNMENT'S EXHIBIT LIST

**THE UNITED STATES OF AMERICA**, by and through its attorneys, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and the undersigned Assistant United States Attorney and Trial Attorney, hereby submit the attached Government's Exhibit List for the evidentiary hearing scheduled before Hon. Michael J. Roemer on August 21, 2020.

       DATED:     Buffalo, New York, August 19, 2020.

       JAMES P. KENNEDY, JR.
       United States Attorney

BY:   ***S/ AARON J. MANGO***        BY:   ***S/ PATRICK DUGGAN***
       Assistant United States Attorney          Trial Attorney
       United States Attorney's Office            United States Department of Justice
       Western District of New York              Environmental Crimes Section
       138 Delaware Avenue                       150 M Street NE
       Buffalo, New York   14202             Washington, DC   20002
       (716) 843-5882                             (202) 305-0366
       Aaron.Mango@usdoj.gov               Patrick.Duggan@usdoj.gov

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

# EXHIBIT LIST

### Evidentiary Hearing
### Hon. Michael J. Roemer

### U.S. v. Christopher D. Casacci, d/b/a Exotic Cubs.com

Case No. 20-CR-5  √ Government
Date: August 21, 2020  _____ Defendant

| Exhibit Number | Description | Date Marked for Ident. | Date In Evidence |
|---|---|---|---|
| 1 | NYSDEC Application for Search Warrant for premises located in Amherst, New York dated 07/03/18; Search Warrant; and Search Warrant Return. | | |
| 2 | NYSDEC Entry and Exit Log dated 07/05/2018. | | |
| 3 | NYSDEC Search Warrant Photo Record dated 07/05/2018. | | |
| 3A | Search Warrant photograph of exterior of residence dated 07/05/2018. | | |
| 3B | Search Warrant photograph of living room dated 07/05/2018. | | |
| 3C | Search Warrant photograph of dining room dated 07/05/2018. | | |
| 3D | Search Warrant photograph of sunroom containing two exotic cats dated 07/05/2018. | | |
| 3E | Search Warrant photograph of kitchen counter dated 7/5/2018. | | |

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | **EXHIBIT LIST** | | |
| | **Evidentiary Hearing**<br>**Hon. Michael J. Roemer**<br><br>**U.S. v. Christopher D. Casacci, d/b/a Exotic Cubs.com**<br><br>Case No.  20-CR-5                                             √   Government<br>Date:       August 21, 2020                                          ____ Defendant | | |
| **Exhibit Number** | **Description** | **Date Marked for Ident.** | **Date In Evidence** |
| 3F | Search Warrant photograph of dining room of residence dated 07/05/2018. | | |
| 3G | Search Warrant photograph of living room with animal crate, dated 07/05/2018. | | |
| 3H | Search Warrant photograph of front porch displaying Casacci name on doormat dated 07/05/2018. | | |
| 3I | Search Warrant photograph of exterior of residence dated 07/05/2018. | | |
| 4 | Notice of Intention to Offer Statement of Christopher D. Casacci dated 07/05/2018. | | |
| 5 | CD containing the interview of Christopher Casacci conducted during the search of his residence on 07/08/2018 by SA Lee Schneckenberger, USFW and Lt. Robert O'Connor, NYSDEC. | | |
| 5A | Audio of the interview of Christopher Casacci conducted during the search of his residence on 07/08/2018 by SA Lee Schneckenberger, USFW and Lt. Robert O'Connor, NYSDEC. | | |

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br><br>**EXHIBIT LIST** | | |
|---|---|---|---|
| | **<u>Evidentiary Hearing</u>**<br>Hon. Michael J. Roemer<br><br>**<u>U.S. v. Christopher D. Casacci, d/b/a Exotic Cubs.com</u>**<br><br>Case No. 20-CR-5                √   Government<br>Date:      August 21, 2020                    Defendant | | |
| **Exhibit Number** | **Description** | **Date Marked for Ident.** | **Date In Evidence** |
| 6 | Verizon invoice, account of Christopher Casacci, #3763366855 for 716-984-6520, billing period 07/04/2018 to 08/03/2018. | | |
| 7 | FAQ, Erie County Department of Law, dated 08/18/2020. | | |