# United States District Court
### for the
### Western District of New York

United States of America

v.

**CHRISTOPHER D. CASACCI**

*Defendant*

FILED AUG 2 0 2020 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

Case No. 20-CR- **20 CR 5**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* CHRISTOPHER D. CASACCI, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violations of Title 16, United States Code, Sections 3372(a)(2)(A), 3372(d)(2), 3373(d)(1)(B), and 3373(d)(3)(A)(ii); Title 7, United States Code, Sections 2134 and 2149(d)

Date: **JAN 0 8 2020**

*Issuing officer's signature*

City and State: Buffalo, New York

MARY C. LOEWENGUTH
CLERK OF THE COURT
*Printed name and Title*

### Return

This warrant was received on *(date)* 1/8/2020, and the person was arrested on *(date)* 1/9/2020, at *(city and state)* Buffalo, NY.

Date: 1/9/2020

Executing Arresting officer's signature

Jenelle C Yaeger, Invest. Research Spec
*Printed name and title*