UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

vs.                                                        Docket No.: 20-CR-5-A

CHRISTOPHER D. CASACCI,
d/b/a Exotic Cubs.com,

                Defendant.

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**EVIDENTIARY HEARING DEFENSE EXHIBIT LIST**[1]

| Case No. Docket No.: 20-CR-5-A<br>Date: August 20, 2020 | | _____ Government<br>✓\_\_\_\_\_ Defendant | |
|---|---|---|---|
| Ex. # | Description | Date Marked For I.D. | In Evidence |
| D-1 | N.Y.S. DEC Search Warrant Plan – CASACCI-SW-0048314 – CASACCI-SW-0048323 | | |
| D-2 | Search Warrant Entry and Exit Log CASACCI-SW-0048324 | | |
| D-3 | Notice of Intention to Offer Statement (CPL 710.30) – CASACCI-NYSDEC-0000357 | | |
| D-4 | USFW Details of Investigation Form 3-300B – CASACCI – GOV-0000745 – CASACCI-GOV-0000760 | | |

---

[1] The defense has used the prefix "D" to distinguish its exhibits from the government's exhibits. Defendant respectfully reserves the right to amend and supplement this Exhibit List depending upon the government's disclosures, witness testimony, and developments before and during the suppression hearing.

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

# EVIDENTIARY HEARING DEFENSE EXHIBIT LIST[1]

| Case No. Docket No.: 20-CR-5-A<br>Date: August 20, 2020 | | _____ Government<br>✓ Defendant | |
|---|---|---|---|
| Ex. # | Description | Date Marked For I.D. | In Evidence |
| D-5 | Application for Search Warrant – CASACCI-SW-0048277 – CASACCI-SW-0048313 | | |
| D-6 | Search Warrant – CASACCI-SW-0048325 – CASACCI-SW-0048327 | | |
| D-7 | N.Y.S. DEC Police Evidence Photograph Record Log – CASACCI-SW-0048331-CASACCI-SW-0048334 | | |
| D-8 | Audio Recording – CASACCI-GOV-0001474 | | |
| D-9 | Transcript of Audio Recording | | |
| D-10 | Email Thread – CASACCI-NYSDEC-0003125-CASACCI-NYSDEC-0003127 | | |
| D-11 | Photograph of the outside of Mr. Casacci residence with SUV in the driveway – CASACCI-SW-0048358 | | |
| D-12 | Photograph of SUV in front of Mr. Casacci's garage – CASACCI-SW-0048359 | | |
| D-13 | Photograph of Casacci's front door – CASACCI-SW-0048360 | | |
| D-14 | Photograph looking into Mr. Casacci's kitchen with barstools – CASACCI-SW-0048361 | | |
| D-15 | Photograph of Mr. Casacci's living room – CASACCI – 0048362 | | |
| D-16 | Photograph of Mr. Casacci's dining room table with view of the hallway – CASACCI-SW-0048363 | | |
| D-17 | Photograph of bathroom – CASACCI-SW-0048364 | | |
| D-18 | Photograph of Mr. Casacci's bedroom – CASACCI-SW-0048365 | | |
| D-19 | Photograph of Mr. Casacci's bedroom – CASACCI-SW-0048366 | | |

