UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                      **DECISION AND ORDER**

    v.                                      20-CR-5-A

CHRISTOPHER D. CASACCI,

                Defendant.

      This case was referred to Magistrate Judge Michael J. Roemer pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.  On April 27, 2021, defendant Christopher D. Casacci appeared before Magistrate Judge Roemer and entered a plea of guilty to a three count Superseding Information which charges him as follows:   Count 1 charges Lacey Act Trafficking in violation of 16 U.S.C. § 3372(a)(2)(a) and § 3373(d)(1)(B); Count 2 charges Lacey Act False Labeling in violation of 16 U.S.C. Sections § 3372(d)(2) and § 3373 (d)(3)(A)(ii); and Count 3 charges violation of the Animal Welfare Act in violation of 7 U.S.C. § 2134 and § 2149(d) .

      Magistrate Judge Roemer issued a Report and Recommendation (Dkt. No. 71) confirming his oral findings that defendant's plea of guilty was knowing, voluntary, and supported by a factual basis.  It is hereby

      **ORDERED** that, upon review of the transcript of the April 27, 2021, waiver-of-Indictment and plea proceeding before the Magistrate Judge, and the Report and Recommendation, the Court finds that defendant Christopher D. Cassaci's plea of guilty was knowing, voluntary, and has a factual basis.  Accordingly, defendant Cassaci's plea

of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation.  Dkt. No. 71.  Sentencing is scheduled for August 27, 2021 at 12:30 pm.  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

_s/Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: May 19, 2021