# EXHIBIT C

