| | UNITED STATE DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br><br>**EVIDENTIARY HEARING DEFENSE EXHIBIT LIST**[1] | | |
|---|---|---|---|
| Case No. Docket No.: 20-CR-5-A<br>Date: August 20, 2020 | | _____ Government<br>✓ Defendant | |
| Ex. # | Description | Date Marked For I.D. | In Evidence |
| D-20 | Photograph of closet – CASACCI-SW-0048367 | | |
| D-21 | Photograph of Mr. Casacci's daughter's room – CASACCI-SW-0048368 | | |
| D-22 | Photograph of Mr. Casacci's daughter's room – CASACCI-SW-0048369 | | |
| D-23 | Photograph of closet – CASACCI-SW-0048370 | | |
| D-24 | Photograph of Mr. Casacci's daughter's bedroom – CASACCI-SW-0048371 | | |
| D-25 | Photograph of Mr. Casacci's daughter's bedroom – CASACCI-SW-0048372 | | |
| D-26 | Photograph of closet – CASACCI-SW-0048373 | | |
| D-27 | Photograph of basement stairs – CASACCI-SW-0048374 | | |
| D-28 | Photograph of under basement stairs – CASACCI-SW-0048375 | | |
| D-29 | Photograph of basement – CASACCI-SW-0048376 | | |
| D-30 | Photograph of basement – CASACCI-SW-0048377 | | |
| D-31 | Photograph of basement – CASACCI-SW-0048378 | | |
| D-32 | Photograph of basement – CASACCI-SW-0048379 | | |
| D-33 | Photograph of basement – CASACCI-SW-0048380 | | |
| D-34 | Photograph of basement shelves – CASACCI-SW-0048381 | | |
| D-35 | Photograph of basement shelves – CASACCI-SW-0048382 | | |
| D-36 | Photograph of basement shelves – CASACCI-SW-0048383 | | |

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

# EVIDENTIARY HEARING DEFENSE EXHIBIT LIST[1]

| Case No. Docket No.: 20-CR-5-A | _____ Government |
| Date: August 20, 2020 | ✓ Defendant |

| Ex. # | Description | Date Marked For I.D. | In Evidence |
|---|---|---|---|
| D-37 | Photograph of basement shelf area – CASACCI-SW-0048384 | | |
| D-38 | Photograph of office area – CASACCI-SW-0048385 | | |
| D-39 | Photograph of door – CASACCI-SW-0048386 | | |
| D-40 | Photograph of porch – CASACCI-SW-0048387 | | |
| D-41 | Photograph of porch – CASSACCI-SW-0048388 | | |
| D-42 | Photograph of closed door – CASACCI-SW-0048389 | | |
| D-43 | Photograph of garage – CASACCI-SW-0048390 | | |
| D-44 | Photograph of garage – CASACCI-SW-0048391 | | |
| D-45 | Photograph of garage – CASACCI-SW-0048392 | | |
| D-46 | Photograph of refrigerator – CASACCI-SW-0048393 | | |
| D-47 | Photograph of opened refrigerator – CASACCI-SW-0048394 | | |
| D-48 | Photograph of laptop – CASACCI-SW-0048395 | | |
| D-49 | Photograph of bottom of laptop – CASACCI-SW-0048396 | | |
| D-50 | Photograph of bottom of laptop – CASACCI-SW-0048397 | | |
| D-51 | Photograph of laptop – CASACCI-SW-0048398 | | |
| D-52 | Photograph of bottom of laptop – CASACCI-SW-0048399 | | |

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

# EVIDENTIARY HEARING DEFENSE EXHIBIT LIST[1]

| Case No. Docket No.: 20-CR-5-A<br>Date: August 20, 2020 | | _____ Government<br>✓ Defendant | |
|---|---|---|---|
| Ex. # | Description | Date Marked For I.D. | In Evidence |
| D-53 | Photograph of ZP 450 CTP device – CASACCI-SW-0048400 | | |
| D-54 | Photograph of Spectrum bill – CASACCI-SW-0048401 | | |
| D-55 | Photograph of basement shelving – CASACCI-SW-0048402 | | |
| D-56 | Photograph of basement desk area – CASACCI-SW-0048403 | | |
| D-57 | Photograph of basement shelving with Tigger – CASACCI-SW-0048404 | | |
| D-58 | Photograph of basement freezer – CASACCI-SW-0048405 | | |
| D-59 | Photograph of contents of basement freezer – CASACCI-SW-0048406 | | |
| D-60 | Photograph of filing cabinet in basement – CASACCI-SW-00484407 | | |
| D-61 | Letter regarding industrial hemp – CASACCI-SW-0048408 | | |
| D-62 | Photograph of desk in basement – CASACCI-0048409 | | |
| D-63 | Photograph of binder with papers – CASACCI-SW-0048410 | | |
| D-64 | Photograph of law print out – CASACCI-SW-0048411 | | |
| D-65 | Photograph of letter to Mr. Casacci from the ATF – CASACCI-SW-0048412 | | |
| D-66 | Photograph of Halo scanner – CASACCI-SW-0048413 | | |
| D-67 | Photograph of Tigger – CASACCI-SW-0048414 | | |

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

# EVIDENTIARY HEARING DEFENSE EXHIBIT LIST[1]

| Case No. Docket No.: 20-CR-5-A<br>Date: August 20, 2020 | | _____ Government<br>✓ Defendant | |
|---|---|---|---|
| Ex. # | Description | Date Marked For I.D. | In Evidence |
| D-68 | Photograph of Halo scanner – CASACCI-SW-0048415 | | |
| D-69 | Photograph of Serval kitten #1 – CASACCI-SW-0048416 | | |
| D-70 | Photograph of Halo scanner – CASACCI-SW-0048417 | | |
| D-71 | Photograph of Serval kitten #2 – CASACCI-SW-0048418 | | |
| D-72 | Photograph of Halo scanner – CASACCI-SW-0048419 | | |
| D-73 | Photograph of Serval kitten #4 – CASACCI-SW-0048420 | | |
| D-74 | Photograph of Halo scanner – CASACCI-SW-0048421 | | |
| D-75 | Photograph of Serval kitten #5 – CASACCI-SW-0048422 | | |
| D-76 | Photograph of Halo scanner – CASACCI-SW-0048423 | | |
| D-77 | Photograph of Caracal in carrier #6 – CASACCI-SW-0048424 | | |
| D-78 | Photograph of Halo scanner – CASACCI-SW-0048425 | | |
| D-79 | Photograph of Caracal in carrier #7 – CASACCI-SW-0048426 | | |
| D-80 | Photograph of cats in carriers in a vehicle – CASACCI-SW-0048427 | | |
| D-81 | Photograph of Mitsubishi SUV – CASACCI-SW-0048428 | | |
| D-82 | Photograph of cats in carriers in a vehicle – CASACCI-SW-0048429 | | |

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

# EVIDENTIARY HEARING DEFENSE EXHIBIT LIST[1]

| Case No. Docket No.: 20-CR-5-A Date: August 20, 2020 | | _____ Government ✓ Defendant | |
|---|---|---|---|
| Ex. # | Description | Date Marked For I.D. | In Evidence |
| D-83 | Photograph of back of truck with Arkansas plates – CASACCI-SW-0048430 | | |
| D-84 | Photograph of Casacci's laptop with emails on the screen – CASACCI-SW-0048431 | | |
| D-85 | Photograph of Exhibit A to Capital Contributions – CASACCI-SW-0048432 | | |
| D-86 | Photograph of Bank of America print out for Exotic Cat Humane Society LLC – CASACCI-SW-0048433 | | |
| D-87 | Photograph of Bank of America wire information – CASACCI-SW-0048434 | | |
| D-88 | Photograph of Joseph A. Leone, Jr., Esq. receipt – CASACCI-SW-0048435 | | |
| D-89 | Photograph of inside of filing cabinet drawer – CASACCI-SW-0048436 | | |
| D-90 | Photograph of inside of filing cabinet drawer – CASACCI-SW-0048437 | | |
| D-91 | Photograph of business certification for Falls Contract Manufacturing – CASACCI-SW-0048438 | | |
| D-92 | Photograph of business certification for Wholesome Hydroponics – CASACCI-SW-0048439 | | |
| D-93 | Photograph of business certification for Decadent Chocolates – CASACCI-SW-0048440 | | |
| D-94 | Photograph of business certification for Prospect to Paycheck – CASACCI-SW-0048441 | | |

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

# EVIDENTIARY HEARING DEFENSE EXHIBIT LIST[1]

| | | | |
|---|---|---|---|
| Case No. Docket No.: 20-CR-5-A<br>Date: August 20, 2020 | | _____ Government<br>✓ Defendant | |
| Ex. # | Description | Date Marked For I.D. | In Evidence |
| D-95 | Photograph of filing receipt from the Division of Corporations for Neonpets, LLC – CASACCI-SW-0048442 | | |
| D-96 | Photograph of Discharge of Debtor Notice – CASACCI-SW-0048443 | | |
| D-97 | Photograph of Lease Agreement – CASACCI-SW-0048444 | | |
| D-98 | Photograph of Employee Letter of Denial from the ATF – CASACCI-SW-0048445 | | |
| D-99 | Photograph of inside of filing cabinet drawer – CASACCI-SW-0048446 | | |
| D-100 | Photograph of Northwest Bank checks – CASACCI-SW- 0048447 | | |
| D-101 | Photograph of desk in basement – CASACCI-SW-0048448 | | |
| D-102 | Photograph of shelves in basement area – CASACCI-SW-0048449 | | |
| D-103 | Photograph of basement – CASACCI-SW-0048450 | | |
| D-104 | Photograph of basement – CASACCI-SW-0048451 | | |
| D-105 | Photograph of basement – CASACCI-SW-0048452 | | |
| D-106 | Photograph of bar area in kitchen – CASACCI-SW-0048453 | | |
| D-107 | Photograph of kitchen counter – CASACCI-SW-0048454 | | |
| D-108 | Photograph of kitchen drawers – CASACCI-SW-0048455 | | |
| D-109 | Photograph of Mr. Casacci's bedroom – CASACCI-SW-0048456 | | |

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

# EVIDENTIARY HEARING DEFENSE EXHIBIT LIST[1]

| Case No. Docket No.: 20-CR-5-A Date: August 20, 2020 | | _____ Government ✓\_\_\_\_\_ Defendant | |
|---|---|---|---|
| Ex. # | Description | Date Marked For I.D. | In Evidence |
| D-110 | Photograph of closet – CASACCI-SW-0048457 | | |
| D-111 | Photograph of closet and dressers in bedroom – CASACCI-0048458 | | |
| D-112 | Photograph of dresser – CASACCI-SW-0048459 | | |
| D-113 | Photograph of daughter's bed – CASACCI-SW-0048460 | | |
| D-114 | Photograph of daughter's closet – CASACCI-SW-0048461 | | |
| D-115 | Photograph of bathroom – CASACCI-SW-0048462 | | |
| D-116 | Photograph of hallway – CASACCI-SW-0048463 | | |
| D-117 | Photograph of porch/sunroom – CASACCI-SW-0048464 | | |
| D-118 | Photograph of porch/sunroom – CASACCI-SW-0048465 | | |
| D-119 | Photograph of cat crates – CASACCI-SW-0048466 | | |
| D-120 | Photograph of various items in garage – CASACCI-SW-0048467 | | |
| D-121 | Photograph of ATM machine – CASACCI-SW-0048468 | | |
| D-122 | Photograph of contact information on ATM machines – CASACCI-SW-48469 | | |
| D-123 | Photograph of serial number on ATM machine – CASACCI-SW-0048470 | | |
| D-124 | Photograph of duffle bags – CASACCI-SW-0048471 | | |
| D-125 | Photograph of Bitcoin ATM – CASACCI-SW-0048472 | | |

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

# EVIDENTIARY HEARING DEFENSE EXHIBIT LIST[1]

| Case No. Docket No.: 20-CR-5-A  Date: August 20, 2020 | | _____ Government  ✓ Defendant | |
|---|---|---|---|
| Ex. # | Description | Date Marked For I.D. | In Evidence |
| D-126 | Photograph of Bitcoin ATM – CASACCI-SW-0048473 | | |
| D-127 | Photograph of Bitcoin ATM contact information – CASACCI-SW-0048474 | | |
| D-128 | Photograph of Bitcoin sign – CASACCI-SW-0048475 | | |
| D-129 | Photograph of various items in garage – CASACCI-SW-0048476 | | |
| D-130 | Photograph of various items in garage – CASACCI-SW-0048477 | | |
| D-131 | Photograph closed door – CASACCI-SW-0048478 | | |
| D-132 | Photograph of dining room table with view of hallway – CASACCI-SW-0048479 | | |
| D-133 | Photograph of living room – CASACCI-SW-0048480 | | |
| D-134 | Photograph of kitchen with barstools – CASACCI-SW-0048481 | | |
| D-135 | Photograph of front door – CASACCI-SW-0048482 | | |
| D-136 | Photograph of front of front of house – CASACCI-0048483 | | |
| D-137 | Photograph of front of house with SUV in driveway – CASACCI-SW-0048484 | | |
| D-138 | Photograph of cats in carriers – CASACCI-SW-0048485 | | |
| D-139 | Photograph of two cats in carriers with Photograph ID form – CASACCI-SW-0048486 | | |
| D-140 | Photograph of Serval kitten #1 in carrier – CASACCI-SW-0048487 | | |

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

# EVIDENTIARY HEARING DEFENSE EXHIBIT LIST[1]

| Case No. Docket No.: 20-CR-5-A | | _____ Government |
|---|---|---|
| Date: August 20, 2020 | | ✓ Defendant |
| Ex. # | Description | Date Marked For I.D. / In Evidence |
| D-141 | Photograph of #1 post-it – CASACCI-SW-0048488 | |
| D-142 | Photograph of cat in carrier #2 – CASACCI-SW-0048489 | |
| D-143 | Photograph of #2 post-it on carrier – CASACCI-SW-0048490 | |
| D-144 | Photograph of Serval kitten #3 in carrier – CASACCI-SW-0048491 | |
| D-145 | Photograph of carrier with #3 post-it on it – CASACCI-SW-0048492 | |
| D-146 | Photograph of Serval kitten #4 in carrier – CASACCI-SW-0048493 | |
| D-147 | Photograph of #4 post-it – CASACCI-SW-0048494 | |
| D-148 | Photograph of Serval kitten #5 in carrier – CASACCI-SW-0048495 | |
| D-149 | Photograph of #5 post-it – CASACCI-SW-0048496 | |
| D-150 | Photograph of Caracal kitten #6 in carrier – CASACCI-SW0048497 | |
| D-151 | Photograph of #6 post-it on carrier – CASACCI-SW-0048498 | |
| D-152 | Photograph of caracal #7 in carrier – CASACCI-SW-0048499 | |
| D-153 | Photograph of #7 post-it – CASACCI-SW-0048500 | |
| D-154 | Photograph of Serval kitten in blue harness – CASACCI-SW-48501 | |
| D-155 | Photograph of Serval kitten getting scanned for microchip – CASACCI-SW-0048502 | |

| | UNITED STATE DISTRICT COURT WESTERN DISTRICT OF NEW YORK EVIDENTIARY HEARING DEFENSE EXHIBIT LIST[1] | | |
|---|---|---|---|
| Case No. Docket No.: 20-CR-5-A Date: August 20, 2020 | | _____ Government ✓\_\_\_\_\_ Defendant | |
| Ex. # | Description | Date Marked For I.D. | In Evidence |
| D-156 | Photograph of Serval kitten in yellow harness – CASACCI-SW-0048503 | | |
| D-157 | Photograph of Serval kitten getting scanned for microchip – CASACCI-SW-0048504 | | |
| D-158 | Photograph of Serval cat getting scanned for microchip – CASACCI-SW-0048505 | | |
| D-159 | Photograph of Serval getting scanned for a microchip – CASACCI-SW-0048506 | | |
| D-160 | Photograph of Serval cat being examined – CASACCI-SW-0048507 | | |
| D-161 | Photograph of Serval cat getting scanned for a microchip – CASACCI-SW-0048508 | | |
| D-162 | Photograph of Serval cat getting examined – CASACCI-SW-0048509 | | |
| D-163 | Photograph of Serval cat getting scanned for a microchip – CASACCI-SW-0048510 | | |
| D-164 | Photograph of Caracal cat getting examined – CASACCI-SW-0048511 | | |
| D-165 | Photograph of Caracal cat getting scanned for a microchip – CASACCI-SW-0048512 | | |
| D-166 | Photograph of Caracal cat getting examined – CASACCI-SW-0048513 | | |
| D-167 | Photograph of Caracal getting scanned for microchip – CASACCI-SW-0048514 | | |
| D-168 | Photograph of cats in carriers – CASACCI-SW-0048515 | | |
| D-169 | Photograph of Serval kitten getting an IV of fluids – CASACCI-SW-0048516 | | |
| D-170 | Photograph of Serval cat getting examined – CASACCI-SW-0048517 | | |

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

# EVIDENTIARY HEARING DEFENSE EXHIBIT LIST[1]

| Case No. Docket No.: 20-CR-5-A Date: August 20, 2020 | | _____ Government ✓ Defendant | |
|---|---|---|---|
| Ex. # | Description | Date Marked For I.D. | In Evidence |
| D-171 | Photograph of cats in carriers – CASACCI-SW-0048518 | | |
| D-172 | Photograph of two cats in carriers – CASACCI-SW-0048519 | | |
| D-173 | Photograph of Serval kitten #1 in carrier – CASACCI-SW-0048520 | | |
| D-174 | Photograph of #1 post-it – CASSACI-SW-0048521 | | |
| D-175 | Photograph of Serval kitten in carrier #2 – CASACCI-SW-0048522 | | |
| D-176 | Photograph of Serval kitten in yellow harness – CASACCI-SW-0048536 | | |
| D-177 | Photograph of Serval kitten getting scanned for a microchip – CASACCI-SW-0048537 | | |
| D-178 | Photograph of Serval kitten getting scanned for a microchip – CASACCI-SW-0048539 | | |
| D-179 | Photograph of Serval kitten getting examined – CASACCI-SW-0048540 | | |
| D-180 | Photograph of Serval kitten getting scanned for a microchip – CASACCI-SW-0048541 | | |
| D-181 | Photograph of Serval kitten getting scanned for a microchip – CASACCI-SW-0048542 | | |
| D-182 | Photograph of Caracal kitten getting examined – CASACCI-SW-0048543 | | |
| D-183 | Photograph of Carcal kitten getting scanned for a microchip – CASACCI-SW-0048544 | | |

DATED: August 20, 2020
Buffalo, New York

    */s/James W. Grable, Jr.*
James W. Grable, Jr., Esq.
Nicholas A. Romano, Esq.
**CONNORS LLP**
*Attorneys for Defendant*
  *CHRISTOPHER D. CASACCI*
1000 Liberty Building
Buffalo, New York 14202
(716) 852-5533
jwg@connorsllp.com
nar@connorsllp.com

TO: Aaron J. Mango, Esq.
Assistant United States Attorney
**UNITED STATES ATTORNEY'S OFFICE**
Federal Centre
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700
aaron.mango@usdoj.gov

Patrick M. Duggan, Esq.
Trial Attorney
Environmental Crimes Section
**U.S. DEPARTMENT OF JUSTICE**
150 M Street, NE, Suite 4.123
4 Constitution Square
Washington, D.C. 20002
(202) 305-0366
patrick.duggan@usdoj.gov